IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Kendra Ross, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION |
| | ) CASE NO. 2:17-cv-02547-DDC-TJJ |
| v. | ) |
| | ) |
| Royall Jenkins et al.,  | ) |
| | ) |
| Defendants. | ) |

### AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is: Phillip C. Chang

2. I practice under the following firm name or letterhead:

    Name: McGuireWoods LLP

    Address: 2001 K Street, N.W., Washington, DC 20006

    Telephone Number: (202) 857-1725

    Fax: (202) 828-2995

    Email address: pchang@mcguirewoods.com

3. I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| Court | Date of Admission | Bar Number |
|---|---|---|
| Supreme Court of Virginia | January 6, 2008 | 75741 |
| District of Columbia Court of Appeals | December 31, 2013 | 55167 |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

_____
Phillip C. Chang

DISTRICT OF COLUMBIA:

CITY OF WASHINGTON:

I HEREBY CERTIFY that on this 25th day of September, 2017, before me, a Notary Public of the District of Columbia, personally appeared Phillip C. Chang, who is personally known to me and has satisfactorily proven to be, the person whose name is subscribed to the foregoing Affidavit and who executed the foregoing Affidavit. I verify under penalty of perjury that the foregoing is true and correct.

Given under my hand and official seal this 25th day of September, 2017.

_____
Notary Public, Washington, D. C.

My Commission Expires: _____

CHARLOTTE SNYDER
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires September 14, 2020