# Federal Minimum Wage
# 2002 – 2012

Minimum Wage - Wage and Hour Division (WHD) - U.S. Department of Labor



**Wage and Hour Division**

DOL Home > WHD

**For Workers**

**For Employers**

**For States**

**How to File a Complaint**

**News Room**

**About WHD**

**Contact Us**

**E-mail Alerts**

🔲 SHARE  ▪▪▪▪   ⭐Was this page helpful?

## Wage and Hour Division (WHD)

### History of Federal Minimum Wage Rates Under the Fair Labor Standards Act, 1938 - 2009

The table of federal minimum wage rates under the Fair Labor Standards Act, 1938 - 2009 is also available in a PDF Version. In order to view and/or print PDF documents you must have a PDF viewer (e.g., Adobe Acrobat Reader v5 or later) available on your workstation.

Minimum hourly wage of workers in jobs first covered by

| Effective Date | 1938 Act [1] | 1961 Amendments [2] | 1966 and Subsequent Amendments[3] | |
|---|---|---|---|---|
| | | | **Nonfarm** | **Farm** |
| Oct 24, 1938 | $0.25 | | | |
| Oct 24, 1939 | $0.30 | | | |
| Oct 24, 1945 | $0.40 | | | |
| Jan 25, 1950 | $0.75 | | | |
| Mar 1, 1956 | $1.00 | | | |
| Sep 3, 1961 | $1.15 | $1.00 | | |
| Sep 3, 1963 | $1.25 | | | |
| Sep 3, 1964 | | $1.15 | | |
| Sep 3, 1965 | | $1.25 | | |
| Feb 1, 1967 | $1.40 | $1.40 | $1.00 | $1.00 |
| Feb 1, 1968 | $1.60 | $1.60 | $1.15 | $1.15 |
| Feb 1, 1969 | | | $1.30 | $1.30 |
| Feb 1, 1970 | | | $1.45 | |
| Feb 1, 1971 | | | $1.60 | |
| May 1, 1974 | $2.00 | $2.00 | $1.90 | $1.60 |
| Jan. 1, 1975 | $2.10 | $2.10 | $2.00 | $1.80 |
| Jan 1, 1976 | $2.30 | $2.30 | $2.20 | $2.00 |
| Jan 1, 1977 | | | $2.30 | $2.20 |
| Jan 1, 1978 | $2.65 for all covered, nonexempt workers | | | |
| Jan 1, 1979 | $2.90 for all covered, nonexempt workers | | | |
| Jan 1, 1980 | $3.10 for all covered, nonexempt workers | | | |
| Jan 1, 1981 | $3.35 for all covered, nonexempt workers | | | |
| Apr 1, 1990[4] | $3.80 for all covered, nonexempt workers | | | |
| Apr 1, 1991 | $4.25 for all covered, nonexempt workers | | | |
| Oct 1, 1996 | $4.75 for all covered, nonexempt workers | | | |
| Sep 1, 1997[5] | $5.15 for all covered, nonexempt workers | | | |
| Jul 24, 2007 | $5.85 for all covered, nonexempt workers | | | |
| Jul 24, 2008 | $6.55 for all covered, nonexempt workers | | | |
| Jul 24, 2009 | $7.25 for all covered, nonexempt workers | | | |

Minimum Wage - Wage and Hour Division (WHD) - U.S. Department of Labor

### Where to Obtain Additional Information

This publication is for general information and is not to be considered in the same light as official statements of position contained in the regulations.

**For additional information, visit our Wage-Hour website: http://www.wagehour.dol.gov and/or call our Wage-Hour toll-free information and helpline, available 8am to 5pm in your time zone, 1-866-4USWAGE (1-866-487-9243).**

 **Back to Top**

[1] The 1938 Act was applicable generally to employees engaged in interstate commerce or in the production of goods for interstate commerce.

[2] The 1961 Amendments extended coverage primarily to employees in large retail and service enterprises as well as to local transit, construction, and gasoline service station employees.

[3] The 1966 Amendments extended coverage to State and local government employees of hospitals, nursing homes, and schools, and to laundries, drycleaners, and large hotels, motels, restaurants, and farms. Subsequent amendments extended overage to the remaining Federal, State and local government employees who were not protected in 1966, to certain workers in retail and service trades previously exempted, and to certain domestic workers in private household employment.

[4] Grandfather clause - Employees who do not meet the tests for individual coverage, and whose employers were covered by the FLSA on March 31, 1990, and fail to meet the increased annual dollar volume (ADV) test for enterprise coverage, must continue to receive at least $3.35 an hour.

[5] A subminimum wage -- $4.25 an hour -- is established for employees under 20 years of age during their first 90 consecutive calendar days of employment with an employer.

 **Back to Top**

**Freedom of Information Act | Privacy & Security Statement | Disclaimers | Important Web Site Notices | Plug-ins Used by DOL**

U.S. Department of Labor | Frances Perkins Building, 200 Constitution Ave., NW, Washington, DC 20210
www.dol.gov | Telephone: 1-866-4-USWAGE (1-866-487-9243) | TTY | Contact Us

# State Minimum Wage Rates

U.S. Department of Labor - Wage & Hour Divisions (WHD) - CHANGES IN BASIC MINIMUM WAGES IN NON-FARM EMPLOYMENT UNDER STATE LAW: SELECTED YEARS 1968 TO 2013



**Wage and Hour Division**

DOL Home > WHD > State Labor Laws > Historical Table

# Wage and Hour Division (WHD)

## CHANGES IN BASIC MINIMUM WAGES IN NON-FARM EMPLOYMENT UNDER STATE LAW: SELECTED YEARS 1968 TO 2016

| State or other jurisdiction | 1968 (a) | 1970 (a) | 1972 | 1976 (a) | 1979 | 1980 | 1981 |
|---|---|---|---|---|---|---|---|
| **Federal (FLSA)** | **$1.15 & $1.60** | **$1.30 & $1.60** | **$1.60** | **$2.20 & $2.30** | **$2.90** | **$3.10** | **$3.35** |
| Alabama | ... | ... | ... | ... | ... | ... | ... |
| Alaska | 2.10 | 2.10 | 2.10 | 2.80 | 3.40 | 3.60 | 3.85 |
| Arizona | 18.72 - 26.40/wk(b) | 18.72 - 26.40/wk(b) | 18.72-26.40/wk(b) | ... | ... | ... | ... |
| Arkansas | 1.25/day(b) | 1.10 | 1.20 | 1.90 | 2.30 | 2.55 | 2.70 |
| California | 1.65(b) | 1.65(b) | 1.65(b) | 2.00 | 2.90 | 2.90 | 3.35 |
| Colorado | 1.00 - 1.25(b) | 1.00 - 1.25(b) | 1.00 - 1.25(b) | 1.00 - 1.25(b) | 1.90 | 1.90 | 1.90 |
| Connecticut | 1.40 | 1.60 | 1.85 | 2.21 & 2.31 | 2.91 | 3.12 | 3.37 |
| Delaware | 1.25 | 1.25 | 1.60 | 2.00 | 2.00 | 2.00 | 2.00 |
| Florida | ... | ... | ... | ... | ... | ... | ... |
| Georgia | ... | ... | 1.25 | 1.25 | 1.23 | 1.25 | 1.25 |
| Hawaii | 1.25 | 1.60 | 1.60 | 2.40 | 2.65 | 2.90 | 3.10 |
| Idaho | 1.15 | 1.25 | 1.40 | 1.60 | 2.30 | 2.30 | 2.30 |
| Illinois | ... | ... | 1.40 | 2.10 | 2.30 | 2.30 | 2.30 |
| Indiana | 1.15 | 1.25 | 1.25 | 1.25 | 2.00 | 2.00 | 2.00 |
| Iowa | ... | ... | ... | ... | ... | ... | ... |
| Kansas | ... | ... | ... | ... | 1.60 | 1.60 | 1.60 |
| Kentucky | .65 - .75(b) | .65 - .75(b) | .65 - .75(b) | 1.60 | 2.00 | 2.15 | 2.15 |
| Louisiana | ... | ... | ... | ... | ... | ... | ... |
| Maine | 1.40 | 1.60 | 1.40 - 1.80 | 2.30 | 2.90 | 3.10 | 3.35 |
| Maryland | 1.00 & 1.15 | 1.30 | 1.60 | 2.20 & 2.30 | 2.90 | 3.10 | 3.35 |
| Massachusetts | 1.60 | 1.60 | 1.75 | 2.10 | 2.90 | 3.10 | 3.35 |
| Michigan | 1.25 | 1.25 | 1.60 | 2.20 | 2.90 | 3.10 | 3.35 |
| Minnesota | .70 - 1.15(b) | .70 - 1.15(b) | .75 - 1.60 | 1.80 | 2.30 | 2.90 | 3.10 |
| Mississippi | ... | ... | ... | ... | ... | ... | ... |
| Missouri | ... | ... | ... | ... | ... | ... | ... |
| Montana | ... | ... | 1.60 | 1.80 | 2.00 | 2.00 | 2.00 |
| Nebraska | 1.00 | 1.00 | 1.00 | 1.60 | 1.60 | 1.60 | 1.60 |
| Nevada | 1.25 | 1.30 | 1.60 | 2.20 & 2.30 | 2.75 | 2.75 | 2.75 |
| New Hampshire | 1.40 | 1.45 & 1.60 | 1.60 | 2.20 - 2.30 | 2.90 | 3.10 | 3.35 |
| New Jersey | 1.40 | 1.50 | 1.50 | 2.20 | 2.50 | 3.10 | 3.35 |
| New Mexico | 1.15 - 1.40 | 1.30 - 1.60 | 1.30 - 1.60 | 2.00 | 2.30 | 2.65 | 2.90 |
| New York | 1.60 | 1.60 | 1.85 | 2.30 | 2.90 | 3.10 | 3.35 |
| North Carolina | 1.00 | 1.25 | 1.45 | 2.00 | 2.00 | 2.50 | 2.75 |
| North Dakota | 1.00 - 1.25 | 1.00 - 1.45 | 1.00 - 1.45 | 2.00 - 2.30 | 2.10 - 2.30 | 2.60 - 3.10 | 2.80 - 3.10 |
| Ohio | .75 - 1.25(b) | .75 - 1.25(b) | .75 - 1.25(b) | 1.60 | 2.30 | 2.30 | 2.30 |
| Oklahoma | 1.00 | 1.00 | 1.40 | 1.80 | 2.00 | 2.00 | 3.10 |
| Oregon | 1.25 | 1.25 | 1.25` | 2.30 | 2.30 | 2.90 | 3.10 |

U.S. Department of Labor - Wage & Hour Divisions (WHD) - CHANGES IN BASIC MINIMUM WAGES IN NON-FARM EMPLOYMENT UNDER STATE LAW: SELECTED YEARS 1968 TO 2013

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Pennsylvania | 1.15 | 1.30 | 1.60 | 2.20 | 2.90 | 3.10 | 3.35 |
| Rhode Island | 1.40 | 1.60 | 1.60 | 2.30 | 2.30 | 2.65 | 2.90 |
| South Carolina | ... | ... | ... | ... | ... | ... | ... |
| South Dakota | 17.00 - 20.00/wk | 1.00 | 1.00 | 2.00 | 2.30 | 2.30 | 2.30 |
| Tennessee | ... | ... | ... | ... | ... | ... | ... |
| Texas | ... | ... | 1.40 | 1.40 | 1.40 | 1.40 | 1.40 |
| Utah | 1.00 - 1.15(b) | 1.00 - 1.15(b) | 1.20 - 1.35(b) | 1.55 - 1.70(b) | 2.20 - 2.45(b) | 2.35 - 2.60(b) | 2.50 - 2.75(b) |
| Vermont | 1.40 | 1.60 | 1.60 | 2.30 | 2.90 | 3.10 | 3.35 |
| Virginia | ... | ... | ... | 2.00 | 2.35 | 2.35 | 2.65 |
| Washington | 1.60 | 1.60 | 1.60 | 2.20 - 2.30 | 2.30 | 2.30 | 2.30 |
| West Virginia | 1.00 | 1.00 | 1.20 | 2.00 | 2.20 | 2.20 | 2.75 |
| Wisconsin | 1.25 (b) | 1.30 (b) | 1.45 (b) | 2.10 | 2.80 | 3.00 | 3.25 |
| Wyoming | 1.20 | 1.30 | 1.50 | 1.60 | 1.60 | 1.60 | 1.60 |
| District of Columbia | 1.25 - 1.40 | 1.60 - 2.00 | 1.60 - 2.25 | 2.25 - 2.75 | 2.46 - 3.00 | 2.50 - 3.50 | 2.50 - 3.75 |
| Guam | 1.25 | 1.60 | 1.90 | 2.30 | 2.90 | 3.10 | 3.35 |
| Puerto Rico | .43 - 1.60 | .43 - 1.60 | .65 - 1.60 | .76 - 2.50 | 1.20 - 2.50 | 1.20 - 2.50 | 1.20 - 3.10 |
| U.S. Virgin Islands | NA | NA | NA | NA | 2.90 | 3.10 | 3.35 |

| State or other jurisdiction | 1988 | 1991 | 1992 | 1994 | 1996 | 1997 | 1998 |
|---|---|---|---|---|---|---|---|
| **Federal (FLSA)** | **$3.35** | **$3.80** | **$4.25** | **$4.25** | **$4.25** | **$4.75** | **$5.15** |
| Alabama | ... | ... | ... | ... | ... | ... | ... |
| Alaska | 3.85 | 4.30 | 4.75 | 4.75 | 4.75 | 5.25 | 5.65 |
| Arizona | ... | ... | ... | ... | ... | ... | ... |
| Arkansas | 3.25 | 3.35 | 3.65 | 4.25 | 4.25[c] | 4.25[c] | 5.15[c] |
| California | 3.35 | 4.25 | 4.25 | 4.25 | 4.25 | 4.75 | 5.15 |
| Colorado | 3.00 | 3.00 | 3.00 | 3.00 | 3.00 | 4.75 | 5.15 |
| Connecticut | 3.75 | 4.25 | 4.27 | 4.27 | 4.27 | 4.77 | 5.18 |
| Delaware | 3.35 | 3.80 | 4.25 | 4.25 | 4.65 | 5.00 | 5.15 |
| Florida | ... | ... | ... | ... | ... | ... | ... |
| Georgia | 3.25 | 3.25 | 3.25 | 3.25 | 3.25(d) | 3.25(d) | 3.25(d) |
| Hawaii | 3.85 | 3.85 | 3.85 | 5.25 | 5.25 | 5.25 | 5.25 |
| Idaho | 2.30 | 3.80 | 4.25 | 4.25 | 4.25 | 4.25 | 5.15 |
| Illinois | 2.30 | 3.80 | 4.25 | 4.25 | 4.25[c] | 4.75[c] | 5.15[c] |
| Indiana | 2.00 | 3.35 | 3.35 | 3.35 | 3.35(e) | 3.35(e) | 3.35(e) |
| Iowa | ... | 4.25 | 4.65 | 4.65 | 4.65 | 4.75 | 5.15 |
| Kansas | 1.60 | 2.65 | 2.65 | 2.65 | 2.65 | 2.65 | 2.65 |
| Kentucky | 3.35 | 3.80 | 4.25 | 4.25 | 4.25 | 4.25 | 4.25 |
| Louisiana | ... | ... | ... | ... | ... | ... | ... |
| Maine | 3.65 | 3.85 | 4.25 | 4.25 | 4.25 | 4.75 | 5.15 |
| Maryland | 3.35 | 3.80 | 4.25 | 4.25 | 4.25 | 4.75 | 5.15 |
| Massachusetts | 3.65 | 3.75 | 4.25 | 4.25 | 4.75 | 5.25 | 5.25 |
| Michigan | 3.35 | 3.35 | 3.35 | 3.35 | 3.35(e) | 3.35(e) | 5.15(e) |
| Minnesota | 3.55 & 3.50(f) | 4.25(g) | 4.25(g) | 4.25(g) | 4.25(g) | 4.25(g) | 5.15(g) |
| Mississippi | ... | ... | ... | ... | ... | ... | ... |
| Missouri | ... | 3.80 | 4.25 | 4.25 | 4.25 | 4.75 | 5.15 |
| Montana | 3.35 | 3.80 | 4.25(g) | 4.25(g) | 4.25(g) | 4.75(g) | 5.15(g) |
| Nebraska | 3.35 | 3.35 | 4.25 | 4.25 | 4.25[c] | 4.25[c] | 5.15[c] |
| Nevada | 3.35 | 3.80 | 4.25 | 4.25 | 4.25 | 4.75 | 5.15 |
| New Hampshire | 3.55 | 3.85 | 4.25 | 4.25 | 4.25 | 4.75 | 5.15 |

U.S. Department of Labor - Wage & Hour Divisions (WHD) - CHANGES IN BASIC MINIMUM WAGES IN NON-FARM EMPLOYMENT UNDER STATE LAW: SELECTED YEARS 1968 TO 2013

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| New Jersey | 3.35 | 3.80 | 4.25 | 5.05 | 5.05 | 5.05 | 5.05 |
| New Mexico | 3.35 | 3.35 | 3.35 | 4.25 | 4.25 | 4.25 | 4.25 |
| New York | 3.35 | 3.80 | 4.25 | 4.25 | 4.25 | 4.25 | 4.25 |
| North Carolina | 3.35 | 3.35 | 3.80 | 4.25 | 4.25 | 4.25 | 5.15 |
| North Dakota | 2.80 - 3.10 | 3.40 | 4.25 | 4.25 | 4.25 | 4.75 | 5.15 |
| Ohio | 2.30 | 3.80(g) | 4.25(g) | 4.25(g) | 4.25(g) | 4.25(g) | 4.25(g) |
| Oklahoma | 3.35 | 3.80(g) | 4.25(g) | 4.25(g) | 4.25(g) | 4.75(g) | 5.15(g) |
| Oregon | 3.35 | 4.75 | 4.75 | 4.75 | 4.75 | 5.50 | 6.00 |
| Pennsylvania | 3.35 | 3.80 | 4.25 | 4.25 | 4.25 | 4.75 | 5.15 |
| Rhode Island | 3.65 | 4.25 | 4.45 | 4.45 | 4.45 | 5.15 | 5.15 |
| South Carolina | ... | ... | ... | ... | ... | ... | ... |
| South Dakota | 2.80 | 3.80 | 4.25 | 4.25 | 4.25 | 4.25 | 5.15 |
| Tennessee | ... | ... | ... | ... | ... | ... | ... |
| Texas | 3.35 | 3.35 | 3.35 | 3.35 | 3.35 | 3.35 | 3.35 |
| Utah | 2.50 - 2.75(b) | 3.80 | 4.25 | 4.25 | 4.25 | 4.75 | 5.15 |
| Vermont | 3.55 | 3.85 | 4.25 | 4.25 | 4.75(e) | 5.00(e) | 5.25(e) |
| Virginia | 2.65 | 2.65 | 3.65 | 4.25 | 4.25[c] | 4.75[c] | 5.15[c] |
| Washington | 2.30 | 4.25 | 4.25 | 4.25 | 4.90 | 4.90 | 4.90 |
| West Virginia | 3.35 | 3.35 | 3.80 | 4.25 | 4.25 (d) | 4.25 (d) | 4.75 (d) |
| Wisconsin | 3.35 | 3.80 | 3.80 | 4.25 | 4.25 | 4.75 | 5.15 |
| Wyoming | 1.60 | 1.60 | 1.60 | 1.60 | 1.60 | 1.60 | 1.60 |
| District of Columbia | 3.50 - 4.85 | 3.70 - 4.85 | 3.90 - 5.45 | 4.25 | 5.25 (h) | 5.75 | 6.15 |
| Guam | 3.35 | 3.80 | 4.25 | 4.25 | 4.25 | 4.75 | 5.15 |
| Puerto Rico | 1.20 - 3.35 | 1.20 - 4.25(i) | 1.20 - 4.25(i) | 1.20 - 4.25(i) | 1.20 - 4.75(i) | 1.20 - 4.75(i) | 1.20 - 5.15(i) |
| U.S. Virgin Islands | 3.35 | 4..65(g,,j) | 4..65(g,,j) | 4..65(g,,j) | 4.65(g) | 4.65(g, j) | 4.65(g, j) |

| State or other jurisdiction | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|
| **Federal (FLSA)** | **$5.15** | **$5.15** | **$5.15** | **$5.15** | **$5.15** | **$5.15** | 5.15 |
| Alabama | ... | ... | ... | ... | ... | ... | ... |
| Alaska | 5.65 | 5.65 | 5.65 | 7.15 | 7.15 | 7.15 | 7.15 |
| Arizona | ... | ... | ... | ... | ... | ... | ... |
| Arkansas | 5.15[c] | 5.15[c] | 5.15[c] | 5.15[c] | 5.15[c] | 5.15[c] | 5.15 [c] |
| California | 5.75 | **6.25** | **6.75** | 6.75 | 6.75 | 6.75 | 6.75 |
| Colorado | 5.15 | 5.15 | 5.15 | 5.15 | 5.15 | 5.15 | 5.15 |
| Connecticut | 6.15 | **6.40** | **6.70** | **6.90** | **7.10** | 7.10 | **7.40** |
| Delaware | 5.65 | **6.15** | 6.15 | 6.15 | 6.15 | 6.15 | 6.15 |
| Florida | ... | ... | ... | ... | ... | ... | **6.40** |
| Georgia | 3.25(d) | 3.25(d) | **5.15(d)** | 5.15(d) | 5.15(d) | 5.15(d) | 5.15(d) |
| Hawaii | 5.25 | 5.25 | **5.75** | **6.25** | 6.25 | 6.25 | **6.75** |
| Idaho | 5.15 | 5.15 | 5.15 | 5.15 | 5.15 | 5.15 | 5.15 |
| Illinois | 5.15[c] | 5.15[c] | 5.15[c] | 5.15[c] | **5.50[c]** | **6.50[c]** | **6.50[c]** |
| Indiana | 5.15(e) | 5.15(e) | 5.15(e) | 5.15(e) | 5.15(e) | 5.15(e) | 5.15(e) |
| Iowa | 5.15 | 5.15 | 5.15 | 5.15 | 5.15 | 5.15 | 5.15 |
| Kansas | 2.65 | 2.65 | 2.65 | 2.65 | 2.65 | 2.65 | 2.65 |
| Kentucky | 5.15 | 5.15 | 5.15 | 5.15 | 5.15 | 5.15 | 5.15 |
| Louisiana | ... | ... | ... | ... | ... | ... | ... |
| Maine | 5.15 | 5.15 | **5.75** | **6.25** | 6.25 | **6.35** | **6.50** |
| Maryland | 5.15 | 5.15 | 5.15 | 5.15 | 5.15 | 5.15 | 5.15 |
| Massachusetts | 6.00 | **6.75** | 6.75 | 6.75 | 6.75 | 6.75 | 6.75 |

U.S. Department of Labor - Wage & Hour Divisions (WHD) - CHANGES IN BASIC MINIMUM WAGES IN NON-FARM EMPLOYMENT UNDER STATE LAW: SELECTED YEARS 1968 TO 2013

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Michigan | 5.15(e) | 5.15(e) | 5.15(e) | 5.15(e) | 5.15(e) | 5.15(e) | 5.15(e) |
| Minnesota | 4.90 - 5.15(g) | 4.90 - 5.15(g) | 4.90 - 5.15(g) | 4.90 - 5.15(g) | 4.90 - 5.15(g) | 4.90 - 5.15(g) | **5.25 - 6.15(g)** |
| Mississippi | ... | ... | ... | ... | ... | ... | ... |
| Missouri | 5.15 | 5.15 | 5.15 | 5.15 | 5.15 | 5.15 | 5.15 |
| Montana | 4.00 - 5.15(g) | 4.00 - 5.15(g) | 4.00 - 5.15(g) | 4.00 - 5.15(g) | 4.00 - 5.15(g) | 4.00 - 5.15(g) | 4.00 - 5.15 |
| Nebraska | 5.15[c] | 5.15[c] | 5.15[c] | 5.15[c] | 5.15[c] | 5.15[c] | 5.15[c] |
| Nevada | 5.15 | 5.15 | 5.15 | 5.15 | 5.15 | 5.15 | 5.15 |
| New Hampshire | 5.15 | 5.15 | 5.15 | 5.15 | 5.15 | 5.15 | 5.15 |
| New Jersey | 5.15 | 5.15 | 5.15 | 5.15 | 5.15 | 5.15 | **6.15** |
| New Mexico | 4.25 | 4.25 | 4.25 | 4.25 | **5.15** | 5.15 | 5.15 |
| New York | 4.25 | **5.15** | 5.15 | 5.15 | 5.15 | **6.00** | **6.75** |
| North Carolina | 5.15 | 5.15 | 5.15 | 5.15 | 5.15 | 5.15 | 5.15 |
| North Dakota | 5.15 | 5.15 | 5.15 | 5.15 | 5.15 | 5.15 | 5.15 |
| Ohio | 2.80 - 4.25(g) | 2.80 - 4.25(g) | 2.80 - 4.25(g) | 2.80 - 4.25(g) | 2.80 - 4.25(g) | 2.80 - 4.25(g) | 2.80 - 4.25(g) |
| Oklahoma | 2.00 - 5.15(g) | 2.00 - 5.15(g) | 2.00 - 5.15(g) | 2.00 - 5.15(g) | 2.00 - 5.15(g) | 2.00 - 5.15(g) | 2.00 - 5.15 |
| Oregon | 6.50 | 6.50 | 6.50 | **6.90** | **7.05** | **7.25** | **7.50** |
| Pennsylvania | 5.15 | 5.15 | 5.15 | 5.15 | 5.15 | 5.15 | 5.15 |
| Rhode Island | 5.65 | **6.15** | 6.15 | 6.15 | **6.75** | 6.75 | 6.75 |
| South Carolina | ... | ... | ... | ... | ... | ... | ... |
| South Dakota | 5.15 | 5.15 | 5.15 | 5.15 | 5.15 | 5.15 | 5.15 |
| Tennessee | ... | ... | ... | ... | ... | ... | ... |
| Texas | 3.35 | 3.35 | **5.15** | 5.15 | 5.15 | 5.15 | 5.15 |
| Utah | 5.15 | 5.15 | 5.15 | 5.15 | 5.15 | 5.15 | 5.15 |
| Vermont | 5.75(e) | **6.25(e)** | 6.25(e) | 6.25(e) | **6.75(e)** | **7.00(e)** | **7.25** |
| Virginia | 5.15[c] | 5.15[c] | 5.15[c] | 5.15[c] | 5.15[c] | 5.15[c] | 5.15[c] |
| Washington | 6.50 | **6.72** | **6.90** | 7.01 | **7.16** | **7.35** | **7.63** |
| West Virginia | 5.15(d) | 5.15(d) | 5.15(d) | 5.15(d) | 5.15(d) | 5.15(d) | 5.15(d) |
| Wisconsin | 5.15 | 5.15 | 5.15 | 5.15 | 5.15 | 5.15 | **5.70** |
| Wyoming | 1.60 | 1.60 | **5.15** | 5.15 | 5.15 | 5.15 | 5.15 |
| District of Columbia | 6.15 | 6.15 | 6.15 | 6.15 | 6.15 | **6.60** | **7.00** |
| Guam | 5.15 | 5.15 | 5.15 | 5.15 | 5.15 | 5.15 | 5.15 |
| Puerto Rico | 3.61 - 5.15(i) | 3.61 - 5.15(i) | 3.61 - 5.15(i) | 3.61 - 5.15(i) | 3.61 - 5.15(i) | 3.61 - 5.15(i) | 3.61 - 5.15(i) |
| U.S. Virgin Islands | 4.30 - 4.65(g,j) | 4.30 - 4.65(g,j) | 4.30 - 4.65(g,j) | 4.30 - 4.65(g,j) | 4.30 - 4.65(g,j) | 4.30 - 4.65(g,j) | 4.30 - 4.65 (g) |

| State or other jurisdiction | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|
| **Federal (FLSA)** | **5.15** | **5.85** | **6.55** | **7.25** | **7.25** | **7.25** | **7.25** |
| Alabama | ... | ... | ... | ... | ... | ... | ... |
| Alaska | 7.15 | 7.15 | 7.15 | **7.75** | 7.75 | 7.75 | 7.75 |
| Arizona | **6.75** | **6.90** | **7.25** | 7.25 | **7.35** | **7.65** | **7.80** |
| Arkansas | **6.25[c]** | 6.25[c] | 6.25[c] | 6.25[c] | 6.25[c] | 6.25[c] | 6.25[c] |
| California | **7.50** | **8.00** | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 |
| Colorado | **6.85** | **7.02** | **7.28** | 7.24 | **7.36** | **7.64** | **7.78** |
| Connecticut | **7.65** | 7.65 | **8.00** | **8.25** | 8.25 | 8.25 | 8.25 |
| Delaware | **6.65** | **7.15** | 7.15 | **7.25** | 7.25 | 7.25 | 7.25 |
| Florida | **6.67** | **6.79** | **7.21** | **7.25** | 7.25 | **7.67** | **7.79** |
| Georgia | 5.15(d) | 5.15(d) | 5.15(d) | 5.15(d) | 5.15(d) | 5.15(d) | 5.15(d) |
| Hawaii | **7.25** | 7.25 | 7.25 | 7.25 | 7.25 | 7.25 | 7.25 |
| Idaho | 5.15 | **5.85** | **6.55** | **7.25** | 7.25 | 7.25 | 7.25 |

U.S. Department of Labor - Wage & Hour Divisions (WHD) - CHANGES IN BASIC MINIMUM WAGES IN NON-FARM EMPLOYMENT UNDER STATE LAW: SELECTED YEARS 1968 TO 2013

| Illinois | 6.50[c] | 7.50[c] | 7.75[c] | 8.00[c] | 8.25[c] | 8.25[c] | 8.25[c] |
|---|---|---|---|---|---|---|---|
| Indiana | 5.15(e) | 5.85(e) | 6.55(e) | 7.25(e) | 7.25(e) | 7.25(e) | 7.25(e) |
| Iowa | 5.15 | 7.25 | 7.25 | 7.25 | 7.25 | 7.25 | 7.25 |
| Kansas | 2.65 | 2.65 | 2.65 | 7.25 | 7.25 | 7.25 | 7.25 |
| Kentucky | 5.15 | 5.85 | 6.55 | 7.25 | 7.25 | 7.25 | 7.25 |
| Louisiana | ... | ... | ... | ... | ... | ... | ... |
| Maine | 6.75 | 7.00 | 7.25 | 7.50 | 7.50 | 7.50 | 7.50 |
| Maryland | 6.15 | 6.15 | 6.55 | 7.25 | 7.25 | 7.25 | 7.25 |
| Massachusetts | 7.50 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 |
| Michigan | 6.95(e) | 7.15(e) | 7.40(e) | 7.40(e) | 7.40(e) | 7.40(e) | 7.40(e) |
| Minnesota | 5.25-6.15(g) | 5.25-6.15(g) | 5.25-6.15(g) | 5.25-6.15(g) | 5.25-6.15(g) | 5.25-6.15(g) | 5.25-6.15(g) |
| Mississippi | ... | ... | ... | ... | ... | ... | ... |
| Missouri | 6.50 | 6.65 | 7.05 | 7.25 | 7.25 | 7.25 | 7.35 |
| Montana | 4.00-6.15(g) | 4.00-6.25(g) | 4.00-6.90(g) | 4.00-7.25(g) | 4.00-7.35(g) | 4.00-7.65(g) | 4.00-7.80(g) |
| Nebraska | 5.15[c] | 5.85[c] | 6.55[c] | 7.25[c] | 7.25[c] | 7.25[c] | 7.25[c] |
| Nevada | 6.15 | 6.33 | 6.55-6.85 | 6.55-7.55 | 7.25-8.25 | 7.25-8.25 | 7.25-8.25 |
| New Hampshire | 5.15 | 6.50 | 7.25 | 7.25 | 7.25 | 7.25 | 7.25 |
| New Jersey | 7.15 | 7.15 | 7.15 | 7.25 | 7.25 | 7.25 | 7.25 |
| New Mexico | 5.15 | 6.50 | 7.50 | 7.50 | 7.50 | 7.50 | 7.50 |
| New York | 7.15 | 7.15 | 7.15 | 7.25 | 7.25 | 7.25 | 7.25 |
| North Carolina | 6.15 | 6.15 | 6.55 | 7.25 | 7.25 | 7.25 | 7.25 |
| North Dakota | 5.15 | 5.85 | 6.55 | 7.25 | 7.25 | 7.25 | 7.25 |
| Ohio | 6.85 | 7.00 | 7.30 | 7.30 | 7.40 | 7.70 | 7.85 |
| Oklahoma | 2.00-5.15(g) | 2.00-5.85(g) | 2.00-6.55(g) | 2.00-7.25(g) | 2.00-7.25(g) | 2.00-7.25(g) | 2.00-7.25(g) |
| Oregon | 7.80 | 7.95 | 8.40 | 8.40 | 8.50 | 8.80 | 8.95 |
| Pennsylvania | 6.25 | 7.15 | 7.15 | 7.25 | 7.25 | 7.25 | 7.25 |
| Rhode Island | 7.40 | 7.40 | 7.40 | 7.40 | 7.40 | 7.40 | 7.75 |
| South Carolina | ... | ... | ... | ... | ... | ... | ... |
| South Dakota | 5.15 | 5.85 | 6.55 | 7.25 | 7.25 | 7.25 | 7.25 |
| Tennessee | ... | ... | ... | ... | ... | ... | ... |
| Texas | 5.15 | 5.85 | 6.55 | 7.25 | 7.25 | 7.25 | 7.25 |
| Utah | 5.15 | 5.85 | 6.55 | 7.25 | 7.25 | 7.25 | 7.25 |
| Vermont | 7.53(e) | 7.68(e) | 8.06(e) | 8.06(e) | 8.15(e) | 8.46(e) | 8.60(e) |
| Virginia | 5.15[c] | 5.85[c] | 6.55[c] | 7.25[c] | 7.25[c] | 7.25[c] | 7.25[c] |
| Washington | 7.93 | 8.07 | 8.55 | 8.55 | 8.67 | 9.04 | 9.19 |
| West Virginia | 5.85 | 6.55 | 7.25 | 7.25 | 7.25 | 7.25 | 7.25 |
| Wisconsin | 6.50 | 6.50 | 6.50 | 7.25 | 7.25 | 7.25 | 7.25 |
| Wyoming | 5.15 | 5.15 | 5.15 | 5.15 | 5.15 | 5.15 | 5.15 |
| District of Columbia | 7.00 | 7.00 | 7.55 | 8.25 | 8.25 | 8.25 | 8.25 |
| Guam | 5.15 | 5.85 | 5.85 | 7.25 | 7.25 | 7.25 | 7.25 |
| Puerto Rico | 3.61-5.15(i) | 3.61-5.15(i) | 4.10(i) | 5.08 – 7.25 (i2) | 5.08 – 7.25 (i2) | 5.08 – 7.25 (i2) | 5.08 – 7.25 (i2) |
| U.S. Virgin Islands | 4.30-6.15(g,j) | 4.30-6.15(j) | 4.30-6.15(j) | 4.30-7.25(j) | 4.30-7.25(j) | 4.30-7.25(j) | 4.30-7.25(j) |

| State or other jurisdiction | 2014 | 2015 | 2016 |
|---|---|---|---|
| Federal (FLSA) | 7.25 | 7.25 | 7.25 |
| Alabama | ... | ... | ... |
| Alaska | 7.75 | 8.75 | 9.75 |
| Arizona | 7.90 | 8.05 | 8.05 |

U.S. Department of Labor - Wage & Hour Divisions (WHD) - CHANGES IN BASIC MINIMUM WAGES IN NON-FARM EMPLOYMENT UNDER STATE LAW: SELECTED YEARS 1968 TO 2013

| | | | |
|---|---|---|---|
| Arkansas | 6.25[c] | **7.50**[c] | **8.00**[c] |
| California | 9.00 | 9.00 | **10.00** |
| Colorado | 8.00 | **8.23** | **8.31** |
| Connecticut | 8.70 | **9.15** | **9.60** |
| Delaware | 7.75 | **8.25** | 8.25 |
| Florida | 7.93 | **8.05** | 8.05 |
| Georgia | 5.15(d) | 5.15(d) | 5.15(d) |
| Hawaii | 7.25 | **7.75** | **8.50** |
| Idaho | 7.25 | 7.25 | 7.25 |
| Illinois | 8.25[c] | 8.25[c] | 8.25[c] |
| Indiana | 7.25(e) | 7.25(e) | 7.25(e) |
| Iowa | 7.25 | 7.25 | 7.25 |
| Kansas | 7.25 | 7.25 | 7.25 |
| Kentucky | 7.25 | 7.25 | 7.25 |
| Louisiana | ... | ... | ... |
| Maine | 7.50 | 7.50 | 7.50 |
| Maryland | 7.25 | **8.25** | **8.75** |
| Massachusetts | 8.00 | **9.00** | **10.00** |
| Michigan | 8.15(e) | 8.15(e) | **8.50**(e) |
| Minnesota | 6.50-8.00(g) | **7.25-9.00**(g) | **7.25-9.50**(g) |
| Mississippi | ... | ... | ... |
| Missouri | 7.50 | **7.65** | 7.65 |
| Montana | 7.90(g) | **8.05**(g) | 8.05(g) |
| Nebraska | 7.25[c] | **8.00**[c] | **9.00**[c] |
| Nevada | 7.25-8.25 | 7.25-8.25 | 7.25-8.25 |
| New Hampshire | 7.25 | 7.25 | 7.25 |
| New Jersey | 8.25 | **8.38** | 8.38 |
| New Mexico | 7.50 | 7.50 | 7.50 |
| New York | 8.00 | **8.75** | **9.00** |
| North Carolina | 7.25 | 7.25 | 7.25 |
| North Dakota | 7.25 | 7.25 | 7.25 |
| Ohio | 7.25-7.95 | 7.25-**8.10** | 7.25-8.10 |
| Oklahoma | 2.00-7.25(g) | 2.00-7.25(g) | 2.00-7.25(g) |
| Oregon | 9.10 | **9.25** | **9.75** |
| Pennsylvania | 7.25 | 7.25 | 7.25 |
| Rhode Island | 8.00 | **9.00** | **9.60** |
| South Carolina | ... | ... | ... |
| South Dakota | 7.25 | **8.50** | **8.55** |
| Tennessee | ... | ... | ... |
| Texas | 7.25 | 7.25 | 7.25 |
| Utah | 7.25 | 7.25 | 7.25 |
| Vermont | 8.73(e) | **9.15**(e) | **9.60**(e) |
| Virginia | 7.25[c] | 7.25[c] | 7.25[c] |
| Washington | 9.32 | **9.47** | 9.47 |
| West Virginia | 7.25 | **8.00** | **8.75** |
| Wisconsin | 7.25 | 7.25 | 7.25 |
| Wyoming | 5.15 | 5.15 | 5.15 |

U.S. Department of Labor - Wage & Hour Divisions (WHD) - CHANGES IN BASIC MINIMUM WAGES IN NON-FARM EMPLOYMENT UNDER STATE LAW: SELECTED YEARS 1968 TO 2013

| | | | |
|---|---|---|---|
| District of Columbia | 9.50 | **10.50** | **11.50** |
| Guam | 7.25 | **8.25** | 8.25 |
| Puerto Rico | 5.08-7.25(i) | 5.08-7.25(i) | 5.08-7.25(i) |
| U.S. Virgin Islands | 4.30-7.25(j) | 4.30-7.25(j) | 4.30-7.25(j) |

**Sources:**

1) Wage data for the years 1968 through 1998 was obtained from the Book of the States, 1968 - 1999 edition, volume 32 which was published by the Council of State Governments.

2) Wage data for the years 2000 through the present was obtained from the U.S. Department of Labor, Office of State Standards Programs Wage and Hour Division web site Minimum Wage and Overtime Pay Standards Applicable to Nonsupervisory NONFARM Private Sector Employment Under State and Federal Laws.

**Note:**

Wage rates are for January 1 of each year except 1968 and 1972, which show rates as of February. A range of rates, as in Puerto Rico, reflects which rates differ by industry, occupation or other factors, as established under a wage-board type law. Wage rates in bold indicate an increase over the previous year's rate.

**Key:**

... - not applicable

N.A. - not available

(a) - under the Federal Fair Labor Standards Act (FLSA), the two rates shown in 1968, 1970, and 1976 reflect the former multiple-track minimum-wage system in effect from 1961 to 1978. The lower rate applied to newly covered persons brought under the act by amendments, whose rates were gradually phased in. A similar dual-track system was also in effect in certain years under the laws in Connecticut, Maryland, and Nevada.

(b) - For the years indicated, the laws in Arizona, Arkansas, California, Colorado, Kentucky, Minnesota, Ohio, Utah, and Wisconsin applied only to women and minors.

[c] - Rates applicable to employers of four or more.

(d) - Rates applicable to employers of six or more. In West Virginia, applicable to employers of six or more in one location.

(e) - Rates applicable to employers of two or more.

(f) - For the years 1988 to 1990, Minnesota had a two tier schedule with the higher rate applicable to employers covered by the FLSA and the lower rate to employers not covered by the FLSA.

(g) - Minnesota sets a lower rate for enterprises with annual receipts of less than $500,000 ($4.90, January 1, 1998-January 1, 2005). The dollar amount prior to September 1, 1997 was $362,500 ($4.00 - January 1, 1991-January 1, 1997); Montana sets a lower rate for businesses with gross annual sales of $110,000 or less ($4.00 - January 1, 1992-January 1, 2005); Ohio sets a lower rate for employers with gross annual sales from $150,000 to $500,000 ($3.35 - January 1, 1991-January 1, 2005) and for employers with gross annual sales under $150,000 ($2.50 - January 1, 1991-January 1, 2005); Oklahoma sets a lower rate for employers of fewer than 10 full-time employees at any one location and for those with annual gross sales of less than $100,000 ($2.00, January 1, 1991-January 1, 2005); and the U.S. Virgin Islands sets a lower rate for businesses with annual gross receipts of less than $150,000 ($4.30, January 1, 1991-January 1, 2005).

(h) - In the District of Columbia, wage orders were replaced by a statutory minimum wage on October 1, 1993. A $5.45 minimum rate remained in effect for the laundry and dry cleaning industry as the result of the grandfather clause.

(i) - In Puerto Rico, separate minimum rates are in effect for almost 350 non-farm occupations by industry Mandatory Decrees. Rates are higher than those in the range listed in effect in a few specific occupations.
(i2) - The rate is 5.08/hour for those employees not covered by the Fair Labor Standards Act.

(j) - In the U.S. Virgin Islands, implementation of an indexed rate, which was to have started January 1, 1991, was delayed.

*Prepared By:*

**Office of Communications**
**Wage and Hour Division**
**U.S. Department of Labor**
This document was last revised in December 2016; unless otherwise stated, the information reflects requirements that were in effect, or would take effect, as of January 1, 2017.

Freedom of Information Act | Privacy & Security Statement | Disclaimers | Important Web Site Notices | Plug-ins Used by DOL

U.S. Department of Labor | Frances Perkins Building, 200 Constitution Ave., NW, Washington, DC 20210
www.dol.gov | Telephone: 1-866-4-USWAGE (1-866-487-9243) | TTY | Contact Us

https://www.dol.gov/whd/state/stateMinWageHis.htm[12/4/2017 1:10:07 PM]

# Kansas City (Wyandotte), KS

# July 2003

SCA NO: 96-0141 REV-13 ISSUED 07/14/2003

96-0141 13    FL/HH/MS                              [11,16,18]

REGISTER OF WAGE DETERMINATIONS UNDER  ›       U.S. DEPARTMENT OF LABOR

        THE SERVICE CONTRACT ACT       ›  EMPLOYMENT STANDARDS ADMINISTRATION

By direction of the Secretary of Labor ›        WAGE AND HOUR DIVISION

                                       ›        WASHINGTON, D.C. 20210

                                       ›

                                       ›

William W. Gross     Division of Wage  › Wage Determination No: 1996-0141

Director             Determinations    ›            Revision No: 13

                                       ›        Date Of Revision: 07/14/2003

------------------------------------------------------------------------------

States: Kansas, Missouri

Area: Kansas Counties of Anderson, Atchison, Doniphan, Douglas, Franklin,

Johnson, Leavenworth, Linn, Miami, Wyandotte

Missouri Counties of Adair, Andrew, Atchison, Bates, Buchanan, Caldwell,

Carroll, Cass, Chariton, Clay, Clinton, Cooper, Daviess, De Kalb, Gentry,

Grundy, Harrison, Henry, Holt, Howard, Jackson, Johnson, Lafayette, Linn,

Livingston, Macon, Mercer, Nodaway, Pettis, Platte, Putnam, Ray, Saline,

Schuyler, Sullivan, Worth

------------------------------------------------------------------------------

**Fringe Benefits Required Follow the Occupational Listing**

    OCCUPATION CODE - TITLE MINIMUM WAGE RATE

    Food & Lodging:
    (not set) - Food Service Worker 7.49
    07041 - Cook I 9.67
    07042 - Cook II 11.82
    07070 - Dishwasher 6.67
    07250 - Waiter/Waitress 6.67
    11060 - Elevator Operator 6.67
    11210 - Laborer, Grounds Maintenance 7.49

11240 - Maid or Houseman 7.49

99030 - Cashier 7.49

99050 - Desk Clerk (1) 7.49


Halfway House & Residential Community Treatment:

(not set) - Food Service Worker 7.49

(not set) - Secretary 11.12

01011 - Accounting Clerk I 9.70

01012 - Accounting Clerk II 10.29

01115 - General Clerk I 9.01

01611 - Word Processor I 9.01

07041 - Cook I 9.67

07042 - Cook II 11.82

07070 - Dishwasher 6.67

11150 - Janitor 7.49

11210 - Laborer, Grounds Maintenance 7.49

11240 - Maid or Houseman 7.49

23370 - General Maintenance Worker 10.39

27101 - Guard I 8.66

27102 - Guard II 9.37

99050 - Desk Clerk (1) 9.01


Moving & Storage:

21040 - Material Handling Laborer 8.24

21071 - Forklift Operator 9.67

21130 - Shipping Packer 9.67

21400 - Warehouse Specialist 9.67

31361 - Truckdriver, Light Truck 9.67

31362 - Truckdriver, Medium Truck 10.39

31363 - Truckdriver, Heavy Truck 11.10

31364 - Truckdriver, Tractor-Trailer 11.82

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $2.36 an hour or $94.40 a week or $409.07 a month

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor; 3 weeks after 8 years, and 4 weeks after 15 years. Length of service
includes the whole span of continuous service with the present contractor or
successor, wherever employed, and with the predecessor contractors in the
performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of ten paid holidays per year: New Year's Day, Martin Luther
King Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence Day,
Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day. (A
contractor may substitute for any of the named holidays another day off with pay
in accordance with a plan communicated to the employees involved.) (See 29 CFR
4.174)

THE OCCUPATIONS WHICH HAVE PARENTHESES AFTER THEM RECEIVE THE FOLLOWING BENEFITS
(as numbered):

1) Rates are applicable only under the appropriate occupational category.

** UNIFORM ALLOWANCE **
If employees are required to wear uniforms in the performance of this contract
(either by the terms of the Government contract, by the employer, by the state
or local law, etc.), the cost of furnishing such uniforms and maintaining (by
laundering or dry cleaning) such uniforms is an expense that may not be borne by
an employee where such cost reduces the hourly rate below that required by the
wage determination. The Department of Labor will accept payment in accordance
with the following standards as compliance:
The contractor or subcontractor is required to furnish all employees with an
adequate number of uniforms without cost or to reimburse employees for the
actual cost of the uniforms. In addition, where uniform cleaning and maintenance
is made the responsibility of the employee, all contractors and subcontractors

subject to this wage determination shall (in the absence of a bona fide
collective bargaining agreement providing for a different amount, or the
furnishing of contrary affirmative proof as to the actual cost), reimburse all
employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67
cents per day). However, in those instances where the uniforms furnished are
made of "wash and wear" materials, may be routinely washed and dried with other
personal garments, and do not require any special treatment such as dry
cleaning, daily washing, or commercial laundering in order to meet the
cleanliness or appearance standards set by the terms of the Government contract,
by the contractor, by law, or by the nature of the work, there is no requirement
that employees be reimbursed for uniform maintenance costs.

** NOTES APPLYING TO THIS WAGE DETERMINATION **

Source of Occupational Title and Descriptions:

The duties of employees under job titles listed are those described in the
"Service Contract Act Directory of Occupations," Fourth Edition, January 1993,
as amended by the Third Supplement, dated March 1997, unless otherwise
indicated. This publication may be obtained from the Superintendent of
Documents, at 202-783-3238, or by writing to the Superintendent of Documents,
U.S. Government Printing Office, Washington, D.C. 20402. Copies of specific job
descriptions may also be obtained from the appropriate contracting officer.
REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE (Standard
Form 1444 (SF 1444))

Conformance Process:

The contracting officer shall require that any class of service employee which
is not listed herein and which is to be employed under the contract (i.e., the
work to be performed is not performed by any classification listed in the wage
determination), be classified by the contractor so as to provide a reasonable
relationship (i.e., appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination. Such
conformed classes of employees shall be paid the monetary wages and furnished
the fringe benefits as are determined. Such conforming process shall be
initiated by the contractor prior to the performance of contract work by such
unlisted class(es) of employees. The conformed classification, wage rate, and/or
fringe benefits shall be retroactive to the commencement date of the contract.
(See Section 4.6 (C)(vi)) When multiple wage determinations are included in a
contract, a separate SF 1444 should be prepared for each wage determination to

which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award, the contractor prepares a written report listing in order proposed classification title(s), a Federal grade equivalency (FGE) for each proposed classification(s), job description(s), and rationale for proposed wage rate(s), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no authorized representative, the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review. (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour decision to the contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory) should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination.

# Kansas City, KS

# May 2007

```
************  THIS WAGE DETERMINATION WAS REPLACED 02/05/2008  *************
WD 96-0141 (Rev.-18) was first posted on www.wdol.gov on 06/05/2007
FL/HH/MS
***************************************************************************
REGISTER OF WAGE DETERMINATIONS UNDER  ³    U.S. DEPARTMENT OF LABOR
       THE SERVICE CONTRACT ACT        ³ EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor ³     WAGE AND HOUR DIVISION
                                       ³     WASHINGTON, D.C. 20210
                                       ³
                                       ³
William W. Gross      Division of Wage  ³ Wage Determination No: 1996-0141
Director              Determinations    ³         Revision No: 18
                                       ³   Date Of Revision: 05/29/2007
---------------------------------------------------------------------------
```

States: Kansas, Missouri
Area: Kansas Counties of Anderson, Atchison, Doniphan, Douglas, Franklin,
Johnson, Leavenworth, Linn, Miami, Wyandotte
Missouri Counties of Adair, Andrew, Atchison, Bates, Buchanan, Caldwell,
Carroll, Cass, Chariton, Clay, Clinton, Cooper, Daviess, De Kalb, Gentry,
Grundy, Harrison, Henry, Holt, Howard, Jackson, Johnson, Lafayette, Linn,
Livingston, Macon, Mercer, Nodaway, Pettis, Platte, Putnam, Ray, Saline,
Schuyler, Sullivan, Worth

---------------------------------------------------------------------------

**Fringe Benefits Required Follow the Occupational Listing**


OCCUPATION CODE - TITLE                                     MINIMUM WAGE RATE

Food & Lodging:

| (not set) | - Food Service Worker | 7.49 |
| 07041 | - Cook I | 9.67 |
| 07042 | - Cook II | 11.82 |
| 07070 | - Dishwasher | 6.67 |
| 07250 | - Waiter/Waitress | 6.67 |
| 11060 | - Elevator Operator | 6.67 |
| 11210 | - Laborer, Grounds Maintenance | 7.49 |
| 11240 | - Maid or Houseman | 7.49 |
| 99030 | - Cashier | 7.49 |
| 99050 | - Desk Clerk (1) | 7.49 |

Halfway House & Residential Community Treatment:

| (not set) | - Food Service Worker | 7.49 |
| (not set) | - Secretary | 11.12 |
| 01011 | - Accounting Clerk I | 9.70 |
| 01012 | - Accounting Clerk II | 10.29 |
| 01115 | - General Clerk I | 9.01 |
| 01611 | - Word Processor I | 9.01 |
| 07041 | - Cook I | 9.67 |
| 07042 | - Cook II | 11.82 |
| 07070 | - Dishwasher | 6.67 |
| 11150 | - Janitor | 7.49 |
| 11210 | - Laborer, Grounds Maintenance | 7.49 |
| 11240 | - Maid or Houseman | 7.49 |
| 23370 | - General Maintenance Worker | 10.39 |
| 27101 | - Guard I | 8.66 |
| 27102 | - Guard II | 9.37 |

```
99050          - Desk Clerk (1)                                        9.01

Moving & Storage:

21040          - Material Handling Laborer                             8.24
21071          - Forklift Operator                                     9.67
21130          - Shipping Packer                                       9.67
21400          - Warehouse Specialist                                  9.67
31361          - Truckdriver, Light Truck                              9.67
31362          - Truckdriver, Medium Truck                            10.39
31363          - Truckdriver, Heavy Truck                             11.10
31364          - Truckdriver, Tractor-Trailer                         11.82
```

---

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $3.16 per hour or $126.40 per week or $547.73 per month

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks after 8 years, and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor, wherever employed, and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of ten paid holidays per year: New Year's Day, Martin Luther King Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)

THE OCCUPATIONS WHICH HAVE PARENTHESES AFTER THEM RECEIVE THE FOLLOWING BENEFITS (as numbered):

1) Rates are applicable only under the appropriate occupational category.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other

personal garments, and do not require any special treatment such as dry
cleaning, daily washing, or commercial laundering in order to meet the
cleanliness or appearance standards set by the terms of the Government contract,
by the contractor, by law, or by the nature of the work, there is no requirement
that employees be reimbursed for uniform maintenance costs.


** NOTES APPLYING TO THIS WAGE DETERMINATION **

Under the policy and guidance contained in All Agency Memorandum No. 159, the
Wage and Hour Division does not recognize, for section 4(c) purposes,
prospective wage rates and fringe benefit provisions that are effective only
upon such contingencies as "approval of Wage and Hour, issuance of a wage
determination, incorporation of the wage determination in the contract,
adjusting the contract price, etc." (The relevant CBA section) in the collective
bargaining agreement between (the parties) contains contingency language that
Wage and Hour does not recognize as reflecting "arm's length negotiation" under
section 4(c) of the Act and 29 C.F.R. 5.11(a) of the regulations. This wage
determination therefore reflects the actual CBA wage rates and fringe benefits
paid under the predecessor contract.

Source of Occupational Title and Descriptions:

The duties of employees under job titles listed are those described in the
"Service Contract Act Directory of Occupations," Fourth Edition, January 1993,
as amended by the Third Supplement, dated March 1997, unless otherwise
indicated. This publication may be obtained from the Superintendent of
Documents, at 202-783-3238, or by writing to the Superintendent of Documents,
U.S. Government Printing Office, Washington, D.C. 20402. Copies of specific job
descriptions may also be obtained from the appropriate contracting officer.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE {Standard
Form 1444 (SF 1444)}

Conformance Process:

The contracting officer shall require that any class of service employee which
is not listed herein and which is to be employed under the contract (i.e., the
work to be performed is not performed by any classification listed in the wage
determination), be classified by the contractor so as to provide a reasonable
relationship (i.e., appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination. Such
conformed classes of employees shall be paid the monetary wages and furnished
the fringe benefits as are determined. Such conforming process shall be
initiated by the contractor prior to the performance of contract work by such
unlisted class(es) of employees. The conformed classification, wage rate, and/or
fringe benefits shall be retroactive to the commencement date of the contract.
{See Section 4.6 (C)(vi)} When multiple wage determinations are included in a
contract, a separate SF 1444 should be prepared for each wage determination to
which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).

2) After contract award, the contractor prepares a written report listing in
order proposed classification title(s), a Federal grade equivalency (FGE) for
each proposed classification(s), job description(s), and rationale for proposed
wage rate(s), including information regarding the agreement or disagreement of

the authorized representative of the employees involved, or where there is no authorized representative, the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review. (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour decision to the contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory) should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination.

Atlanta (Fulton), GA

May 2007

```
*************   THIS WAGE DETERMINATION WAS REPLACED 03/11/2008   *************
WD 97-0247 (Rev.-16) was first posted on www.wdol.gov on 06/05/2007
FL/HH/MS
***************************************************************************
```

| REGISTER OF WAGE DETERMINATIONS UNDER | ꟹ | U.S. DEPARTMENT OF LABOR |
|---|---|---|
| THE SERVICE CONTRACT ACT | ꟹ | EMPLOYMENT STANDARDS ADMINISTRATION |
| By direction of the Secretary of Labor | ꟹ | WAGE AND HOUR DIVISION |
| | ꟹ | WASHINGTON, D.C. 20210 |
| | ꟹ | |
| | ꟹ | |
| William W. Gross   Division of Wage | ꟹ | Wage Determination No: 1997-0247 |
| Director   Determinations | ꟹ | Revision No: 16 |
| | ꟹ | Date Of Revision: 05/29/2007 |

```
--------------------------------------------------------------------------------
State: Georgia
Area: Georgia Counties of Banks, Barrow, Bartow, Butts, Carroll, Chattooga,
Cherokee, Clarke, Clayton, Cobb, Coweta, Dawson, De Kalb, Douglas, Fannin,
Fayette, Floyd, Forsyth, Franklin, Fulton, Gilmer, Gordon, Greene, Gwinnett,
Habersham, Hall, Haralson, Henry, Jackson, Lumpkin, Madison, Morgan, Murray,
Newton, Oconee, Oglethorpe, Paulding, Pickens, Polk, Rabun, Rockdale, Spalding,
Stephens, Towns, Union, Walton, White, Whitfield
--------------------------------------------------------------------------------
```

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | MINIMUM WAGE RATE |
|---|---|
| Food & Lodging: | |
| (not set)   - Food Service Worker | 8.53 |
| 07041   - Cook I | 11.24 |
| 07042   - Cook II | 13.99 |
| 07070   - Dishwasher | 7.43 |
| 07250   - Waiter/Waitress | 7.43 |
| 11060   - Elevator Operator | 7.43 |
| 11210   - Laborer, Grounds Maintenance | 8.53 |
| 11240   - Maid or Houseman | 8.53 |
| 99030   - Cashier | 8.53 |
| 99050   - Desk Clerk (1) | 8.53 |
| | |
| Halfway House & Residential Community Treatment: | |
| (not set)   - Food Service Worker | 8.53 |
| (not set)   - Secretary | 13.14 |
| 01011   - Accounting Clerk I | 11.03 |
| 01012   - Accounting Clerk II | 12.03 |
| 01115   - General Clerk I | 10.11 |
| 01611   - Word Processor I | 10.11 |
| 07041   - Cook I | 11.24 |
| 07042   - Cook II | 13.99 |
| 07070   - Dishwasher | 7.43 |
| 11150   - Janitor | 8.53 |
| 11210   - Laborer, Grounds Maintenance | 8.53 |
| 11240   - Maid or Houseman | 8.53 |
| 23370   - General Maintenance Worker | 12.16 |
| 27101   - Guard I | 9.75 |
| 27102   - Guard II | 10.62 |
| 99050   - Desk Clerk (1) | 10.11 |

Moving & Storage:

| | | |
|---|---|---|
| 21040 | - Material Handling Laborer | 9.54 |
| 21071 | - Forklift Operator | 11.24 |
| 21130 | - Shipping Packer | 11.24 |
| 21400 | - Warehouse Specialist | 11.24 |
| 31361 | - Truckdriver, Light Truck | 11.24 |
| 31362 | - Truckdriver, Medium Truck | 12.16 |
| 31363 | - Truckdriver, Heavy Truck | 13.07 |
| 31364 | - Truckdriver, Tractor-Trailer | 13.99 |

---

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $3.16 per hour or $126.40 per week or $547.73 per month

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; and 3 weeks after 8 years. Length of service includes the whole span of continuous service with the present contractor or successor, wherever employed, and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of ten paid holidays per year: New Year's Day, Martin Luther King Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE PARENTHESES AFTER THEM RECEIVE THE FOLLOWING BENEFITS (as numbered):

1) Rates are applicable only under the appropriate occupational category.


** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry

cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

## ** NOTES APPLYING TO THIS WAGE DETERMINATION **

Under the policy and guidance contained in All Agency Memorandum No. 159, the Wage and Hour Division does not recognize, for section 4(c) purposes, prospective wage rates and fringe benefit provisions that are effective only upon such contingencies as "approval of Wage and Hour, issuance of a wage determination, incorporation of the wage determination in the contract, adjusting the contract price, etc." (The relevant CBA section) in the collective bargaining agreement between (the parties) contains contingency language that Wage and Hour does not recognize as reflecting "arm's length negotiation" under section 4(c) of the Act and 29 C.F.R. 5.11(a) of the regulations. This wage determination therefore reflects the actual CBA wage rates and fringe benefits paid under the predecessor contract.

Source of Occupational Title and Descriptions:

The duties of employees under job titles listed are those described in the "Service Contract Act Directory of Occupations," Fourth Edition, January 1993, as amended by the Third Supplement, dated March 1997, unless otherwise indicated. This publication may be obtained from the Superintendent of Documents, at 202-783-3238, or by writing to the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402. Copies of specific job descriptions may also be obtained from the appropriate contracting officer.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE {Standard Form 1444 (SF 1444)}

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination. Such conformed classes of employees shall be paid the monetary wages and furnished the fringe benefits as are determined. Such conforming process shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees. The conformed classification, wage rate, and/or fringe benefits shall be retroactive to the commencement date of the contract. {See Section 4.6 (C)(vi)} When multiple wage determinations are included in a contract, a separate SF 1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award, the contractor prepares a written report listing in order proposed classification title(s), a Federal grade equivalency (FGE) for each proposed classification(s), job description(s), and rationale for proposed wage rate(s), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no

authorized representative, the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review. (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour decision to the contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory) should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination.

New York, NY

May 2009

```
*************  THIS WAGE DETERMINATION WAS REPLACED 01/12/2010  *************
WD 95-0561 (Rev.-19) was first posted on www.wdol.gov on 06/02/2009
FL/HH/MS
*****************************************************************************
REGISTER OF WAGE DETERMINATIONS UNDER  |     U.S. DEPARTMENT OF LABOR
        THE SERVICE CONTRACT ACT       | EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor |      WAGE AND HOUR DIVISION
                                       |      WASHINGTON, D.C. 20210
                                       |
                                       |
Shirley F. Ebbesen    Division of Wage | Wage Determination No: 1995-0561
Director              Determinations    |         Revision No: 19
                                       |    Date Of Revision: 05/26/2009
-----------------------------------------------------------------------------
State: New York
Area: New York Counties of Bronx, Kings, New York, Putnam, Queens, Richmond,
Rockland, Westchester
-----------------------------------------------------------------------------

**Fringe Benefits Required Follow the Occupational Listing**


OCCUPATION CODE - TITLE                         FOOTNOTE            RATE

Food & Lodging:
  07041 - Cook I                                                   12.80
  07042 - Cook II                                                  15.13
  07070 - Dishwasher                                                9.29
  07130 - Food Service Worker                                      10.40
  07260 - Waiter/Waitress                                           9.29
  11060 - Elevator Operator                                         9.29
  11210 - Laborer, Grounds Maintenance                             10.40
  11240 - Maid or Houseman                                         10.40
  99030 - Cashier                                                  10.40
  99050 - Desk Clerk                               (see 1)         10.40

Halfway House & Residential Community Treatment:
  01011 - Accounting Clerk I                                       13.78
  01012 - Accounting Clerk II                                      14.30
  01111 - General Clerk I                                          12.20
  01311 - Secretary I                                              15.50
  01611 - Word Processor I                                         12.20
  07041 - Cook I                                                   12.80
  07042 - Cook II                                                  15.13
  07070 - Dishwasher                                                9.29
  07130 - Food Service Worker                                      10.40
  11150 - Janitor                                                  10.40
  11210 - Laborer, Grounds Maintenance                             10.40
  11240 - Maid or Houseman                                         10.40
  23370 - General Maintenance Worker                               13.59
  27101 - Guard I                                                  11.56
  27102 - Guard II                                                 12.52
  99050 - Desk Clerk                               (see 1)         12.20

Moving & Storage:
  21020 - Forklift Operator                                        12.80
  21050 - Material Handling Laborer                                11.27
  21110 - Shipping Packer                                          12.80
  21410 - Warehouse Specialist                                     12.80
```

```
31361 - Truckdriver, Light                              12.80
31362 - Truckdriver, Medium                             13.59
31363 - Truckdriver, Heavy                              14.36
31364 - Truckdriver, Tractor-Trailer                    15.13
```

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $3.35 per hour or $134.00 per week or $580.66 per month

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks after 5 years, 4 weeks after 10 years, and 5 weeks after 20 years. Length of service includes the whole span of continuous service with the present contractor or successor, wherever employed, and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of ten paid holidays per year: New Year's Day, Martin Luther King Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) Rates are applicable only under the appropriate occupational category.


** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.


** NOTES APPLYING TO THIS WAGE DETERMINATION **

Under the policy and guidance contained in All Agency Memorandum No. 159, the Wage and Hour Division does not recognize, for section 4(c) purposes, prospective wage rates and fringe benefit provisions that are effective only upon such contingencies as "approval of Wage and Hour, issuance of a wage determination, incorporation of the wage determination in the contract, adjusting the contract price, etc." (The relevant CBA section) in the collective bargaining agreement between (the parties) contains contingency language that Wage and Hour does not recognize as reflecting "arm's length negotiation" under section 4(c) of the Act and 29 C.F.R. 5.11(a) of the regulations. This wage determination therefore reflects the actual CBA wage rates and fringe benefits paid under the predecessor contract.

The duties of employees under job titles listed are those described in the "Service Contract Act Directory of Occupations", Fifth Edition, April 2006, unless otherwise indicated. Copies of the Directory are available on the Internet. A links to the Directory may be found on the WHD home page at http://www.dol.gov/esa/whd/ or through the Wage Determinations On-Line (WDOL) Web site at http://wdol.gov/.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE {Standard Form 1444 (SF 1444)}

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination. Such conformed classes of employees shall be paid the monetary wages and furnished the fringe benefits as are determined. Such conforming process shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees. The conformed classification, wage rate, and/or fringe benefits shall be retroactive to the commencement date of the contract. {See Section 4.6 (C)(vi)} When multiple wage determinations are included in a contract, a separate SF 1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award, the contractor prepares a written report listing in order proposed classification title(s), a Federal grade equivalency (FGE) for each proposed classification(s), job description(s), and rationale for proposed wage rate(s), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no authorized representative, the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review. (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or

disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour decision to the contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory) should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination.

# Newark (Essex), NJ

# May 2009

```
*************   THIS WAGE DETERMINATION WAS REPLACED 01/19/2010   *************
WD 95-0263 (Rev.-20) was first posted on www.wdol.gov on 06/02/2009
FL/HH/MS
*******************************************************************************
REGISTER OF WAGE DETERMINATIONS UNDER  |     U.S. DEPARTMENT OF LABOR
         THE SERVICE CONTRACT ACT      | EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor |      WAGE AND HOUR DIVISION
                                       |      WASHINGTON, D.C. 20210
                                       |
                                       |
Shirley F. Ebbesen    Division of Wage | Wage Determination No: 1995-0263
Director              Determinations    |        Revision No: 20
                                       |    Date Of Revision: 05/26/2009
-----------------------------------------------------------------------------
State: New Jersey
Area: New Jersey Counties of Essex, Hudson, Morris, Sussex, Union
-----------------------------------------------------------------------------


**Fringe Benefits Required Follow the Occupational Listing**


OCCUPATION CODE - TITLE                        FOOTNOTE          RATE

Food & Lodging:
  07041 - Cook I                                                 12.24
  07042 - Cook II                                                14.82
  07070 - Dishwasher                                              8.80
  07130 - Food Service Worker                                     9.41
  07260 - Waiter/Waitress                                         8.80
  11060 - Elevator Operator                                       8.80
  11210 - Laborer, Grounds Maintenance                            9.41
  11240 - Maid or Houseman                                        9.41
  99030 - Cashier                                                 9.41
  99050 - Desk Clerk                             (see 1)          9.41

Halfway House & Residential Community Treatment:
  01011 - Accounting Clerk I                                     12.36
  01012 - Accounting Clerk II                                    13.22
  01111 - General Clerk I                                        11.27
  01311 - Secretary I                                            13.92
  01611 - Word Processor I                                       11.27
  07041 - Cook I                                                 12.24
  07042 - Cook II                                                14.82
  07070 - Dishwasher                                              8.80
  07130 - Food Service Worker                                     9.41
  11150 - Janitor                                                 9.41
  11210 - Laborer, Grounds Maintenance                            9.41
  11240 - Maid or Houseman                                        9.41
  23370 - General Maintenance Worker                             13.11
  27101 - Guard I                                                10.75
  27102 - Guard II                                               11.61
  99050 - Desk Clerk                             (see 1)         10.04

Moving & Storage:
  21020 - Forklift Operator                                      12.24
  21050 - Material Handling Laborer                              10.22
  21110 - Shipping Packer                                        12.24
  21410 - Warehouse Specialist                                   12.24
  31361 - Truckdriver, Light                                     12.24
```

```
31362 - Truckdriver, Medium                          13.11
31363 - Truckdriver, Heavy                           13.96
31364 - Truckdriver, Tractor-Trailer                 14.82
```

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $3.35 per hour or $134.00 per week or $580.66 per month

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor; 3 weeks after 5 years, 4 weeks after 15 years, and 5 weeks after 25
years. Length of service includes the whole span of continuous service with the
present contractor or successor, wherever employed, and with the predecessor
contractors in the performance of similar work at the same Federal facility.
(Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day, Martin
Luther King Jr's Birthday, Washington's Birthday, Good Friday, Memorial Day,
Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and
Christmas Day. A contractor may substitute for any of the named holidays another
day off with pay in accordance with a plan communicated to the employees
involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE
FOLLOWING:

1) Rates are applicable only under the appropriate occupational category.


** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract
(either by the terms of the Government contract, by the employer, by the state
or local law, etc.), the cost of furnishing such uniforms and maintaining (by
laundering or dry cleaning) such uniforms is an expense that may not be borne by
an employee where such cost reduces the hourly rate below that required by the
wage determination. The Department of Labor will accept payment in accordance
with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an
adequate number of uniforms without cost or to reimburse employees for the
actual cost of the uniforms. In addition, where uniform cleaning and maintenance
is made the responsibility of the employee, all contractors and subcontractors
subject to this wage determination shall (in the absence of a bona fide
collective bargaining agreement providing for a different amount, or the
furnishing of contrary affirmative proof as to the actual cost), reimburse all
employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67
cents per day). However, in those instances where the uniforms furnished are
made of "wash and wear" materials, may be routinely washed and dried with other
personal garments, and do not require any special treatment such as dry
cleaning, daily washing, or commercial laundering in order to meet the
cleanliness or appearance standards set by the terms of the Government contract,
by the contractor, by law, or by the nature of the work, there is no requirement
that employees be reimbursed for uniform maintenance costs.


** NOTES APPLYING TO THIS WAGE DETERMINATION **

Under the policy and guidance contained in All Agency Memorandum No. 159, the

Wage and Hour Division does not recognize, for section 4(c) purposes, prospective wage rates and fringe benefit provisions that are effective only upon such contingencies as "approval of Wage and Hour, issuance of a wage determination, incorporation of the wage determination in the contract, adjusting the contract price, etc." (The relevant CBA section) in the collective bargaining agreement between (the parties) contains contingency language that Wage and Hour does not recognize as reflecting "arm's length negotiation" under section 4(c) of the Act and 29 C.F.R. 5.11(a) of the regulations. This wage determination therefore reflects the actual CBA wage rates and fringe benefits paid under the predecessor contract.

The duties of employees under job titles listed are those described in the "Service Contract Act Directory of Occupations", Fifth Edition, April 2006, unless otherwise indicated. Copies of the Directory are available on the Internet. A links to the Directory may be found on the WHD home page at http://www.dol.gov/esa/whd/ or through the Wage Determinations On-Line (WDOL) Web site at http://wdol.gov/.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE {Standard Form 1444 (SF 1444)}

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination. Such conformed classes of employees shall be paid the monetary wages and furnished the fringe benefits as are determined. Such conforming process shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees. The conformed classification, wage rate, and/or fringe benefits shall be retroactive to the commencement date of the contract. {See Section 4.6 (C)(vi)} When multiple wage determinations are included in a contract, a separate SF 1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award, the contractor prepares a written report listing in order proposed classification title(s), a Federal grade equivalency (FGE) for each proposed classification(s), job description(s), and rationale for proposed wage rate(s), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no authorized representative, the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review. (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or

notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour decision to the contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory) should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination.

# Dayton (Montgomery), OH

# February 2009

```
*************  THIS WAGE DETERMINATION WAS REPLACED 06/02/2009   *************
WD 96-0473 (Rev.-21) was first posted on www.wdol.gov on 02/17/2009
FL/HH/MS
*********************************************************************************
REGISTER OF WAGE DETERMINATIONS UNDER  ³      U.S. DEPARTMENT OF LABOR
         THE SERVICE CONTRACT ACT       ³  EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor  ³       WAGE AND HOUR DIVISION
                                        ³        WASHINGTON, D.C. 20210
                                        ³
                                        ³
Shirley F. Ebbesen   Division of Wage   ³ Wage Determination No: 1996-0473
Director             Determinations     ³          Revision No: 21
                                        ³      Date Of Revision: 02/09/2009
-------------------------------------------------------------------------------
States: Indiana, Ohio
Area: Indiana Counties of Randolph, Union, Wayne
Ohio Counties of Champaign, Clark, Clinton, Darke, Greene, Logan, Miami,
Montgomery, Preble, Shelby
-------------------------------------------------------------------------------


**Fringe Benefits Required Follow the Occupational Listing**


OCCUPATION CODE - TITLE                                   MINIMUM WAGE RATE

Food & Lodging:

07041          - Cook I                                       10.86
07042          - Cook II                                      13.17
07070          - Dishwasher                                    7.79
07130          - Food Service Worker                           8.56
07260          - Waiter/Waitress                               7.79
11060          - Elevator Operator                             7.79
11210          - Laborer, Grounds Maintenance                  8.56
11240          - Maid or Houseman                              8.56
99030          - Cashier                                       8.56
99050          - Desk Clerk (1)                                8.56


Halfway House & Residential Community Treatment:

01011          - Accounting Clerk I                           11.14
01012          - Accounting Clerk II                          12.10
01111          - General Clerk I                              10.13
01311          - Secretary I                                  12.91
01611          - Word Processor I                             10.13
07041          - Cook I                                       10.86
07042          - Cook II                                      13.17
07070          - Dishwasher                                    7.79
07130          - Food Service Worker                           8.56
11150          - Janitor                                       8.56
11210          - Laborer, Grounds Maintenance                  8.56
11240          - Maid or Houseman                              8.56
23370          - General Maintenance Worker                   11.64
27101          - Guard I                                      10.12
27102          - Guard II                                     10.88
99050          - Desk Clerk (1)                               10.13


Moving & Storage:
```

| 21020 | – Forklift Operator | 10.86 |
| 21050 | – Material Handling Laborer | 9.34 |
| 21110 | – Shipping Packer | 10.86 |
| 21410 | – Warehouse Specialist | 10.86 |
| 31361 | – Truckdriver, Light | 10.86 |
| 31362 | – Truckdriver, Medium | 11.64 |
| 31363 | – Truckdriver, Heavy | 12.39 |
| 31364 | – Truckdriver, Tractor-Trailer | 13.17 |

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $3.24 per hour or $129.60 per week or $561.60 per month

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor; 3 weeks after 8 years, and 4 weeks after 15 years. Length of service
includes the whole span of continuous service with the present contractor or
successor, wherever employed, and with the predecessor contractors in the
performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day, Martin
Luther King Jr's Birthday, Washington's Birthday, Good Friday, Memorial Day,
Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and
Christmas Day. A contractor may substitute for any of the named holidays another
day off with pay in accordance with a plan communicated to the employees
involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE PARENTHESES AFTER THEM RECEIVE THE FOLLOWING BENEFITS
(as numbered):

1) Rates are applicable only under the appropriate occupational category.


** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract
(either by the terms of the Government contract, by the employer, by the state
or local law, etc.), the cost of furnishing such uniforms and maintaining (by
laundering or dry cleaning) such uniforms is an expense that may not be borne by
an employee where such cost reduces the hourly rate below that required by the
wage determination. The Department of Labor will accept payment in accordance
with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an
adequate number of uniforms without cost or to reimburse employees for the
actual cost of the uniforms. In addition, where uniform cleaning and maintenance
is made the responsibility of the employee, all contractors and subcontractors
subject to this wage determination shall (in the absence of a bona fide
collective bargaining agreement providing for a different amount, or the
furnishing of contrary affirmative proof as to the actual cost), reimburse all
employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67
cents per day). However, in those instances where the uniforms furnished are
made of "wash and wear" materials, may be routinely washed and dried with other
personal garments, and do not require any special treatment such as dry
cleaning, daily washing, or commercial laundering in order to meet the
cleanliness or appearance standards set by the terms of the Government contract,
by the contractor, by law, or by the nature of the work, there is no requirement
that employees be reimbursed for uniform maintenance costs.

The duties of employees under job titles listed are those described in the
"Service Contract Act Directory of Occupations", Fifth Edition, April 2006,
unless otherwise indicated. Copies of the Directory are available on the
Internet. A links to the Directory may be found on the WHD home page at
http://www.dol.gov/esa/whd/ or through the Wage Determinations On-Line (WDOL)
Web site at http://wdol.gov/.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE {Standard
Form 1444 (SF 1444)}

Conformance Process:

The contracting officer shall require that any class of service employee which
is not listed herein and which is to be employed under the contract (i.e., the
work to be performed is not performed by any classification listed· in the wage
determination), be classified by the contractor so as to provide a reasonable
relationship (i.e., appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination. Such
conformed classes of employees shall be paid the monetary wages and furnished
the fringe benefits as are determined. Such conforming process shall be
initiated by the contractor prior to the performance of contract work by such
unlisted class(es) of employees. The conformed classification, wage rate, and/or
fringe benefits shall be retroactive to the commencement date of the contract.
{See Section 4.6 (C)(vi)} When multiple wage determinations are included in a
contract, a separate SF 1444 should be prepared for each wage determination to
which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).

2) After contract award, the contractor prepares a written report listing in
order proposed classification title(s), a Federal grade equivalency (FGE) for
each proposed classification(s), job description(s), and rationale for proposed
wage rate(s), including information regarding the agreement or disagreement of
the authorized representative of the employees involved, or where there is no
authorized representative, the employees themselves. This report should be
submitted to the contracting officer no later than 30 days after such unlisted
class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a
report of the action, together with the agency's recommendations and pertinent
information including the position of the contractor and the employees, to the
Wage and Hour Division, Employment Standards Administration, U.S. Department of
Labor, for review. (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or
disapproves the action via transmittal to the agency contracting officer, or
notifies the contracting officer that additional time will be required to
process the request.

5) The contracting officer transmits the Wage and Hour decision to the
contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond
paper.

When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory) should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination.

# Dayton, OH

# January 2010

```
*************  THIS WAGE DETERMINATION WAS REPLACED 06/22/2010   *************
WD 96-0473 (Rev.-23) was first posted on www.wdol.gov on 02/02/2010
FL/HH/MS
*************************************************************************************
REGISTER OF WAGE DETERMINATIONS UNDER  |     U.S. DEPARTMENT OF LABOR
         THE SERVICE CONTRACT ACT       | EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor  |     WAGE AND HOUR DIVISION
                                        |     WASHINGTON, D.C. 20210
                                        |
                                        |
Shirley F. Ebbesen    Division of Wage  | Wage Determination No: 1996-0473
Director              Determinations    |       Revision No: 23
                                        |    Date Of Revision: 01/27/2010
----------------------------------------------------------------------------------
States: Indiana, Ohio
Area: Indiana Counties of Randolph, Union, Wayne
Ohio Counties of Champaign, Clark, Clinton, Darke, Greene, Logan, Miami,
Montgomery, Preble, Shelby
----------------------------------------------------------------------------------
```

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| Food & Lodging: | | |
| 07041 - Cook I | | 11.25 |
| 07042 - Cook II | | 13.64 |
| 07070 - Dishwasher | | 8.07 |
| 07130 - Food Service Worker | | 8.87 |
| 07260 - Waiter/Waitress | | 8.07 |
| 11060 - Elevator Operator | | 8.07 |
| 11210 - Laborer, Grounds Maintenance | | 8.87 |
| 11240 - Maid or Houseman | | 8.87 |
| 99030 - Cashier | | 8.87 |
| 99050 - Desk Clerk | (see 1) | 8.87 |
| | | |
| Halfway House & Residential Community Treatment: | | |
| 01011 - Accounting Clerk I | | 11.54 |
| 01012 - Accounting Clerk II | | 12.60 |
| 01111 - General Clerk I | | 10.49 |
| 01311 - Secretary I | | 13.44 |
| 01611 - Word Processor I | | 10.49 |
| 07041 - Cook I | | 11.25 |
| 07042 - Cook II | | 13.64 |
| 07070 - Dishwasher | | 8.07 |
| 07130 - Food Service Worker | | 8.87 |
| 11150 - Janitor | | 8.87 |
| 11210 - Laborer, Grounds Maintenance | | 8.87 |
| 11240 - Maid or Houseman | | 8.87 |
| 23370 - General Maintenance Worker | | 12.05 |
| 27101 - Guard I | | 10.48 |
| 27102 - Guard II | | 11.27 |
| 99050 - Desk Clerk | (see 1) | 10.49 |
| | | |
| Moving & Storage: | | |
| 21020 - Forklift Operator | | 11.25 |
| 21050 - Material Handling Laborer | | 9.67 |
| 21110 - Shipping Packer | | 11.25 |

```
21410 - Warehouse Specialist                                   11.25
31361 - Truckdriver, Light                                     11.25
31362 - Truckdriver, Medium                                    12.05
31363 - Truckdriver, Heavy                                     12.83
31364 - Truckdriver, Tractor-Trailer                           13.64
```

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $3.35 per hour or $134.00 per week or $580.66 per month

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks after 8 years, and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor, wherever employed, and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day, Martin Luther King Jr's Birthday, Washington's Birthday, Good Friday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day. A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)

THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) Rates are applicable only under the appropriate occupational category.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

The duties of employees under job titles listed are those described in the "Service Contract Act Directory of Occupations", Fifth Edition, April 2006, unless otherwise indicated. Copies of the Directory are available on the

Internet. A links to the Directory may be found on the WHD home page at
http://www.dol.gov/esa/whd/ or through the Wage Determinations On-Line (WDOL)
Web site at http://wdol.gov/.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE {Standard
Form 1444 (SF 1444)}

Conformance Process:

The contracting officer shall require that any class of service employee which
is not listed herein and which is to be employed under the contract (i.e., the
work to be performed is not performed by any classification listed in the wage
determination), be classified by the contractor so as to provide a reasonable
relationship (i.e., appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination. Such
conformed classes of employees shall be paid the monetary wages and furnished
the fringe benefits as are determined. Such conforming process shall be
initiated by the contractor prior to the performance of contract work by such
unlisted class(es) of employees. The conformed classification, wage rate, and/or
fringe benefits shall be retroactive to the commencement date of the contract.
{See Section 4.6 (C)(vi)} When multiple wage determinations are included in a
contract, a separate SF 1444 should be prepared for each wage determination to
which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).

2) After contract award, the contractor prepares a written report listing in
order proposed classification title(s), a Federal grade equivalency (FGE) for
each proposed classification(s), job description(s), and rationale for proposed
wage rate(s), including information regarding the agreement or disagreement of
the authorized representative of the employees involved, or where there is no
authorized representative, the employees themselves. This report should be
submitted to the contracting officer no later than 30 days after such unlisted
class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a
report of the action, together with the agency's recommendations and pertinent
information including the position of the contractor and the employees, to the
Wage and Hour Division, Employment Standards Administration, U.S. Department of
Labor, for review. (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or
disapproves the action via transmittal to the agency contracting officer, or
notifies the contracting officer that additional time will be required to
process the request.

5) The contracting officer transmits the Wage and Hour decision to the
contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond
paper.

When preparing a conformance request, the "Service Contract Act Directory of
Occupations" (the Directory) should be used to compare job definitions to insure
that duties requested are not performed by a classification already listed in

the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination.