### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KENDRA ROSS, | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) Case No. 2:17-cv-02547-DDC-TJJ |
| ROYALL JENKINS, et al., | ) ) ) |
| *Defendants*. | ) ) |

### MOTION FOR CONTINUANCE

Plaintiff Kendra Ross ("Plaintiff" or "Ms. Ross"), by counsel and pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and D. Kan. Rule 6.1(b), hereby moves this Court for an Order continuing the hearing on Plaintiff's Motion for Default Judgment currently scheduled for January 5, 2018 to February 2, 2018.[1]

Plaintiff requests this continuance on the grounds that (1) her therapist is not available to offer testimony on January 5, 2018 and (2) given the sensitive and difficult nature of the testimony involved, and for medical and travel reasons, Plaintiff requests a short continuance. This Motion is not made for purposes of delay and instead serves the interests of justice. No party will suffer prejudice by a continuance of the hearing to a later date.

Counsel for Plaintiff has attempted to contact Defendants to inquire whether they object to the requested continuance, but has been unable to reach Defendants.

WHEREFORE, Plaintiff requests that this Honorable Court grant the motion and that the January 5, 2018 hearing on Plaintiff's Motion for Default Judgment be continued to February 2, 2018.

---

[1] If the Court is not available on February 2, 2018, Plaintiffs request alternate dates of February 1 or 9.

Dated: December 28, 2017          Respectfully submitted,

         By: ___*/s/ Gillian Chadwick*_____
             Gillian Chadwick, KS Bar No. 27361
             Supervising Attorney
             Washburn Law Clinic
             Washburn University School of Law
             Topeka, Kansas 66621
             785-670-1191
             gillian.chadwick@washburn.edu

             Elizabeth A. Hutson (D.C. Bar No. 1024845)
             MCGUIREWOODS LLP
             2001 K Street, NW
             Suite 400
             Washington, DC 20006
             Tel: (202) 857-1700
             Fax: (202) 828-2973
             E-mail: ehutson@mcguirewoods.com

             *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

       I certify that on this 28th day of December, 2017, I sent a true copy of this filing to the defendants at the addresses listed below via first class mail, postage pre-paid:

Royall Jenkins
2111 North 10th Street
Kansas City, Kansas 66104-9998

The Value Creators Inc.
Attn: Griegory Moten, Registered Agent
1121 Quindaro
Kansas City, Kansas 66104

The Value Creators, LLC
Attn: Griegory Moten, Registered Agent
1121 Quindaro
Kansas City, Kansas 66104

The Value Creators, Inc. f/k/a The United Nation of Islam, Inc.
Attn: Griegory Moten, Registered Agent
1121 Quindaro
Kansas City, Kansas 66104

The Value Creators Inc.
120 SW 10th Ave.
Kansas Secretary of State
Topeka, KS 66612

The Value Creators, LLC
120 SW 10th Ave.
Kansas Secretary of State
Topeka, KS 66612

The Value Creators, Inc. f/k/a The United Nation of Islam, Inc.
120 SW 10th Ave.
Kansas Secretary of State
Topeka, KS 66612

Dated: December 28, 2017         */s/ Gillian Chadwick*
                                                   Gillian Chadwick, Bar No. 27361
                                                   Supervising Attorney
                                                   Washburn Law Clinic
                                                   Washburn University School of Law
                                                   Topeka, Kansas 66621
                                                   785-670-1191
                                                   gillian.chadwick@washburn.edu

                                                   Elizabeth A. Hutson (D.C. Bar No. 1024845)
                                                   MCGUIREWOODS LLP
                                                   2001 K Street, NW
                                                   Suite 400
                                                   Washington, DC 20006
                                                   Tel: (202) 857-1700
                                                   Fax: (202) 828-2973
                                                   E-mail: ehutson@mcguirewoods.com


                                                   ***Attorneys for Plaintiff***