**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| KENDRA ROSS, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Case No. 2:17-cv-02547-DDC-TJJ |
| | ) |
| ROYALL JENKINS, et al., | ) |
| | ) |
| *Defendants*. | ) |

**PLAINTIFF'S MOTION FOR SUPPLEMENTAL ATTORNEYS' FEES**

Plaintiff Kendra Ross ("Plaintiff" or "Ms. Ross"), by counsel and pursuant to Rule 54.2 of the Local Rules for the United States District Court for the District of Kansas and Rule 58(e) of the Federal Rules of Civil Procedure, hereby submits this supplemental request for attorneys' fees reflecting fees and costs related to the February 2, 2018 hearing that were not included in Plaintiff's last request for attorneys' fees.

In support thereof, Ms. Ross refers the Court to page 30 of Plaintiff's Memorandum in Support of Motion for Default Judgment (the "Memorandum") (Dkt. No. 24), Exhibit 5 of the Memorandum, and Exhibit 2 from the February 2, 2018 hearing on Plaintiff's Motion for Default Judgment (Dkt. No. 33).  Ms. Ross originally requested attorneys' fees in the amount of $128,554.61.  *See* Pl's. Mem. in Support of Mot. for Default J. at 30.  During the February 2, 2018 hearing, Ms. Ross updated her request for attorneys' fees, seeking a new total of $191,158.84.  *See* Ex. 2 to Hr'g on Mot. for Default J. (Dkt. No. 33).  Now, after including additional fees incurred in connection with the February 2, 2018 hearing, Ms. Ross requests an updated total award of attorneys' fees and costs in the amount of $216,080.84.00.  Ms. Ross attaches invoices and a summary spreadsheet of all fees and costs to support this supplemental request.

WHEREFORE, Plaintiff requests a total award for attorneys' fees and costs in the amount of $216,080.84.00, reflecting the additional time and costs incurred in connection with Plaintiff's Motion for Default Judgment.

Dated: February 6, 2018                Respectfully submitted,

                                       By: ___/s/ Gillian Chadwick_____
                                           Gillian Chadwick, KS Bar No. 27361
                                           Supervising Attorney
                                           Washburn Law Clinic
                                           Washburn University School of Law
                                           Topeka, Kansas  66621
                                           785-670-1191
                                           gillian.chadwick@washburn.edu

                                           Elizabeth A. Hutson (D.C. Bar No. 1024845)
                                           MCGUIREWOODS LLP
                                           2001 K Street, NW
                                           Suite 400
                                           Washington, DC 20006
                                           Tel: (202) 857-1700
                                           Fax: (202) 828-2973
                                           E-mail: ehutson@mcguirewoods.com

                                           *Attorneys for Plaintiff*

# **CERTIFICATE OF SERVICE**

I certify that on this 6th day of February, 2018, I sent a true copy of this filing to the defendants at the addresses listed below via first class mail, postage pre-paid:

Royall Jenkins
2111 North 10th Street
Kansas City, Kansas 66104-9998

The Value Creators Inc.
Attn: Griegory Moten, Registered Agent
1121 Quindaro
Kansas City, Kansas 66104

The Value Creators, LLC
Attn: Griegory Moten, Registered Agent
1121 Quindaro
Kansas City, Kansas 66104

The Value Creators, Inc. f/k/a The United Nation of Islam, Inc.
Attn: Griegory Moten, Registered Agent
1121 Quindaro
Kansas City, Kansas 66104

The Value Creators Inc.
120 SW 10th Ave.
Kansas Secretary of State
Topeka, KS 66612

The Value Creators, LLC
120 SW 10th Ave.
Kansas Secretary of State
Topeka, KS 66612

The Value Creators, Inc. f/k/a The United Nation of Islam, Inc.
120 SW 10th Ave.
Kansas Secretary of State
Topeka, KS 66612

Dated: February 6, 2018     ___*/s/ Gillian Chadwick*___
               Gillian Chadwick, Bar No. 27361
               Supervising Attorney
               Washburn Law Clinic
               Washburn University School of Law
               Topeka, Kansas  66621
               785-670-1191
               gillian.chadwick@washburn.edu

               Elizabeth A. Hutson (D.C. Bar No. 1024845)
               MCGUIREWOODS LLP
               2001 K Street, NW
               Suite 400
               Washington, DC 20006
               Tel: (202) 857-1700
               Fax: (202) 828-2973
               E-mail: ehutson@mcguirewoods.com


               ***Attorneys for Plaintiff***