## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| KENDRA ROSS, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No. 2:17-cv-02547-DDC-TJJ |
| | ) | |
| ROYALL JENKINS, et al., | ) | |
| | ) | |
| *Defendants*. | ) | |

## NOTICE OF INTENT TO REDACT TRANSCRIPT

On behalf of Plaintiff Kendra Ross, notice is hereby given that a Request for Redaction and Motion to Redact Transcript will be submitted to the Court within twenty-one (21) days of the filing of the following official transcript in the above-captioned matter:  Transcript of Motion Hearing held February 2, 2018, before Judge Daniel D. Crabtree, Court Reporter Kim Greiner (Doc. No. 35).

Dated: March 16, 2018                    Respectfully submitted,


By: */s/ Gillian Chadwick*
    Gillian Chadwick, KS Bar No. 27361
    Supervising Attorney
    Washburn Law Clinic
    Washburn University School of Law
    Topeka, Kansas  66621
    785-670-1191
    gillian.chadwick@washburn.edu

    Elizabeth A. Hutson (D.C. Bar No. 1024845)
    MCGUIREWOODS LLP
    2001 K Street, NW
    Suite 400
    Washington, DC 20006
    Tel: (202) 857-1700

Fax: (202) 828-2973
E-mail: ehutson@mcguirewoods.com

***Attorneys for Plaintiff***

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| KENDRA ROSS, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Case No. 2:17-cv-02547-DDC-TJJ |
| | ) |
| ROYALL JENKINS, et al., | ) |
| | ) |
| *Defendants*. | ) |

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 16th day of March, 2018, I sent a true copy of this filing to the defendants at the addresses listed below via first class mail, postage pre-paid:

Royall Jenkins
2111 North 10th Street
Kansas City, Kansas 66104-9998

The Value Creators Inc.
Attn: Griegory Moten, Registered Agent
1121 Quindaro
Kansas City, Kansas 66104

The Value Creators, LLC
Attn: Griegory Moten, Registered Agent
1121 Quindaro
Kansas City, Kansas 66104

The Value Creators, Inc. f/k/a The United Nation of Islam, Inc.
Attn: Griegory Moten, Registered Agent
1121 Quindaro
Kansas City, Kansas 66104

The Value Creators Inc.
120 SW 10th  Ave.
Kansas Secretary of State

Topeka, KS 66612

The Value Creators, LLC
120 SW 10th  Ave.
Kansas Secretary of State
Topeka, KS 66612

The Value Creators, Inc. f/k/a The United Nation of Islam, Inc.
120 SW 10th  Ave.
Kansas Secretary of State
Topeka, KS 66612


Dated: March 16, 2018                         */s/ Gillian Chadwick*_____
                                              Gillian Chadwick, Bar No. 27361
                                              Supervising Attorney
                                              Washburn Law Clinic
                                              Washburn University School of Law
                                              Topeka, Kansas  66621
                                              785-670-1191
                                              gillian.chadwick@washburn.edu

                                              Elizabeth A. Hutson (D.C. Bar No. 1024845)
                                              MCGUIREWOODS LLP
                                              2001 K Street, NW
                                              Suite 400
                                              Washington, DC 20006
                                              Tel: (202) 857-1700
                                              Fax: (202) 828-2973
                                              E-mail: ehutson@mcguirewoods.com


                                              *Attorneys for Plaintiff*