AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

| | |
|---|---|
| KENDRA ROSS,<br>*Plaintiff(s)*<br>v.<br>ROYALL JENKINS, THE VALUE CREATORS, INC. f/k/a<br>THE UNITED NATION OF ISLAM, INC., (see attached)<br>*Defendant(s)* | Civil Action No. 17-2547-DDC-TJJ |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____%, per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Judgment is entered in favor of plaintiff against defendants in the amount of $453,517.20 for restitution damages, $2,920,000 for emotional distress damages, $3,373,517.20 for punitive damages, $282,677.50 for liquidated damages, $907,034.40 for trebled RICO damages, and $1,800 for conversion damages, plus post judgment interest at the rate of 2.32%. (See attached).

This action was *(check one)*:

☐ tried by a jury with _____ presiding, and the jury has rendered a verdict.

☐ tried by _____ without a jury and the above decision was reached.

☐ decided by _____ on a motion for _____

Date: 05/23/2018

TIMOTHY M. O'BRIEN
CLERK OF COURT

s/ Megan Garrett
*Signature of Clerk or Deputy Clerk*

**Judgment (page 2)**

Case No. 17-2547-DDC-TJJ
KENDRA ROSS v. ROYALL JENKINS, et al.,

**(List of defendants continued from Judgment page 1):**

THE VALUE CREATORS LLC, and THE VALUE CREATORS, INC.

**(Other continued from Judgment page 1):**

The court awards plaintiff $117,184.34 for reasonable attorneys' fees and costs, consistent with the Memorandum and Order filed on May 23, 2018.