IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
JUN 19 2018
TIMOTHY M. O'BRIEN CLERK
By_____ Deputy

___Kendra Ross_____, )
)
Plaintiffs, )
V. )
)
) Case No. 2: 17-cv-02547-DDC-TJJ
Royall Jenkins, and The Value Creators, Inc. )
f/k/a The United Nation of Islam, Inc., )
and The Value Creators et al ____, )
)
Defendants. )

## MOTION FOR NEW TRIAL

Now comes forth Royall Jenkins a non-belligerent, non enemy of the state being of sound mind and *recuperating* body hereby offer the following statement of Truth concerning the alleged allegations/charges from one Kendra Ross case number: **2:17-cv-02547-DDC-TJJ**. Pursuant of Federal Rule of Civil Procedure 59. New Trial; Altering or Amending a Judgment (a)(1)(B)(2)(b)(c)(d)(e)

FACTS:
1. Defendants Royall Jenkins, and The Value Creators, Inc. f/k/a The United Nation of Islam, Inc. and The Value Creators LLC, pursuant to Federal Rule of Civil Procedure 8(b)(3) deny each and every allegation of fact or conclusion of law contained in case# **2:17-cv-02547-DDC-TJJ**.
2. Defendants Royall Jenkins et al; pursuant to Federal Rule of Civil Procedure 12(4)(b)(5) **INSUFFICIENT SERVICE OF PROCESS**; I was recently made aware of the judgment from a news cast presented on the internet concerning this case thus, I was NOT properly SERVED notice and now seek a **NEW TRIAL** so justice may be rendered.
3. Defendants Royall Jenkins et al; pursuant to Federal Rule of Civil Procedure 60(b)(2)(3) **RELIEF FROM A FINAL JUDGMENT, ORDER, OR PROCEEDING.**
   A. Eyewitness and expert testimonies from the living the participants listed on the attached Petition/Affidavit noted as exhibit A.

MotionforNewTrial - K. Ross v. R. Jenkins                   1

   B. Eyewitness and expert testimonies from family relatives, roommates, school instructors, medical doctor and others who have had first-hand interaction with Kendra Ross and Will attest to her fraudulent claim with examples noted as exhibit B.
   C. Documented literature of specific Laws and Principals of the United Nation of Islam.
   D. Video and newspaper evidence of our open-hand policy of how operations functioned in the United Nation of Islam during the time of approximately 1993 through 2012.
4. At this time I, Royall Jenkins am physically unable to attend any hearings that may be presented in court due to me having a stroke (Medical Definition: Cerebrovascular accident) and has rendered me being unable to walk. My main focus is pursuing a full recovery to all of my physical motion and overall health.
5. My confidant and AUTHORIZED Power of Attorney Ephraim Woods Jr. has sought out legal counsel and was either denied representation by numerous law firms or presented with fees that were beyond absorbent and beyond our means of sufficing through commerce.
6. Currently, my only source of income is from the Social Security disbursement I receive which amounts to $1,200 per month.
7. My will is that the court find in our favor and DISMISS all charges with PREJUDICE and additionally, all prior and future court costs related to this case be forwarded to **Gillian Chadwick Washburn Law Clinic Washburn University School of Law Topeka, Kansas 66621** and/or **Elizabeth A. Hutson, Esq. (D.C. Bar No. 1024845) McGuire Woods LLP 2001 K'Street, NW Suite 400 Washington, DC 20006** for Final Recovery.

One court has explained that the power to grant a motion for a New Trial:
"is a power to examine a whole case on the law and the evidence, with a view to securing a result, not merely legally, but also manifestly against justice, - a power exercised in pursuance of a sound judicial discretion, without which the jury system would be a capricious and intolerable tyranny, which no people could long endure." -Aetna Casualty & Surety Co. v. Yeatts, 122 F.2d 350 (4th Cir. 1941).

My will is in the express interest and protection of Public Policy to keep the "PUBLIC" side public and the "PRIVATE" side private; I therefore pray the Court approves our request for:

1. NEW TRIAL
2. VACATE THE JUDGEMENT
3. Assign Court appointed Counsel to assist in the litigation of this case OR allow my AUTHORIZED Power of Attorney Ephraim Woods Jr. to conduct the proceedings "Pro Se."

We look ahead to moving forward in a peaceful manner and that Justice may be served in this case.

MotionforNewTrial - K. Ross v. R. Jenkins                2

"I hereby certify that I have mailed a copy of this motion to:
**Gillian Chadwick**
**Washburn Law Clinic**
**Washburn University School of Law**
**Topeka, Kansas 66621**
on the 19th day of June, 2018."

Respectfully Submitted,

*Royall Jenkins*
Royall Jenkins