# PETITION/AFFIDAVIT
## (Exhibit A)

Now comes forth the current Members of The Value Creators, Inc. f/k/a The United Nation of Islam, Inc; being the age of majority and not coerced; in harmony with this statement of Truth in which my individual *autographed* signature listed on subsequent attached pages that follow is in DIRECT connection with Case Number **2:17-cv-02547-DDC-TJJ** of Kendra Ross v. Royall Jenkins et al.

I/We have first-hand knowledge concerning ALL of the allegations presented in the case by Kendra Ross as being false and untrue in nature.

I am an expert witness to the following facts because I have been a member of the United Nation of Islam and am still a current member of The Value Creators; as the duration of my membership located near my signature indicates on connected pages of this Affidavit.

I/We attest to the following list of facts being TRUE as it pertains to case# **2:17-cv-02547-DDC-TJJ.**

**FACTS:**

1.) All duties, services, charity and/or gifts GRANTED to The United Nation of Islam et al were and are given on a **VOLUNTEER** basis whether the member was **Full Time under Nation's care** or a Part-time member. The United Nation of Islam or The Value Creators have never had any employees nor paid any Members for their services. Thus, Kendra Ross or any other U.N.O.I./T.V.C. past or present participant has no STANDING or MERIT to receive ANY type of MONETATRY compensation for their energies placed in The United Nation of Islam at el. KENDRA ROSS has no CONTRACT with CONSIDERATION written or verbal with Royall Jenkins or The United Nation of Islam et al; all Materials and/or Services of All types were given FREELY by SELF GUIDED or PARENTAL/GUARDIAN CONSENT.

- MONETARY: The usual meaning is "pertaining to coinage or currency or having to do with money", but it has been held to include personal property. In re Kipp's Will, Sur., 37 N.Y.S.2d 541, 543 - Black's Law Dictionary 4th edition.

2.) All Members in Full Time Nation's care RECEIVED: food, clothing, shelter, transportation, medical care, communication and education (education meaning academia, civilization and mathematical thinking classes). I/We either received these benefits and/or GRANTED charity to support these activities.

3.) The Parents and/or Guardians of all children that participated in The United Nation of Islam system of education known as The University of Arts and Logistics of Civilization WILLINGLY gave their CONSENT to allow their children to be involved and participate in ALL Nation activities IF the child/youth was deemed mentally and physically capable.

4.) Any dispatching of children across State lines or relocating to different homes was known to the parents and executed with their CONSENT in which the Parent and/or Guardian had the right to recall the child or children back to their care AT WILL.

If requested, I/We will testify under oath in any court of law or method necessary to make the overall TRUTH be known and that the above facts 1-4 are accurate and True.

I/We being in accord with the *notification* of my printed name next to my Authorized *wet* signature, the duration of my membership and the date executed authenticates the validity of this presentment.

In My/Our pursuit to see Justice served I/We therefore pray the Court approves our request for

1. NEW TRIAL.
2. VACATE THE JUDGEMENT.
3. Assign Court appointed Counsel to assist in the litigation of this case OR allow us to conduct the proceedings Pro Se.

These requests are based on our current financial status of being a Non-Profit Organization without the wherewithal to afford fee based Counsel to represent our interests.

This request is respectfully submitted in the name of the New Allah (God), The Hierarchy and all Positive Beings in the Universes. (KJV: Revelation chap. 21 v. 1-27).

| Printed Name | Signature | Today's Date | Member Since |
|---|---|---|---|
| Towa Brown | [signature] | 6/12/18 | 2001 |
| Marvin L. Keller | [signature] | 6/12/18 | MK 1995 |
| Kimberly Sutgray | [signature] | 6.12.18 | 04-2010 |
| Courtney Melvin | [signature] | 6/12/18 | 09/2004 |
| JOAN M. SEENEY | [signature] | 6/12/18 | 1990 |
| William E. Turner | [signature] | 6/12/18 | 1994 |
| Chauntell Martin | [signature] | 06/12/18 | 2001 |
| Khalilah Freeman Browning | [signature] | 6/13/18 | 1999 |
| Frank Freeman | FRANK FREEMAN | 6-13-18 | 2004 |
| Ada A. Shakir Mahmud | [signature] | 6-13-18 | 1994 |
| William Frost | [signature] | 06-13-18 | 2015 |
| Dawnene Archie | [signature] | 6/13/18 | 1997 |
| FRED L. McINTOSH | [signature] | 6-14-18 | 1999 |
| | | | |
| | | | |
| | | | |

| Printed Name | Signature | Today's Date | Member Since |
|---|---|---|---|
| Ozwanna Silver | Ozwanna Silver | 6-12-18 | 2-1-98 |
| Manuel Allston | | 6-12-18 | 3-31-96 |
| Thistina Jenkins | | 6-12-18 | 5-30-96 |
| Aris D. Lewis-Carroll | | 6-12-18 | 10-12-95 |
| Todd J. Milton | | 6/12/18 | 3/4/98 |
| James C Williams | James C Williams | 6/19/18 | 6/7/07 |
| Lisa Jones | | 6-13-18 | 10-10-15 |
| William J Sims | | 6/13/18 | 10-25-95 |
| Talib 2 Davis-El | | 6/13/18 | 1-01-2004 |
| Priscilla Davis | | 6/13/18 | 1-01-2004 |
| Leslie Gooley | | 6-13-18 | 4-5-96 |
| Juwanna Jenkins | | 6/13/18 | 5-22-99 |
| Jaraad Punch | | 06-13-18 | 02-12-1998 |
| Zenah D. Leeks | | 6/14/18 | 01-12-1996 |
| Aereale Jenkins | | 6/14/18 | 07-17-1896 |
| Jessie Kin | | 6/14/18 | Dec, 1993 |

| Printed Name | Signature | Today's Date | Member Since |
|---|---|---|---|
| Robert Waters | _(signature)_ | 6/12/18 | 3/1997 |
| Candace McCloud | _(signature)_ | 6/12/18 | 5/1997 |
| April Austin | _(signature)_ | 6/12/18 | 3/1997 |
| _(illegible)_ | Jack Hargrave | 6/12/18 | 9/1995 |
| Allen Waters | _(signature)_ | 6/12/18 | 11/1997 |
| Reginald Gray | Reginald Samar Gray | 6/12/18 | 1/2000 or 2001 |
| Vickie Broussard | Vickie Broussard | 6/12/18 | 2004 |
| Eric Lipton | _(signature)_ | 6/12/18 | 1992 |
| Sequoya Barber | _(signature)_ | 6/12/18 | 2000 |
| Steve Carrawell | _(signature)_ | 6/12/18 | 199 2004 |
| Jacob Morris | _(signature)_ | 6/13/18 | 1996 |
| Ophie Weldon | Ophie Weldon | 6/13/18 | 2003 |
| Nathaniel Johnson | _(signature)_ | 6/13/18 | 1999 |
| Jacklean Parks | _(signature)_ | 6/13/18 | 2016 |
| Mikeisha Wilson | _(signature)_ | 6/13/18 | 20__ |
| Talmon Lee | _(signature)_ | 6-13-18 | |

| Printed Name | Signature | Today's Date | Member Since |
|---|---|---|---|
| Dominic Martin | | 6-12-18 | 1999 |
| Harold Muhammad | | 6-12-18 | 1969 |
| Rhoda Muhammad | | 6-12-18 | 1974 |
| Johnny Gregory Melton | | 6.12.18 | 2006 |
| Yuathria Leak | | 6.12.18 | 1994 |
| James O Lewis Jr | | 6-12-18 | 1993 |
| Charles Taylor Jr | | 6/12/18 | 2003 |
| Annette Gray | | 6/12/18 | 1997 |
| James Leak | | 6/12/18 | 2001 |
| Alonzya Corrine Muhammad | | 6/12/18 | 1996 |
| | | | |
| Printed Name | Signature | Today's Date | Member Since |
| | | | |
| Printed Name | Signature | Today's Date | Member Since |
| | | | |
| Printed Name | Signature | Today's Date | Member Since |
| | | | |
| Printed Name | Signature | Today's Date | Member Since |
| | | | |
| Printed Name | Signature | Today's Date | Member Since |
| | | | |
| Printed Name | Signature | Today's Date | Member Since |

| | | | |
|---|---|---|---|
| MArioN RiCHArbs QMano Ruhn | | 6-13-18 | 1972 |
| Printed Name | Signature | Today's Date | Member Since |
| Valerie Sands | Valmi Scott | 6-13-18 | 2001 |
| Printed Name | Signature | Today's Date | Member Since |
| Gregory Leefg | Drappy Leelg | 6-13-18 | 1995 |
| Printed Name | Signature | Today's Date | Member Since |
| Rebecca Baker | Walter | 6/13/18 | 2016 |
| Printed Name | Signature | Today's Date | Member Since |
| Henry Watkins | Walt | 6/13/18 | 1998 |
| Printed Name | Signature | Today's Date | Member Since |
| Kawanna D Muldrow | | 6/13/18 | 1998 |
| Printed Name | Signature | Today's Date | Member Since |
| John Tillman | John Tillman | 6/13/18 | 1994 |
| Printed Name | Signature | Today's Date | Member Since |
| Joetta Tillman | Joetta Tillman | 6/13/18 | 1995 |
| Printed Name | Signature | Today's Date | Member Since |
| Patricia Stallings | Patricia Stallings | 6/13/18 | 1995 |
| Printed Name | Signature | Today's Date | Member Since |
| | | | |
| Printed Name | Signature | Today's Date | Member Since |
| | | | |
| Printed Name | Signature | Today's Date | Member Since |
| | | | |
| Printed Name | Signature | Today's Date | Member Since |
| | | | |
| Printed Name | Signature | Today's Date | Member Since |
| | | | |
| Printed Name | Signature | Today's Date | Member Since |
| | | | |
| Printed Name | Signature | Today's Date | Member Since |
| | | | |
| Printed Name | Signature | Today's Date | Member Since |

| Printed Name | Signature | Today's Date | Member Since |
|---|---|---|---|
| JAMES KING | James King | 6·12·2018 | 3·13·2005 |
| Sharon Upton | Sam Upton | 6·12·18 | 1·1·1993 |
| CORTNEY JONES | Cort | 6·12·2018 | 2/2016 |
| Andrea Scott | Andrea Scott | 6/13/18 | 6 /95 |
| RASHEED DAVIS | Rasheed Davis | 6/13/18 | 1 /95 |
| Bettie Byrd | Bettie Byrd | 6/13/18 | 10/93 |
| Robin Enyierna | | 6/13/18 | 2/2004 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| Leola Y Ragland | *(signature)* | 6-14-18 | 1994 |
| Printed Name | Signature | Today's Date | Member Since |
| Chelse Y Belton | *(signature)* | 6-14-18 | 2003 |
| Printed Name | Signature | Today's Date | Member Since |
| SULTAN DeckARD | *(signature)* | 6/14-18 | 1996 |
| Printed Name | Signature | Today's Date | Member Since |
| Dan M Robertson | *(signature)* | 6/14/18 | 2000 |
| Printed Name | Signature | Today's Date | Member Since |
| Jonathan B Walker | *(signature)* | 6/18/18 | 2016 |
| Printed Name | Signature | Today's Date | Member Since |
| Printed Name | Signature | Today's Date | Member Since |
| Printed Name | Signature | Today's Date | Member Since |
| Printed Name | Signature | Today's Date | Member Since |
| Printed Name | Signature | Today's Date | Member Since |
| Printed Name | Signature | Today's Date | Member Since |
| Printed Name | Signature | Today's Date | Member Since |
| Printed Name | Signature | Today's Date | Member Since |
| Printed Name | Signature | Today's Date | Member Since |
| Printed Name | Signature | Today's Date | Member Since |
| Printed Name | Signature | Today's Date | Member Since |
| Printed Name | Signature | Today's Date | Member Since |

| Printed Name | Signature | Today's Date | Member Since |
|---|---|---|---|
| Robert Armstrong | | 6.12.18 | 2006 |
| Nyhoshat. Hoyt | | 6·12·18 | 200/ |
| Printed Name | Signature | Today's Date | Member Since |
| Printed Name | Signature | Today's Date | Member Since |
| Printed Name | Signature | Today's Date | Member Since |
| Printed Name | Signature | Today's Date | Member Since |
| Printed Name | Signature | Today's Date | Member Since |
| Printed Name | Signature | Today's Date | Member Since |
| Printed Name | Signature | Today's Date | Member Since |
| Printed Name | Signature | Today's Date | Member Since |
| Printed Name | Signature | Today's Date | Member Since |
| Printed Name | Signature | Today's Date | Member Since |
| Printed Name | Signature | Today's Date | Member Since |
| Printed Name | Signature | Today's Date | Member Since |
| Printed Name | Signature | Today's Date | Member Since |
| Printed Name | Signature | Today's Date | Member Since |

| Printed Name | Signature | Today's Date | Member Since |
|---|---|---|---|
| Jabrill Alliston | | 6/11/18 | 12/10/98 |
| Matthew Belton | | 6-11-18 | 11-13-98 |
| Rita M. Moore | | 6/11/18 | 8/97 |
| Gary R Moore | | 6/11/18 | 2/97 |
| Julie Woods | | 6-11-18 | 8/94 |
| Lee SANTEE | | 6-12-18 | 6-94 |
| Carol Crutchfield | | 6/12/18 | 1995 |
| Vera Abdallah | | 6/12/18 | 2003 |
| Johnny Z Thomsd | | 6/12/18 | 1995 |
| Joeann Reid | | 6/12/2018 | 1997 |
| D'Antoinette Vance | | 6/12/2018 | 2000 |
| Gregory Fakhracker | | 6/12/2018 | 1993 |
| MARVIN MCINTOSH | | 6/12/2018 | 1994 |
| Willene Gredle | | 6-12-18 | 1993 |
| Doris Rawlings | | 6/12/2018 | 1993 |
| Keith N Abdul Rahim | | 6/12/18 | 1995 |

PETITION-K.ROSS v. R.JENKINS 2:17-cv-02547-DDC-TJJ

| Printed Name | Signature | Today's Date | Member Since |
|---|---|---|---|
| DEMPSEY Wilson | Dempsey Wils | June 11, 2018 | January 1994 |
| Tyesha Morrison | | 6/11/18 | 1995 |
| Unni Nair AB/al | Unni Rair AB/al | 6/11-18 | 1992 |
| LEHARNE GUPTA | Leharne Gupta | 6-11-18 | 1994 |
| Hector Veler | Hector Veler | 6-11-18 | 1999 |
| WARREN M ENTOSH | Warren M Intosh | 6-11-18 | 1996 |
| Lawrence Allston | Lawrence Allston | 6-11-18 | 1993 |
| Movine Bivens | Movine Bivens | 6-11-18 | 1993 |
| Gregory Moten | Gregory Moten | 6-11-18 | 1993 |
| Betty Woods | Betty Woods | 6/11/18 | 1994 |
| Courtney Graham | Courtney Shw | 6/11/18 | 2016 |
| Evelyn Robertson | Evelyn Robertson | 6/11/18 | 2000 |
| Brianna Allston | Brian Allston | 6/11/18 | 1993 |
| Haris Hassan | Haris Hassan | 6/11/18 | 2000 |
| Shindy Brown | Shindy Brown | 6/11/18 | 1994 |
| JOHN MORROW | John Morrow | 6/12/18 | 1993 |

| Printed Name | Signature | Today's Date | Member Since |
|---|---|---|---|
| Aiesha Williams | | 6/12/18 | 1999 |
| Ronald Polk | | 6-12-18 | 1996 |
| Michelle Williams | | 6-12-18 | 1999 |
| Dionne Belton | | 6·12-18 | 2004 |
| Bobbie Jones | | 6-12-18 | 1997 |
| Lisa Butler | | 6-12-18 | 1989 |
| RaasikH Roberton | | 6-12-18 | 1998 |
| Robin Ellison | | 6-12-18 | 1996 |
| William Davis | | 6-12-18 | 1992 |
| Robert Muhammad | | 6/12/18 | July 1993 |
| Bettie Muhammad | | 6/12/2018 | July 1993 |
| Vendette Thomas | | 6-12-2018 | Nov. 2015 |
| Theresa Moten | | 6/12/18 | May 1994 |
| Reggie X Moten | | 6/12/2018 | MARCH 1994 |
| James Woods | | 6/12/18 | Jan 1993 |
| William Muhammad | | 6/12/18 | 1964 |

| Printed Name | Signature | Today's Date | Member Since |
|---|---|---|---|
| Dwight Kevin Johnson | | 6-11-2018 | 2005 |
| Lynneice Gamble | | 6-11-2018 | 1995 |
| Adam Carrington | | 6-11-08 | 2016 |
| Avignon Carrington | | 6-11-18 | 2014 |
| Dimitrre Dyke | | 6-11-18 | 2016 |
| Bruce D. Givens | | 6-11-18 | 1995 |
| Kanietra Forbes | | 6/12/18 | 1996 |
| Marcus J. Forbes | | 6/12/18 | 1999 |
| Cherilyn Cowen | | 6/12/18 | 2010 |
| Adrian Jay Marshall | | 6/12/18 | 1995 |
| Farah Rashada | | 6/12/18 | 2002 |
| Antoine D. Brown | | 6/12/18 | 1997 |
| Fatimah Muhammad | | 6/12/18 | 2004 |
| Gregory Crudy | | 6/12/18 | 2003 |
| Mary Saleem | | 6/13/1994 | 1994 |
| Thomas C.Walker | | 06/13/2018 | 1997 |