FILED

JUN 1 9 2018

TIMOTHY M. O'BRIEN CLERK
By_____Deputy

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

Kendra Ross )
)
**Plaintiff(s),** )
)
v. )  **Case No.** ___2: 17-cv-02547-DDC-TJJ___
)
Royall Jenkins, and The Value Creators, Inc. f/k/a The United Nation of Islam, Inc., and The Value Creators LLC )
)
**Defendant(s).** )
)

### MOTION FOR APPOINTMENT OF COUNSEL
### AND DECLARATION OF GOOD FAITH EFFORTS TO OBTAIN COUNSEL

I, _____Royall Jenkins_____, ask the court to appoint counsel, i.e. an attorney to represent me in this case. I understand that any false statements in this motion will subject me to penalties of perjury.

I understand that in civil cases, there is no constitutional right to an appointed attorney. While the court may appoint an attorney to represent me, it does so only in rare cases. I understand that if the court does not appoint an attorney, I must be prepared to represent myself going forward in this case.

I understand that in deciding whether to appoint an attorney, the court will consider a variety of factors, including but not limited to the following: (1) the merits of my claims; (2) the nature and complexity of factual and legal issues raised in the claims; (3) my ability to present the claims; (4) my financial ability to pay an attorney; and (5) my diligence in attempting to secure an attorney.

I understand that with regard to the fifth factor, I must show that I have made a reasonably

diligent effort under the circumstances to obtain an attorney to represent me.   I understand that the

court's ⸮ ⸮⸮⸮⸮⸮⸮ (pages 26-27) suggests possible ways to find an attorney and/or obtain legal

advice.

I understand that the court typically requires that before seeking an appointed attorney, a

plaintiff confer with (not merely contact) at least five attorneys regarding legal representation.

Below is a list of the attorneys that I have contacted, a detailed description of the efforts that I made

to obtain representation, and the responses that I received:

(1)   Name of Attorney  Teresa A. Mata
      Firm Name  McAnany, Van Cleave & Phillips, P.A.
      Address  10 E. Cambridge Circle Drive, Suite 300 Kansas City, KS 66103
      Date(s) of Contact  10/23/17 & 10/25/17
      Method of Contact  Phone
      Response Received  Caseload will not allow the time needed to invest in this case.

(2)   Name of Attorney  Carl L. Christensen
      Firm Name  ACT LAW FIRM, LLC
      Address  PO Box 25652 Overland Park, KS 66225
      Date(s) of Contact  10/25/17
      Method of Contact  Phone
      Response Received  Case is not in the best interest of their firm.

(3)   Name of Attorney  J.R. Hobbs
      Firm Name  Wyrsch Hobbs Mirakian P.C.
      Address  1200 Main St, Kansas City, MO 64105
      Date(s) of Contact  10/3/17& 10/5/17
      Method of Contact  Phone
      Response Received  Calculated $150,000 – 250,000 to litigate the case.

4) Name of Attorney Donald L Crow

Firm Name n/a

Address 1102 Grand Blvd Ste 800, Kansas City, MO 64106

Date(s) of Contact 10/3/17

Method of Contact Phone

Response Received Not willing to make the time investment in the case.

(5) Name of Attorney Charles Schimmel

Firm Name Beam-Ward, Kruse, Wilson, Wright & Fletes, LLC

Address 1102 Grand Blvd, Kansas City, MO 64106

Date(s) of Contact 9/26/17

Method of Contact Phone

Response Received Not willing to make the time investment in this type case.

(6) Name of Attorney Mark Beam-Ward

Firm Name Beam-Ward, Kruse, Wilson, & Fletes, LLC

Address 8695 College Blvd. Suite 200 Overland Park, KS 66210

Date(s) of Contact 10/4/17 & 10/6/17

Method of Contact Phone

Response Received Not familiar with the statuettes surrounding the case was not comfortable with taking it on.

*(attach additional sheets, if necessary)*

I understand that I am required to establish that I am financially unable to retain my own

attorney.

I have already completed and filed an Affidavit of Financial Status.

Yes ☑   No ☐

*OR*

I have completed and am now filing an Affidavit of Financial Status along with this

motion.

Yes ☑   No ☐

In addition to the foregoing, I believe that the court should consider the following

additional information:

Page is attached labeled Exhibit 1.

˅3˅

**CERTIFICATE OF SERVICE**

(For Pro Se Filers Who Are Not Registered Electronic Users)

I hereby certify that on   **10/10/2017**   , I served the foregoing document by depositing a true and

(Date)

correct copy of the document in the U.S. Mail, postage prepaid, addressed to the following:

Gillian Chadwick
Washburn Law Clinic
Washburn University School of Law
Topeka, Kansas 66621

*[for represented parties list the name and address of attorney(s) for each party; for unrepresented parties list*

*the name and address of each party]*

s/
Name   Royall Jenkins
Address   2111 N. 10th Street
Kansas City, KS  66104
Phone Number   (913) 787-4778
Email Address   ephraimwoods13@gmail.com

�’5�’

_____

_____

*(attach additional sheets, if necessary)*

      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.

Executed on      10/07/17     .
                (Date)

                     *Royall Jenkins*

                     Signature of Plaintiff DEFENDANT

                     Royall Jenkins

                     Name (print or type)

                     2111 N. 10th Street

                     Address

                     Kansas City    KS    66104

                     City    State    Zip Code

                     (913) 787-4778

                     Telephone Number

                     ephraimwoods13@gmail.com

                     E-Mail Address

˘4˘