# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KENDRA ROSS, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Case No. 17-02547-DDC-TJJ |
| | ) |
| ROYALL JENKINS, et al., | ) |
| | ) |
| *Defendants*. | ) |
| _____ | ) |

## WRIT OF EXECUTION

**TO:   THE UNITED STATES MARSHAL FOR THE DISTRICT OF KANSAS**

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On May 23, 2018, a judgment was entered in the above-captioned action in favor of Kendra Ross, Plaintiff, as Judgment Creditor and against Royall Jenkins, The Value Creators, Inc. f/k/a The United Nation of Islam, Inc., The Value Creators LLC, and The Value Creators, Inc., as Judgment Debtors in the amount of $453,517.20 for restitution damages, $2,920,000 for emotional distress damages, $3,373,517.20 for punitive damages, $282,677.50 for liquidated damages, $907,034.40 for trebled RICO damages, and $1,800 for conversion damages, plus post judgment interest at the rate of 2.32%. The Court awarded Plaintiff $117,184.34 for reasonable attorneys' fees and costs, consistent with the Memorandum and Order entered on May 23, 2018.

WHEREAS, according to the Affidavit of Elizabeth A. Hutson it appears that further sums have accrued since the entry of judgment in the District of Kansas, to wit:

$15,137.61 accrued interest, making a total of
$15,137.61 **ACCRUED COSTS AND ACCRUED INTEREST**

Credit must be given for payments and partial satisfaction in the amount of $0 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$7,953,683.91, plus $117,184.34 for reasonable attorneys' fees and costs awarded **ACTUALLY DUE** on the date of the issuance of this writ of which $7,938,546.30 is due on the judgment as entered and bears interest at 2.32 percent per annum, in the amount of $504.5871 per day, from the date of issuance of this writ, to which must be added the commissions and costs of the office executing this writ.

CLERK, UNITED STATES DISTRICT COURT

Deputy Clerk

The following are names and address of the judgment debtors to whom a copy of the Writ of Execution must be mailed:

Royall Jenkins
2111 North 10th Street
Kansas City, Kansas 66104-9998

The Value Creators Inc.
Attn: Griegory Moten, Registered Agent
1121 Quindaro
Kansas City, Kansas 66104

The Value Creators, LLC
Attn: Griegory Moten, Registered Agent
1121 Quindaro
Kansas City, Kansas 66104

The Value Creators, Inc. f/k/a The United Nations of Islam, Inc.
Attn: Griegory Moten, Registered Agent
1121 Quindaro
Kansas City, Kansas 66104

The Value Creators Inc.
120 SW 10th Avenue
Kansas Secretary of State
Topeka, Kansas 66612

The Value Creators, LLC
120 SW 10th Avenue
Kansas Secretary of State
Topeka, Kansas 66612

The Value Creators, Inc. f/k/a The United Nation of Islam, Inc.
120 SW 10th Avenue
Kansas Secretary of State
Topeka, Kansas 66612