THE VALUE CREATORS, LLC

c/o Griegory Moten
1121 Quindaro Blvd
Kansas City, KS 66104

and

c/o Ephraim Woods
2111 N 10th Street
Kansas City, KS 66104

THE VALUE CREATORS, INC.

c/o Griegory Moten
1121 Quindaro Blvd
Kansas City, KS 66104

and

c/o Ephraim Woods
2111 N 10th Street
Kansas City, KS 66104

**Bank of America, N.A.**                Garnishee
**1314 N. 38th Street**
**Kansas City, Kansas 66102**

Pursuant to Chapter 60 of
Kansas Statutes Annotated

## ANSWER OF GARNISHEE BANK OF AMERICA, N.A.
(To Attach Money or Other Intangible Property Other Than Earnings)

To be completed by the above named garnishee:

1. Read carefully the attached Instructions to Garnishee.

2. I was served with this garnishment on the __11__ day of __July__, __2018__.

3. I have not delivered to the judgment debtor any money or other intangible property belonging to him or her, other than earnings, since receiving the order of garnishment.

4. If I am a bank, savings and loan association, credit union or finance company, and I am holding any funds, credits or indebtedness belonging to or owing the judgment debtor, the amount to be withheld by me pursuant to this order shall not exceed $ __8,885,725.72__

5. **Money or Indebtedness Due.** I hold money or am indebted to the judgment debtor, other than for earnings, as of the date of this answer, in the following manner and amounts:

~~Bank of America N.A. is holding~~ $5,359.12

6. To be answered by garnishee who is an executor or administrator of an estate. I am an ____NA____ of the estate of ____NA____, containing funds or intangible property to which the judgment debtor(s) is/are or may become entitled as a ____NA____, and I understand that the writ of garnishment has the effect of attaching and creating a first and prior lien on all such funds or intangible property to which the judgment debtor becomes entitled upon distribution to the estate and that I am prohibited from delivering to the judgment debtor any such funds or intangible property until further order of the Court from which the writ of garnishment was issued. The approximate date for distributing the assets of the estate is ____NA____, ____NA____.

7. I am holding from funds, credits or indebtedness due the judgment debtor an administrative fee in the amount of $ __15__. See attached Instructions to Garnishee for amount of the administrative fee that can be retained.

8. __Yes__ This account is owned in joint tenancy.

9. I will hold the above described moneys or other items in my possession until further order from the court or until this garnishment is released by the court or the Judgment Creditor. If I do not receive an order to pay from the court within 60 days following the date my Answer is received by the court, I may release the funds or property I am holding pursuant to my Answer.

Pursuant to K.S.A. 53-601, as amended, I declare under the penalty of perjury that the foregoing is true and correct.

EXECUTED on __July 11__, __18__.

_Clarita D Perez_
Garnishee

THIS COMPLETED ANSWER OF GARNISHEE MUST BE FILED WITH THE CLERK OF THE COURT.