# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

KENDRA ROSS,                                    )
                                                )
       Plaintiff-Judgment Creditor,       )
                                                )
v.                                              )  Case No. 2:17-cv-02547-DDC-TJJ
                                                )
ROYALL JENKINS, et al.,                         )
                                                )
       Defendants-Judgment Debtors.       )

## ORDER

THIS MATTER comes before the Court on Judgment Creditor's Motion to Compel Responses to Post-Judgment Interrogatories and Requests for Production of Documents (ECF No. 70). In her motion, Judgment Creditor seeks an order pursuant to Fed. R. Civ. P. 37 requiring Judgment Debtors Royall Jenkins, The Value Creators, Inc. f/k/a The United Nation of Islam, Inc., The Value Creators LLC, and The Value Creators Inc. to respond to and produce all non-privileged documents and information responsive to Judgment Creditor's First Set of Post-Judgment Interrogatories and Requests for Production of Documents. No responses have been filed. Upon consideration of the matter, the Court finds the motion should be granted.

Judgment Creditor represents that on August 14, 2018, the day after Judgment Debtors' deadline to respond to Judgment Creditor's First Set of Post-Judgment Interrogatories and Requests for Production of Documents, Judgment Creditor sent a letter to Judgment Debtors via overnight delivery to remind them of their obligations to respond to discovery. In addition, Judgment Creditor's counsel attempted to reach Jenkins and the CEO of the corporate Judgment Debtors by telephone. Judgment Creditor has received no response. The Court finds Judgment Creditor has fulfilled her obligation pursuant to D. Kan. Rule 37.2.

IT IS HEREBY ORDERED that Judgment Creditor's Motion to Compel Responses to Post-Judgment Interrogatories and Requests for Production of Documents (ECF No. 70) is GRANTED.

IT IS FURTHER ORDERED that Judgment Debtors Royall Jenkins, The Value Creators, Inc. f/k/a The United Nation of Islam, Inc., The Value Creators LLC, and The Value Creators Inc. shall fully and completely answer Judgment Creditor's First Set of Post-Judgment Interrogatories, and shall produce all non-privileged documents responsive to Judgment Creditor's First Set of Post-Judgment Document Requests within **ten (10) calendar days** after entry of this Order.

IT IS FURTHER ORDERED that Judgment Debtors Royall Jenkins, The Value Creators, Inc. f/k/a The United Nation of Islam, Inc., The Value Creators LLC, and The Value Creators Inc. shall pay Judgment Creditor all of Judgment Creditor's costs, including attorneys' fees, incurred in bringing this motion.

Dated this 30th day of August, 2018, at Kansas City, Kansas.

Teresa J. James
U. S. Magistrate Judge