# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KENDRA ROSS, | ) |
| | ) |
| *Plaintiff/Judgment Creditor*, | ) |
| | ) |
| v. | ) Case No. 2:17-cv-02547-DDC-TJJ |
| | ) |
| ROYALL JENKINS, et al., | ) |
| | ) |
| *Defendants/Judgment Debtors*. | ) |

## JUDGMENT CREDITOR'S
## MOTION TO STRIKE ANSWER FILED BY ROYALL JENKINS

Pursuant to Federal Rule of Civil Procedure (12)(f) and Local Civil Rule 7.1, Judgment Creditor Ms. Kendra Ross, by counsel, hereby moves this Court to strike the Answer filed by Judgment Debtor Royall Jenkins. Enclosed with this Motion is a Memorandum in Support and a proposed Order for the Court's consideration.

Dated: September 13, 2018         Respectfully submitted,

By: */s/ Gillian Chadwick*
Gillian Chadwick, KS Bar No. 27361
Supervising Attorney
Washburn Law Clinic
Washburn University School of Law
Topeka, Kansas 66621
785-670-1191
gillian.chadwick@washburn.edu

Elizabeth A. Hutson (D.C. Bar No. 1024845)
MCGUIREWOODS LLP
2001 K Street, NW
Suite 400
Washington, DC 20006
Tel: (202) 857-1700
Fax: (202) 828-2973

E-mail: ehutson@mcguirewoods.com

*Attorneys for Plaintiff/Judgment Creditor*

## CERTIFICATE OF SERVICE

      I certify that on this 13th day of September, 2018, I sent a true copy of this filing to the defendants at the addresses listed below via first class mail, postage pre-paid:

Royall Jenkins
2111 North 10th Street
Kansas City, Kansas 66104-9998

The Value Creators Inc.
Attn: Griegory Moten, Registered Agent
1121 Quindaro
Kansas City, Kansas 66104

The Value Creators LLC
Attn: Griegory Moten, Registered Agent
1121 Quindaro
Kansas City, Kansas 66104

The Value Creators, Inc. f/k/a The United Nation of Islam, Inc.
Attn: Griegory Moten, Registered Agent
1121 Quindaro
Kansas City, Kansas 66104

The Value Creators Inc.
120 SW 10th Ave.
Kansas Secretary of State
Topeka, KS 66612

The Value Creators LLC
120 SW 10th Ave.
Kansas Secretary of State
Topeka, KS 66612

The Value Creators, Inc. f/k/a The United Nation of Islam, Inc.
120 SW 10th Ave.
Kansas Secretary of State
Topeka, KS 66612

Dated: September 13, 2018        */s/ Gillian Chadwick*
                                            Gillian Chadwick, Bar No. 27361
                                            Washburn University School of Law
                                            Topeka, Kansas 66621
                                            785-670-1191
                                            gillian.chadwick@washburn.edu