**McGuireWoods LLP**
2001 K Street N.W.
Suite 400
Washington, DC 2006-1040
Phone: 202.857-1729
www.mcguirewoods.com

**Elizabeth A. Hutson**
Direct: 202.857-1729

ehutson@mcguirewoods.com
Fax: 202.828.2990

# McGuireWoods

September 11, 2018

**<u>Via E-Mail and U.S. Mail (Overnight Delivery)</u>**

Royall Jenkins
2111 North 10th Street
Kansas City, Kansas 66104-9998

The Value Creators Inc.
The Value Creators, Inc. f/k/a The United Nation of Islam, Inc.
The Value Creators LLC
Attn: Griegory Moten, Registered Agent
1121 Quindaro Blvd.
Kansas City, Kansas 66104

The Value Creators Inc.
The Value Creators, Inc. f/k/a The United Nation of Islam, Inc.
The Value Creators LLC
120 SW 10th Ave.
Kansas Secretary of State
Topeka, KS 66612

> **Re:** ***Ross v. Jenkins***, **Case No. 17-2547-DDC-TJJ**
> **Order on Motion to Compel Responses to Discovery Requests**

To Mr. Jenkins; The Value Creators Inc.; The Value Creators, Inc. f/k/a The United Nation of Islam, Inc.; and The Value Creators LLC:

I write in regards to the August 30, 2018 Court Order granting Judgment Creditor's Motion to Compel. *See* ECF No. 78 (also attached hereto for reference). Judgment Creditor's First Set of Post-Judgment Interrogatories and First Set of Post-Judgment Requests for Production of Documents were served on each of you on July 10, 2018 via U.S. certified mail, and, in Mr. Jenkins' case, also via e-mail. Pursuant to Federal Rules of Civil Procedure 6, 33, and 34, your objections and responses to these discovery requests were due on August 13, 2018. We did not receive any answers to the First Set of Post-Judgment Interrogatories or documents in response to the First Set of Post-Judgment Requests for Production of Documents from any of you. After attempting to confer with you via mail, e-mail, and telephone, we filed a Motion to Compel on August 17, 2018. *See* ECF No. 70. The Court granted Judgment Creditor's Motion to Compel on August 30, 2018 and ordered Judgment Debtors to fully and completely answer Judgment

September 11, 2018
Page 2

Creditor's First Set of Post-Judgment Interrogatories and produce all non-privileged documents responsive to Judgment Creditor's First Set of Post-Judgment Document Requests within ten (10) calendar days after entry of the Order. *See* ECF No. 78. As such, Judgment Debtors' responses to Judgment Creditor's Interrogatories and Document Requests were due by September 10, 2018, by Court Order. Despite this Court Order, we have still not received any answers to the First Set of Post-Judgment Interrogatories or documents in response to the First Set of Post-Judgment Requests for Production of Documents from any of you.

We respectfully request that you comply with the Court's August 30, 2018 Order and fully and completely answer the First Set of Post-Judgment Interrogatories and produce all non-privileged documents responsive to Judgment Creditor's First Set of Post-Judgment Document Requests no later than close of business on **September 12, 2018**. If we do not receive a response from you, we intend to file a motion requesting that the Judgment Debtors be held in contempt of Court the morning of September 13, 2018.

Please contact me if you have any questions about this matter. We look forward to hearing from you.

Sincerely,

Elizabeth A. Hutson

Elizabeth A. Hutson

Enclosures

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

KENDRA ROSS,                                  )
                                              )
      Plaintiff-Judgment Creditor,        )
                                              )
v.                                            )   Case No. 2:17-cv-02547-DDC-TJJ
                                              )
ROYALL JENKINS, et al.,                       )
                                              )
      Defendants-Judgment Debtors.        )

## ORDER

THIS MATTER comes before the Court on Judgment Creditor's Motion to Compel

Responses to Post-Judgment Interrogatories and Requests for Production of Documents (ECF

No. 70).  In her motion, Judgment Creditor seeks an order pursuant to Fed. R. Civ. P. 37

requiring Judgment Debtors Royall Jenkins, The Value Creators, Inc. f/k/a The United Nation of

Islam, Inc., The Value Creators LLC, and The Value Creators Inc. to respond to and produce all

non-privileged documents and information responsive to Judgment Creditor's First Set of Post-

Judgment Interrogatories and Requests for Production of Documents.  No responses have been

filed.  Upon consideration of the matter, the Court finds the motion should be granted.

    Judgment Creditor represents that on August 14, 2018, the day after Judgment Debtors'

deadline to respond to Judgment Creditor's First Set of Post-Judgment Interrogatories and

Requests for Production of Documents, Judgment Creditor sent a letter to Judgment Debtors via

overnight delivery to remind them of their obligations to respond to discovery.  In addition,

Judgment Creditor's counsel attempted to reach Jenkins and the CEO of the corporate Judgment

Debtors by telephone.  Judgment Creditor has received no response.  The Court finds Judgment

Creditor has fulfilled her obligation pursuant to D. Kan. Rule 37.2.

IT IS HEREBY ORDERED that Judgment Creditor's Motion to Compel Responses to Post-Judgment Interrogatories and Requests for Production of Documents (ECF No. 70) is GRANTED.

IT IS FURTHER ORDERED that Judgment Debtors Royall Jenkins, The Value Creators, Inc. f/k/a The United Nation of Islam, Inc., The Value Creators LLC, and The Value Creators Inc.  shall fully and completely answer Judgment Creditor's First Set of Post-Judgment Interrogatories, and shall produce all non-privileged documents responsive to Judgment Creditor's First Set of Post-Judgment Document Requests within **ten (10)  calendar days** after entry of this Order.

IT IS FURTHER ORDERED that Judgment Debtors Royall Jenkins, The Value Creators, Inc. f/k/a The United Nation of Islam, Inc., The Value Creators LLC, and The Value Creators Inc. shall pay Judgment Creditor all of Judgment Creditor's costs, including attorneys' fees, incurred in bringing this motion.

Dated this 30th day of August, 2018, at Kansas City, Kansas.

Teresa J. James
U. S. Magistrate Judge