## U.S. District Court

## DISTRICT OF KANSAS

**Notice of Electronic Filing**

The following transaction was entered on 8/30/2018 at 12:53 PM CDT and filed on 8/30/2018
**Case Name:** Ross v. Jenkins et al
**Case Number:** 2:17-cv-02547-DDC-TJJ
**Filer:**
**WARNING: CASE CLOSED on 05/23/2018**
**Document Number:** 78

**Docket Text:**
**ORDER granting [70] Judgment Creditor's Motion to Compel Responses to Post-Judgment Interrogatories and Requests for Production of Documents. Judgment Debtors shall comply <u>within ten calendar days of the date of this order</u>, and shall pay Judgment Creditor's costs and fees connected with this motion. Signed by Magistrate Judge Teresa J. James on 8/30/2018. (ts)**

**2:17-cv-02547-DDC-TJJ Notice has been electronically mailed to:**

Gillian Chadwick    gillian.chadwick@washburn.edu

Elizabeth A. Hutson    ehutson@mcguirewoods.com, ahasher@mcguirewoods.com

Phillip C. Chang    pchang@mcguirewoods.com, ahasher@mcguirewoods.com

Jonathan T. Blank    jblank@mcguirewoods.com, ahasher@mcguirewoods.com

Royall Jenkins    royalljenkins@gmail.com

**2:17-cv-02547-DDC-TJJ Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1028492125 [Date=8/30/2018] [FileNumber=4558417-0
] [3282b8e396cd01b11ea002b853b7e028820d0463f0e48618cca2eb5c7b08c3e3c09
aaa22d5ea7fd3c08f944047d07b9eaa02e2f430958ab3c1517c8b158ec7e7]]