IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

```
____Kendra Ross_____,        )
                                    )
              Plaintiffs,           )
V.                                  )
                                    )  Case No. 2: 17-cv-02547-DDC-TJJ
Royall Jenkins, and The Value Creators, Inc. )
f/k/a The United Nation of Islam, Inc.,      )
and The Value Creators et al ____,           )
                                    )
              Defendant.            )
```

FILED
SEP 17 2018
TIMOTHY M. O'BRIEN CLERK
By_____ Deputy

## ANSWER

**THE ABSOLUTE TRUTH IS AS FOLLOWS:**

1. The heinous accusations that Ms. Ross and her lawyers have presented are all criminal in nature however, there is no criminal investigation or filings from any United States or foreign law enforcement agencies to the date of this filing (September 17th, 2018).

2. This is NOT a class action lawsuit and only the false accusations from one person (Ms. Ross) with no witnesses or substantiated evidence that any one else can testify to its validity.

3. I DO NOT Honor this ATTEMPT to CONTRACT with Me; the contract offer (Case No. 2: 17-cv-02547-DDC-TJJ) WAS FRAUDULENT from its conception and still IS FRAUDULENT in its current state.

4. I, Royall Jenkins-El and ALL business entities associated with this contract offer have never had and DO NOT CURRENTLY HAVE ANY ASSETS to Declare in reference to this CONTRACT OFFER.
   - [It is baffling to think of WHERE these alleged "ASSETS" are coming from when it has NEVER existed in the possession of any of the entities named in this contract offer; to the proportion that is being alleged is due for these forced services that were rendered by Miss Ross.]
   - [Ironically (or horrifically), the amount of money Miss Ross is seeking in FALSE damages is FAR More than ANY Compensation that NONE of her DIRECT Bloodline and/or descendants has received for any of the FORCED LABOR that was rendered during the chattel slavery of so-called 'African Americans'; which amounts to ZERO to this present date. However, this IS understandable and was already written and prophesied to take place (Exodus 6:6).]

5. I OBJECT to your attitude and I OBJECT that you do not respect me for the Knowledge I have.

Answer/Discharge/Set-off - K. Ross v. R. Jenkins 9/17/18       This document is void where lawfully prohibited.

1

6. As I understand this process Judge: the Attorneys and Ms. Ross has levied a **Civil Complaint** with the Clerk and against the TRUST. Using the ALL CAPS NAME that appears on this (Authenticated) BIRTH CERTIFICATE (EXHIBIT A attached), in which I, Royall Jenkins-El am the HOLDER IN DUE COURSE. The use of capital letters is dictated by the US Printing Style Manual, which explains how to identify a CORPORATION.

The Clerk, who is the ADMINISTRATOR of the CESTUI QUE TRUST, then, appointed you Judge as the TRUSTEE for the TRUST and since neither of you can be the BENEFICIARY, that leaves Me (Royall Jenkins-El) and therefore you are MY TRUSTEE.

So as MY TRUSTEE, I instruct you to **DISCHARGE** this entire matter, **WITH PREJUDICE** and award the penalties of this judgement to be paid to Me in compensation for damages these FALSE CHARGES and un-repairable harm to the general public in the court of public opinion.
**UCC § 3-305. DEFENSES AND CLAIMS IN RECOUPMENT.   UCC § 3-306. CLAIMS TO AN INSTRUMENT.**

7. Judge, additionally as MY TRUSTEE, I properly request you to ORDER ALL Attorneys, professors, students and the like associated with this OFFER to CONTRACT (Case No. 2: 17-cv-02547-DDC-TJJ); from the date of this filing, to Here By **CEASE AND DESIST** from pursuing ANY and ALL forms of contact or communication with Me (Royall Jenkins-El), [ The Value Creators, Inc. f/k/a The United Nation of Islam, Inc., et al and any of its former or current participants and/or Members].

8. I, Royall Jenkins-El am a Pre-1933 Private Citizen of the United States, American National Agent for "ROYALL JENKINS" as FILED and RECORDED **NUNC PRO TUNC** in LAMAR COUNTY, GA. SUPERIOR COURT Clerk's Office December 27th, 2017 at 11:07am (Exhibit B - cover page for PRIVATE usage only). In conjunction with my 'Notice of Absolute Forgiveness and Discharge' (Exhibit C).

9. The three (3) aforementioned EXHIBITS are supported by the attached EXHIBIT D; the UCC Financing Statement form-1 as filed in the state of Maryland.

10. Recoupment compensation may be in the form of a company check or postal money order and made accessible to the '**Royall Jenkins-El Trust**' and may be mailed to any of the previous addresses that I have been harassed at since the conception of these fraudulent charges.

"I hereby certify that I have mailed a copy of this Answer to:
**Gillian Chadwick
Washburn Law Clinic
Washburn University School of Law
Topeka, Kansas 66621**
on the 17th day of September, 2018."

Respectfully Submitted,

*Royall Jenkins-El*
Royall Jenkins-El
Authorized Representative/ Without Recourse

Answer/Discharge/Set-off - K. Ross v. R. Jenkins 9/17/18        This document is void where lawfully prohibited.