EXHIBIT-A

14031376-1

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the State(s) of South Carolina, and that such Seal(s) is/are entitled to full faith and credit.*

*\*For the contents of the annexed document, the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, John F. Kerry, Secretary of State, have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this twelfth day of May, 2014.

_____
Secretary of State

By _____
Assistant Authentication Officer,
Department of State

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

# State of South Carolina
## Office of the Secretary of State
### The Honorable Mark Hammond



*To Whom these Presents Come, Greetings:*

KNOW YE, THAT Catherine Templeton:

whose official signature appears to the Instrument of writing hereto annexed, was, at the time of affixing the same thereto, duly appointed, sworn and commissioned <u>Director and State Registrar</u>, in and for the State of South Carolina, as appears from the records of this Department; that his/her attestation is in due form and that full faith and credit are due to his/her official acts.

WITNESS MY HAND and the Great Seal of the State, at Columbia, this Thursday, April 10, 2014.



_____
Mark Hammond, Secretary of State

(This Certificate only certifies the signature, the capacity of the signer and the seal or stamp it bears. It does not certify the content of the document for which it was issued. This certificate is not valid if it is removed or altered in anyway whatsoever.)

Document No  166769

# STATE OF SOUTH CAROLINA
## CERTIFICATION OF VITAL RECORD

### BIRTH CERTIFICATION
AMENDED BY COURT ORDER

**STATE FILE NUMBER:** 139-42-001633

**NAME OF REGISTRANT:** *ROYALL JENKINS*

**DATE OF BIRTH:** , 1942

**SEX:** MALE

**PLACE OF BIRTH:** WINNSBORO, SOUTH CAROLINA

**COUNTY OF BIRTH:** FAIRFIELD

**MOTHER'S MAIDEN NAME:** ISABELL JOHNSON

**MOTHER'S PLACE OF BIRTH:** NORTH CAROLINA

**FATHER'S NAME:** NO FATHER LISTED

**FATHER'S PLACE OF BIRTH:** NOT LISTED

**DATE RECORD FILED:** FEBRUARY 09, 1942

**DATE ISSUED:** MARCH 18, 2014

**SPECIAL INSTRUCTIONS:**

CHILD'S FIRST NAME AMENDED BY COURT ORDER ON 08/02/1999, CHILD'S LAST NAME AMENDED BY COURT ORDER ON 08/02/1999

SC03551993

This is a true certification of the facts on file in the Division of Vital Records, SC Department of Health and Environmental Control.

*Catherine Templeton*
Catherine Templeton
Director and State Registrar

This copy is not valid unless prepared on an engraved border displaying the state seal and issuing agency logo.

Revision Date: 07/16/2013



DHEC
South Carolina Department of Health and Environmental Control

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

Pay to the Order of United States in settlement of 12 U.S. Code §§ 501 a (2) and 86 b.

```
FOR REGISTRATION
J. David Granberry
REGISTER OF DEEDS
Mecklenburg County, NC
2014 SEP 17 04:11:57 PM
BK:29451 PG:922-929
FEE:$26.00
INSTRUMENT # 2014108473

TAYLORD
```



2014108473



**MOORISH REPUBLIC**  **FEDERAL GOVERNMENT**



## Moorish American National Aboriginal Indigenous Sovereign

## RECORD OF NATURAL LIVE BIRTH CERTIFICATE AFFIDAVIT

*NUNC PRO TUNC*

I Noble: __Amur Mashug El__ being the Qazi (Chief Magistrate) of the GREAT

SEAL MOORISH NATION, ABORIGINAL, INDIGENOUS REPUBLIC FEDERAL GOVERNMENT

Do hereby Affirm that said offspring (name): __Royall Jenkins-El__,

Gender: __Masculine__                                          Nationality: __Moor__



Was birthed on the _____ _1942_ A.D., to the parents of:

Natural Mother (name): __Isabell Johnson__,

Natural Father (name): __"NOT LISTED"__.

I also declare before De Jure Natural Divine Universal Law and the De Jure Laws of the Organic Continental
United States for America Republic that __Royall Jenkins-El__,
Was birthed as a Free Sovereign, Aboriginal, Indigenous, Moorish American National of the Indigenous Moorish
Nation,....Political Status: Freehold by birthright and inheritance. And is a direct blood descendant of the Original
Aboriginal Inhabitants of the land and soil known as the Americas, and the true legal lawful National Sovereigns of the
Continental united States, North, South, and Central American Republic(s), Northwest Africa/Amexem/America (Al
Moroc), "Not in the corporate body politics of the Union States Society Republic"

Parents(s) Signature(s): _Isabell Johnson_
                         UCC 3-419    Isabell Johnson

                         UCC 3-419

Witness: _Amur Mashug El_
         (Waszir Al' Rais)

Witness: _Salaam Bey_

Document No: 2013