EXHIBIT-B

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
DEC 27 2017 AT 11:07 A M
BPA BOOK ____ .B2 ___ PAGES ____
DEPUTY CLERK

# Affidavit

(Reserved for recording data)



# NOTICE OF INTENT

## COVER PAGE

1) **Release Without Consideration** –                                    6 pgs ☐
2) **Rescission of Signatures of Suretyship** –                            2 pgs ☐
3) **Disclaimer of Implied Trusteeship**-                                  2 pgs ☐
4) **Original Birth Name name "RJ" PASS PORT BOOK** issued by the
   Trustees for **United States Department of State** in **October of 2011,**
   it being an exact, true and correct copy of the original attached –     4 pgs ☐
5) **Exhibit 5 (8 page attachment)** –                                     9 pgs ☐
6) **Exhibit 6 "RJ" Notice of Private Trust Arrangement** –                2 pgs ☐
7) **Exhibit 7 Affidavit of Exemption from Withholding Concerning
   Non-Taxpayer "ROYALL JENKINS"** –                                       4 pgs ☐

**TOTAL PAGES INCLUDING COVER PAGE IS 40 PAGES.**

When finished recording please send original to:

Royall Jenkins
Care of: 2111 North 10th Street
near [66104-9998]
Kansas City, Kansas Republic

Prepared by: _Royall Jenkins_