EXHIBIT - C

*Document prepared by Return to:*
*The House of **Royall Jenkins El***
*Care of Temporary Post Location*
*10816 Town Center Blvd*
*Suite 212*
*Dunkirk, Maryland[20754]*

# Notice of Absolute Forgiveness and Discharge Forever of All Known and Unknown Estate, Sole Proprietorship, Debts, Duties, Claims, and Liabilities

Let it now be known and evident to all concerned persons or men worldwide through the announcement and notice of this perfect free will writing sealed by my own hand - in an offer to bring peace, harmony, and wholeness to all of the world - that I, the living soul manifest, known as Mans, Estate Haeres, and Dignitary, who acknowledges all that is the complete Will and Testament of the Estate named, or known as, **Jenkins, Royall** dba **Royall Jenkins** Now Known as **Royall Jenkins El**. - created, birthed, or delivered on January 26, 1942, through the hand or water of my natural born mother or her person - NOW AND FOREVER ABSOLUTELY FORGIVE AND DISCHARGE ALL KNOWN AND UNKNOWN ESTATE DEBTS, DUTIES, CLAIMS, AND LIABILITIES.

*This Absolute Forgiveness and Discharge includes, but is not limited to, any estate, sole proprietorship, debt, duty, donation, claim, contract, covenant, conveyance, custom, bill, bond, bargain, article, interest, obligation, franchise, promise, pledge, novation, encumbrance, mortgage, lien, letter, liability, legacy, judgment, order, warranty, attachment, hold, copy, custody, consideration, information, reservation, privilege, immunity, suit, prescription, responsibility, administration, management, term, or condition - thus freeing, liberating, and emancipating forever all persons, property, and sureties from any Estate related performance or burden for... I AM.*

*Additionally through this Absolute Forgiveness and Discharge, all estate res, remainder, or reversion, including, but not limited to, any subject, matter, issue, person, character, instrument, deed, will, title, certificate, benefit, insurance, policy, account, security, deposit, pension, fund, or retirement plan - be it dispositive, appointive, nominative, or other, is hereby consolidated, merged, and extinguished - ultimately returning said Estate to its complete original natural whole state of dignity and demesne for... I AM.*

Royall Jenkins El

***Royall Jenkins**- House of El*
*Dignitary-Paterfamilias –*
*Member- Society of the Sojourner*

*I, a living soul manifest, now bear witness with my own eyes and attest through my own hand this notice and free will writing by Sandra Curl Jacobs El, Owner/Authorized Representative, for JENKINS, ROYALL, dba ROYALL JENKINS dbs ROYALL JENKINS EL On This ____________ th Day of February in the Year 2015 -*

TRUST EIN: 47-6310779, FOREIGN GRANTOR TRUST EIN: 98-1208479

**NON-NEGOTIABLE NON-TRANSFERABLE PRIVATE**

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL—NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENTS

IN THE OFFICE OF THE REGISTER OF DEEDS, CITY HUNTINGTOWN, CALVERT COUNTY, MARYLAND

**JENKINS, ROYALL, corp. sole**
**dba ROYALL JENKINS**

**OFFICE OF PROTERTY OWNER:**
**Royall Jenkins El**

# VERIFIED, EXECUTED, ACKNOWLEDGED, AUTHENTICATED, AND ANNEXED DECLARATION OF EXECUTORSHIP UNDER SEAL

### I. INTRODUCTORY CERTIFICATION

**TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETINGS:** BE IT KNOWN AND NOTICED TO ALL WHOM IT MAY CONCERN THAT THE LIVING, SENTIENT, SPIRITUALLY AUTONOMOUS BEING KNOWN AS "**ROYALL JENKINS**, NOW KNOWN AS **ROYALL JENKINS EL**" OR ANY ORTHOGRAPHIC OR SYMBOLIC REPRESENTATIONS THEREOF INTENDED AS PERTAINING TO THE UNIQUE BIOLOGICAL BEING HEREINAFTER REFERENCED AS "EXECUTOR," EXECUTING THIS PROCLAMATION DOES HEREWITH ACCEPT, ANNEX, ACKNOWLEDGE AS EXECUTOR'S FREE-WILL ACT AND DEED, AND DECLARE, CLAIM, AND COVENANT IN LIVING, SUI JURIS, UNLIMITED-LIABILITY CAPACITY THAT;

1. EXECUTOR IS COMPETENT TO STATE THE MATTERS SET FORTH HEREWITH.
2. EXECUTOR HAS PERSONAL KNOWLEDGE OF THE FACTS STATED HEREIN.
3. ALL THE FACTS STATED HEREIN ARE INTENDED BY EXECUTOR AS BEING TRUTHFUL, ACCURATE, AND NOT MISLEADING IN ACCORDANCE WITH EXECUTOR'S BEST KNOWLEDGE AND UNDERSTANDING

## II. PLAIN STATEMENT OF FACTS

A. THIS "VERIFIED, EXECUTED, ACKNOWLEDGED, AUTHENTICATED, AND ANNEXED DECLARATION OF EXECUTORSHIP UNDER SEAL," HEREINAFTER "DECLARATION OF EXECUTORSHIP," IS EXECUTED FOR THE PURPOSE OF NOTICING AND ESTABLISHING ON ALL DATABASES, RECORDS, AND SYSTEMS OF RECORDS OF ANY AND ALL ENTITIES, ORGANIZATIONS, AND LEDGERS IN ANY VENUE OR JURISDICTION WHATSOEVER AS MIGHT AT ANY TIME OR FOR ANY REASON OR SET OF REASONS BE DEEMED AUTHORIZED TO BE INVOLVED WITH EXECUTOR'S EXISTENCE, LIFE, OR THE VENUE, STANDING, CAPACITY, IDENTITY, OR JURISDICTION THEREOF, OR THE CERTIFICATE OF LIVE BIRTH NO. 1951-30-04691 ALLEGEDLY PERTAINING TO EXECUTOR AND ORIGINATING THE TRUST, I.E., THE **ROYALL JENKINS, 213420236** & TRUST EIN NO. [47-6310779], OR THE **ROYALL JENKINS EL** FOREGIN TRUST, EIN NO. [98-1208479], OR ANY MATTERS PERTAINING TO THE FOREGOING OR DERIVED THEREFROM.

## III. RECITALS AND SELF-EVIDENT TRUTHS

A. IN ACCORDANCE WITH THE PRINCIPLE THAT SELF-EVIDENT TRUTH IS UNASSAILABLE AND REQUIRES NO PROOF TO BE ESTABLISHED FOR THE RECORD AND ACTED UPON AS INVIOLABLE, IT IS DEEMED SELF-EVIDENT, AND IS NOTICED TO, DEEMED FULLY APPLICABILITY CONCERNING, AND TO BE CONSTRUED AS NON-WAIVABLE AND FULLY ACTIONABLE BY ALL WHOM IT MAY CONCERN, THAT:

TRUST EIN: 47-6310779 , FOREIGN GRANTOR TRUST EIN: 98-1208479

**NON-NEGOTIABLE NON-TRANSFERABLE PRIVATE**

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL—NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENTS

1. GIVEN EXISTENCE IS REAL, SUBSTANTIVE, SELF-EXISTING, PRIOR AND SUPERIOR TO, AND PARAMOUNT OVER ANY AND ALL POSSIBLE COGNITIONS, I.E., CONCEPTUALIZATIONS, IDEAS, CONTRIVANCES, BELIEFS, AGENDAS, VIEWPOINTS, OR FABRICATIONS, ALL OF WHICH COGNITIONS:
   a. ARE ABSTRACT, ARTIFICIAL, INSUBSTANTIAL, AND FICTITIOUS IN NATURE AND CAUSE;
   b. ARE SYMBOLIC REPRESENTATIONS, I.E., "MAPS," OF ANY PARTICULAR EXISTENTIALLY REAL ACTUALITY, I.E., "TERRITORY," CONCERNING WHICH THE SYMBOL/MAP IS ABSTRACTLY DEEMED TO PERTAIN AS PER THE WORKINGS OF WHATEVER MIND IS

      ENGAGING IN COGNIZING ANY WORD/MAP/SYMBOL IN WHATEVER WAY IS UNIQUE TO SAID PARTICULAR MIND;
   c. NECESSARILY WILL BE PERCEIVED, UNDERSTOOD, THOUGHT ABOUT, OR ACTED UPON IN A UNIQUE MANNER BY ANY OF AN UNLIMITED POSSIBLE NUMBER OF DIVERSE, UNIQUE, EVER-CHANGING MINDS AT ANY PARTICULAR INSTANT OF TIME AND PLACE;
   d. EXIST AND ARE PERCEIVED SOLELY AND EXCLUSIVELY WITHIN THE PARTICULAR CONSCIOUSNESS OF EACH UNIQUE MIND, NO TWO (2) OF WHICH MINDS EVER CAN OR WILL COGNIZE ANYTHING WHATSOEVER IN EXACTLY THE SAME MANNER AS ANYONE ELSE;
   e. POSSESS NO NEXUS WHATSOEVER WITH ACTUAL EXISTENCE OTHER THAN AS COGNIZED, HELD, FELT, UNDERSTOOD, OR THOUGHT ABOUT BY EACH UNIQUE BEING;
2. NO UNALIENABLE RIGHTS, PROPERTIES, OR ASPECTS OF ETERNAL EXISTENCE OR THE EXISTENTIAL SUBSTANCE AND UNIVERSAL LAWS THEREOF ARE THE PROPERTY OR PROVINCE OF, OR FATHOMABLE BY, ANY PARTICULAR LIVING, SENTIENT BEING, NOR BY ANY PARTICULAR ASSEMBLAGE(S) THEREOF, I.E., NO ONE CREATED, NOR CAN FATHOM, NOR OWNS, NOR POSSESS ANY *A PRIORI* CLAIM WHATSOEVER ON:
   a. EXISTENCE AND THE ETERNAL LAWS OF FUNCTIONING THEREOF;
   b. LIFE AND THE ALIVENESS THEREOF;
   c. CONSCIOUSNESS AND THE AWARENESS AND KNOWINGNESS THEREOF;
   d. FREE WILL AND THE SELF-OWNERSHIP THEREOF;
   e. INFINITE INTELLIGENCE AND THE WORKINGS THEREOF,
3. ONLY LIVING, SENTIENT BEINGS HAVE, OR CAN SANELY AND LAWFULLY CLAIM OR ASSERT, OR EXISTENTIALLY LIVE ANY UNALIENABLE RIGHTS INASMUCH AS NO FICTIONS—OF LAW OR OTHERWISE—POSSESS ANY EXISTENCE, LIFE, CONSCIOUSNESS, FACULTIES, OR USE OF FACULTIES TO ACTUALIZE ANYTHING IN REALITY, NOR CAN ANY LIVING, SENTIENT BEING(S) EXERCISE ANY VALID, LAWFUL, SANE, AND ETHICAL AUTHORITY OVER OTHER LIVING, SENTIENT BEINGS ON THE BASIS OF CLAIMING TO BE AUTHORIZED. COMMANDED ORDERED, OR GRANTED ANY RIGHT OR IMMUNITY FROM ANY FICTIONS WHATSOEVER;
4. NOT ALL OF THE IDEAS, WORDS, CONCEPTS, OR CONCEPTUALIZATIONS EVER ABLE TO BE COGNIZED BY ALL THE LIVING, SENTIENT BEINGS WHO EVER LIVED CAN CHANGE THE SELF- EVIDENT TRUTH THAT NONE OF AN INFINITE POSSIBLE NUMBER, KIND, CATEGORY, CLASS, OR TYPE OF COGNITIONS, PERCEPTIONS, IDEAS, VALUES, AGENDAS, BELIEF SYSTEMS, LEGAL THEORIES, MENTAL CONSTRUCTS, OR CONTRIVANCES INTENDED AS PERTAINING TO GIVÈN EXISTENCE IS OTHER THAN ABSTRACT IN NATURE AND CAUSE, AND NEITHER IS—NOR EVER CAN BE—THE REALITY ALLEGEDLY REPRESENTED. I.E., "THE MAP IS NOT THE TERRITORY; THE NAME IS NOT THE THING NAMED";
5. EVERY PARTICULAR, UNIQUE LIVING, SENTIENT BEING WHO MIGHT DESIGN, IMPLEMENT, ADMINISTER. OR ENFORCE SYSTEMS ON ANY BASIS CONTRARY TO THE FOREGOING DEMONSTRATE *PRIMA FACIE* EVIDENCE OF EITHER MENTAL INCOMPETENCE, MALEVOLENT INTENT, OR CRIMINAL MEGALOMANIA BY ACTING IN ACCORDANCE WITH WORLD VIEWS THAT ARE SELF-ADOPTED AS SELF-JUSTIFYING GROUNDS TO CLAIM RIGHT OF ENFORCEMENT BY ANY OF COUNTLESS POSSIBLE MODALITIES OF DEADLY PHYSICAL VIOLENCE OVER THE LIVES OF OTHERS ON THE BASIS OF ANY OF AN INFINITE POSSIBLE NUMBER OF PARTICULAR ABSTRACT, ARTIFICIAL, ARBITRARY, AND SELF-CHOSEN IDEA(S), CONCEPTUALIZATIONS, OR COGNITIONS, EACH OF WHICH IS UNIQUE TO. AND THE SOLE AND EXCLUSIVE WORKINGS OF THE UNIQUE MIND OF WHATEVER PARTICULAR LIVING. SENTIENT BEING IS INVOLVED. AND NONE OF WHICH COGNITIONS IS THE DOING, PERCEIVING, EXPERIENCING, WITHIN THE SCOPE OF KNOWLEDGE OF, NOR THE

   RESPONSIBILITY OR OBLIGATION TO SPEAK FOR ANYONE ELSE;

TRUST EIN: 47-6310779_, FOREIGN GRANTOR TRUST EIN: 98-1208479

**NON-NEGOTIABLE NON-TRANSFERABLE PRIVATE**

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL—NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENTS

6. INASMUCH AS THE WORLD VIEW OF EACH AND EVERY LIVING, SENTIENT BEING IS NECESSARILY UNIQUE AND DIFFERENT THAN THAT OF ANY OTHER BEING IN EXISTENCE, NO TWO PEOPLE CAN, EITHER NATURALLY OR BY COERCION, BE MADE TO PERCEIVE, THINK ABOUT, OR ACT CONCERNING EXISTENCE THE SAME AS ANY OTHER. AND TO USE COERCION,

   I. E , IMPLEMENTATIONS OF DEADLY VIOLENCE, ON THE BASIS THAT ANY TWO PEOPLE- MUCH LESS MYRIADS OF DIVERSE, UNIQUE LIVING SENTIENT BEINGS—CAN OR "SHOULD" ALL COGNIZE ANYTHING WHATSOEVER, WHETHER "LAW" OR OTHERWISE, IN AN IDENTICAL MANNER IS SELF-INVALIDATING EGREGIOUS ERROR. INCOMPETENCE, OR INSANITY THAT VOIDS ANY AND ALL RIGHT FOR ANY SUCH PARTIES TO SANELY, VALIDLY, LAWFULLY, OR HONORABLY ASSERT ANY ALLEGED AUTHORITY WHATSOEVER OVER THE LIVES, RIGHTS, OR PROPERTY OF ANYONE;

7. IT IS DEEMED THAT IN ACCORDANCE WITH SUCH PRINCIPLES AS "EQUALITY UNDER THE LAW," "We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable rights, that among these are life, liberty and the pursuit of happiness"; "God is no respecter of persons"; AND, "Ignorance of the law [INCLUDING THE LAWS OF EXISTENCE] is no excuse," IT IS SELF-EVIDENT THAT NO PARTICULAR LIVING, FREE-WILL, SENTIENT BEING POSSESSES ANY GREATER OR LESSER *A PRIORI* RIGHT TO LIVE THE UNIVERSAL UNALIENABLE RIGHTS THEREOF THAN ANY OTHER, NOTWITHSTANDING ANY PARTICULAR ATTITUDE, CONCEPTUALIZATION, AGENDA, BELIEF SYSTEM, SELF-PROCLAIMED OR SELF-SERVING IDEAS OF SOCIAL HIERARCHY. E.G., "INFERIOR" OR "SUPERIOR." ALL OF WHICH ARE ONLY MENTAL ATTITUDES OF THE PARTICULAR PARTIES ACTING ON SUCH BASIS.

B. EXECUTOR'S UNALIENABLE RIGHTS, INCLUDING BUT NOT LIMITED TO THE UNALIENABLE RIGHT TO BE ESTABLISHED AND RELATED WITH AS A FREE, SOVEREIGN FOREIGN STATE, ARE DEEMEDTO BE EXPRESSLY UPHELD, *INTER AHA,* BY INTERNATIONAL TREATIES AND LAWS THAT INCLUDE, BUT ARE NOT LIMITED TO:

1. *Convention on Rights and duties of States* (Inter-American); December 26, 1933, 49 Stat. 3097, Treaty Series 881;
2. *Charter of the Organization of American States, March 30-May 2, 1948;*
3. *Nuremberg Trials,* 1945-1949, e.g., Trials of War Criminals Before the Nuremberg Military Tribunals under Control Council Law No. 10, Vol. 2, Washington, D.C., U.S Government Printing Office, 1949;
4. *Convention on the Privileges and Immunities of the United Nations, February 13, 1946;*
5. *Foreign Sovereign Immunities Act of 1976,* 90 STAT. 1997-2001 Public Law 94-467

C. IN ACCORDANCE WITH THE FOREGOING, AND AS A UNIQUE EXPRESSION OF ETERNAL TRANSCENDENCE, EXECUTOR—A LIVING, SENTIENT BEING WITH FREE WILL EMBODYING, EXPERIENCING, EXPRESSING, AND ACTUALIZING THE UNALIENABLE RIGHTS OF THE CREATOR OF WHICH THE ENTIRETY OF EXECUTOR'S EXISTENCE, LIFE, CONSCIOUSNESS, NATURE. FACULTIES, AND USES OF FACULTIES CONSISTS—POSSESSES SELF-EVIDENT UNALIENABLE RIGHT TO LIVE EXECUTOR'S UNALIENABLE RIGHTS IN ACTUALITY, NOTWITHSTANDING ANY QUANTITY, NATURE, OR CAUSE OF ALLEGED REASONS CONTRARY THERETO AS MAY BE ASSERTED BY THOSE WITH ALTERNATIVE WORLD VIEWS, NOTWITHSTANDING HOW HIGH-SOUNDING, "REASONABLE," OR SINCERELY BELIEVED ANY PARTICULAR BEING'S "REASONS" MIGHT BE, IN ACCORDANCE WITH WHICH EXECUTOR PROCLAIMS TO ALL AND SUNDRY. FOR AND ON THE RECORD, THAT EXECUTOR POSSESSES ABSOLUTE, UNALIENABLE, INNATE, AND UNASSAILABLE RIGHT TO PROCLAIM EXECUTOR AS A FREE, SOVEREIGN STATE WITH UNIVERSAL UNALIENABLE CREATOR-GRANTED RIGHTS THAT INCLUDE, BUT ARE NOT LIMITED TO, THE UNALIENABLE RIGHTS UPHELD BY THE ABOVE-REFERENCED TREATIES AND INTERNATIONAL LAW TO:

1. BE ESTABLISHED AND UNIVERSALLY RECOGNIZED AS A FREE AND SOVEREIGN STATE, POSSESSING:
   a) A PERMANENT POPULATION, VIZ. EXECUTOR'S UNIQUE LIVING EXISTENCE AND THE PARTICULAR NATURE AND DESTINY THEREOF;
   b) A DEFINED TERRITORY CONSISTING OF THE BODY, NATURE, AND INNATE STRUCTURE OF EXECUTOR'S EXISTENCE;
   c) A GOVERNMENT CONSISTING OF EXECUTOR'S MIND, CONSCIOUSNESS. AND COGNIZING, CHOOSING, AND DISCERNING FACULTIES, AND EXECUTOR'S INNATE

      SOVEREIGN SPIRITUAL AUTONOMY;

NOTICE AND PROCLAMATION OF ABSOLUTE FORGIVENESS AND DISCHARGE FOREVER OF ALL KNOWN AND UNKNOWN ESTATE DEBTS, DUTIES, CLAIMS, AND LIABILITIES

ALL RIGHTS DEFENSES RESERVED RIGHT TO REJECT ANY AND ALL BIDS OF PRIVATE SETTLEMENT RESERVED

FOREIGN TRUST 98-1208479] [TRUST47-6310779] Page 3 of 14 FORM: [RJE]-NPAFDEFEDDCL-[02/19/2015]

TRUST EIN: 47-6310779 FOREIGN GRANTOR TRUST EIN: 98-1208479

NON-NEGOTIABLE NON-TRANSFERABLE PRIVATE

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL—NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENTS

d) CAPACITY TO ENTER INTO RELATIONS WITH OTHER STATES, I.E., INTERACT WITH OTHER LIVING, SENTIENT BEINGS;

2. PROCLAIM EXECUTOR AS A "SOLE PERSON" IN THE EYES OF INTERNATIONAL LAW. WITH UNALIENABLE INDIVIDUAL SOVEREIGNTY;

3 ESTABLISH THE POLITICAL EXISTENCE OF EXECUTOR AS A FREE, SOVEREIGN STATE INDEPENDENT OF RECOGNITION BY OTHER STATES, FULLY VIABLE, VALID, AND ACTIONABLE BEFORE, WITH, OR WITHOUT FORMAL RECOGNITION OF EXECUTOR AS A STATE. WITH THE UNALIENABLE RIGHT OF EXECUTOR TO DEFEND EXECUTOR'S INTEGRITY AND INDEPENDENCE AND TO PROVIDE FOR EXECUTOR'S CONSERVATION AND PROSPERITY, AND CONSEQUENTLY TO ORGANIZE EXECUTOR AS A STATE AS EXECUTOR SEES FIT, TO LEGISLATE UPON THE INTERESTS AND ADMINISTER THE STATE'S SERVICES, AND TO DEFINE THE JURISDICTION AND SOVEREIGN COMPETENCE OF EXECUTOR'S COURT OF RECORD IN INTERNATIONAL LAW;

4 REGARD ALL STATES AS JURIDICALLY EQUAL, ENJOYING THE SAME RIGHTS AND HAVING EQUAL CAPACITY IN THE FREE AND PEACEFUL EXERCISE THEREOF, WHEREBY THE RIGHTS OF EACH STATE DO NOT DEPEND UPON THE POWER THAT SAID STATE POSSESSES TO ASSURE FREE EXERCISE OF SAID STATE'S UNALIENABLE RIGHTS, BUT UPON THE SIMPLE FACT OF THE STATE'S EXISTENCE IN REALITY AND AS A PERSON UNDER INTERNATIONAL LAW WITH FUNDAMENTAL RIGHTS THAT ARE NOT SUSCEPTIBLE OR LAWFULLY ABLE TO BE AFFECTED IN ANY MANNER BY THE ATTITUDES OR AGENDAS OF ANYONE

5 THE RECOGNITION OF A STATE MERELY SIGNIFIES THAT ANOTHER STATE HONORS THE EXISTENCE OF SAID STATE AND ACCEPTS THE PERSONALITY THEREOF WITH THE RESPECTIVE RIGHTS AND DUTIES OF BOTH STATES MUTUALLY UPHELD IN INTERNATIONAL LAW AS UNCONDITIONAL AND IRREVOCABLE.

6 RECOGNIZING THAT IN ACCORDANCE WITH INTERNATIONAL LAW NO STATE HAS THE RIGHT TO INTERVENE IN THE INTERNAL OR EXTERNAL AFFAIRS OF ANOTHER.

D. THE OFFICE OF EXECUTOR, EXISTING IN A VENUE OF LIVING EXISTENCE, UNALIENABLE RIGHTS, AND UNLIMITED LIABILITY, IS DEEMED TO CONSTITUTE THE HIGHEST POSITION IN LAW AND UNASSAILABLE BY ALL COURTS OF JURISDICTION INFERIOR THERETO, I.E., ALL FICTITIOUS CORPORATE VENUES OF LEGISLATORS, COMMERCE, LIMITED LIABILITY, GOVERNMENTS, AND ANY AND ALL OTHER ABSTRACTLY CONCEIVED AND DESIGNED TRIBUNALS OF FICTITIOUS NATURE, ORIGIN, AND CAUSE.

E. NO BASIS FOR DISHONOR OF EXECUTOR'S GOOD-FAITH TENDER OF SATISFACTION OF ANY ALLEGED OBLIGATIONS MAY BE CONSTRUED AS EXISTING WITHIN THE INTERNATIONAL PUBLIC ORDER IN ACCORDANCE, *INTER ALIA*, WITH EXECUTOR'S ESTABLISHMENT BY THE UNITED STATES DEPARTMENT OF STATE AS FULL FAITH AND CREDIT OF THE UNITED STATES OF AMERICA, 62 STAT. 947, Chapter 115 Sections 1738, 1739, BASED ON THE ANNEXATION/AUTHENTICATION NUMBER, I.E., U.S. DEPARTMENT OF STATE "CASE SERVICE NO."15007808-1, 15007808-2 and 1430369-1", OF THE LONG-FORM OF EXECUTOR'S CERTIFICATE OF LIVE BIRTH, DULYAUTHENTICATED AND ANNEXED BY THE REPUBLIC OF CHINA (TAIWAN), AND ANY DISHONOR OF GOOD-FAITH TENDER THEREOF REQUIRES FORMAL TIMELY DISHONOR WITH CAUSE OF THE FULL FAITH AND CREDIT OF THE UNITED STATES OF AMERICA, AND OTHERWISE,. IN THE ABSENCE OF RECEIPT OF WHICH THE PRINCIPLE, "GOOD-FAITH TENDER OF SATISFACTION OF OBLIGATION DISCHARGES THE OBLIGATION."

F. NO ONE POSSESSES LAWFUL AUTHORITY TO DISREGARD THE ESTABLISHED INTERNATIONAL PRECEDENT OF THE LAW OF THE FLAG, AS PER The Judiciary Act of 1789, 1 STAT. 73-93; *Constitution of the United States,* Article III, Section 2; *The United Nations Convention on the Law of the Sea,* 10 December, 1982, AND OTHERWISE.

G. NO ONE OF ANY VENUE OR JURISDICTION WHATSOEVER POSSESSES ANY AUTHORITY TO SUBJUGATE, REGULATE, DOMINATE, OR ADMINISTRATE ANY AFFAIRS OF THE [ROYALL JENKINS] ESTATE OR [ROYALL JENKINS] LIVING TRUST IN THE ABSENCE OF EXPRESS, WRITTEN CONSENT FROM EXECUTOR, AND ALL UNAUTHORIZED ADMINISTRATIONS THEREOF CONSTITUTE BREACH OF FIDUCIARY DUTY, BREACH OF CONTRACT, BREACH OF TRUST, ATTEMPT TO IMPOSE LIMITED LIABILITY PROCEEDINGS ON MATTERS OF UNLIMITED

LIABILITY, AND VIOLATIONS OF INTERNATIONAL LAW THAT ARE FULLY ACTIONABLE IN

NOTICE AND PROCLAMATION OF ABSOLUTE FORGIVENESS AND DISCHARGE FOREVER OF ALL KNOWN AND UNKNOWN ESTATE DEBTS, DUTIES, CLAIMS, AND LIABILITIES

ALL RIGHTS DEFENSES RESERVED RIGHT TO REJECT ANY AND ALL BIDS OF PRIVATE SETTLEMENT RESERVED

FOREIGN TRUST 98-1208479] [TRUST47-6310779] Page 4 of 14 FORM: [RJE]-NPAFDEFEDDCL-[02/19/2015]

**NON-NEGOTIABLE NON-TRANSFERABLE PRIVATE**

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL—NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENTS BOTH PERSONAL AND OFFICIAL OR CORPORATE CAPACITY IN THE ABSENCE OF ESTABLISHING VERIFIED AND VERIFIABLE NONHEARSAY, NON-EXCULPABLE DOCUMENTARY MATERIAL EVIDENCE BY COMPETENT WITNESS UNDER SWORN JURAT AFFIDAVIT NOTARIZED TRUE, CORRECT, AND COMPLETE UNDER PENALTY OF PERJURY BASED ON FIRSTHAND, PERSONAL KNOWLEDGE OF EVERYTHING STATED, CLAIMED, AND ALLEGED IN ANY OF SAID DOCUMENTARY MATERIAL EVIDENCE, WITH PLEDGE OF UNLIMITED PERSONAL, CONTRACTUAL, COMMERCIAL, CIVIL, CRIMINAL ACCOUNTABILITY, RESPONSIBILITY, AND LIABILITY FOR ALL MATTERS WRITTEN, STATED, IMPLIED, RELIED UPON, OR OTHERWISE, SET INTO EVIDENCE ON THE EVIDENTIARY RECORD IN A COMMON-LAW COURT OF RECORD, IN THE ABSENCE THEREOF EXECUTOR DECLINES TO PARTICIPATE IN ANY ALLEGED DISPUTES, ALL OF WHICH ARE SELF-STIPULATED BY ANY ACTING PARTY AS FRAUDULENT, NULL, AND VOID *AB INITIO* BASED ON THE SELF-EVIDENT TRUTHS HEREINABOVE SET FORTH, AND ARE SELF-ESTABLISHED AS FULLY ACTIONABLE ACCORDINGLY IN BOTH PERSONAL AND OFFICIAL CAPACITY.

## IV. UNALIENABLE RIGHTS

A. ALL UNALIENABLE RIGHTS WITH WHICH EXECUTOR IS ENDOWED BY THE CREATOR ARE DULY, FULLY, ABSOLUTELY, UNCONDITIONALLY, AND IRREVOCABLY ACCEPTED, ANNEXED, ACKNOWLEDGED UNDER SEAL BY JURAT AFFIDAVIT AS EXECUTOR'S FREE-WILL ACT AND DEED, AND ARE TO BE CONSTRUED BY ALL AND SUNDRY AS NON-WAIVABLE AND MANDATORILY ACTIONABLE IN ALL SITUATIONS, TIMES, AND CONTEXTS WHATSOEVER, WHICH UNALIENABLE CREATOR-GRANTED RIGHTS INCLUDE—BUT ARE NOT LIMITED TO—THE RIGHT TO:

1. LIVE AND NOT HAVE VIOLATED ANY CREATOR-GRANTED UNALIENABLE RIGHTS BASED ON THE SELF-EVIDENT TRUTH THAT EXECUTOR'S LIVING EXISTENCE IS SUBSTANTIVE, ALIVE, INEFFABLE, UNFATHOMABLE, CONSCIOUS, AND NON-REPEATINGLY UNIQUE AT EACH INSTANT, AND THEREBY INFINITELY SUPERIOR TO ANY AND ALL FICTIONS AND THE ALLEGED AUTHORITY OF ANY LIVING BEING WHATSOEVER ACTING UNDER THE ALLEGED AUTHORITY OF FICTIONS, ECHOED IN LAW, *INTER ALIA*, BY 47 STAT. 1097 SECTION 1066, Natural Rights Prevail: SEC. 1066 CONSTRUCTION IN FAVOR OF NATURAL RIGHT PREFERRED.— When a statute or instrument is equally susceptible of two interpretations, one in favor of natural right, and the other against it, the former is to be adopted.

2. POSSESSION OF EXECUTOR'S LIFE, NATURE, BODY, FACULTIES, USE OF FACULTIES, AND ALL PROPERTY HONORABLY EARNED OR ACQUIRED BY SAID USE OF FACULTIES, I.E., BY EXECUTOR'S EXPENDITURE OF LIFE FORCE, TIME, EFFORT, ENERGY, AND LIFE-DIMINISHING LABOR, WHICH ARE DEEMED INVIOLATE PER, *INTER ALIA*, "Thou shalt not steal," THE FOUNDATIONAL COMMERCIAL MAXIM DERIVED THEREFROM, "A workman is worthy of his hire." AND ALL LAWS PRINCIPLES, CONVENTIONS, TREATIES AND OTHERWISE FORBIDDING PEONAGE, INDENTURED SERVITUDE, AND SLAVERY IN ALL FORMS, INCLUDING BEING ENSLAVED, I.E., RENDERED SUBJECT TO OR SUBJUGATED, BY ANY ACTIONS OF AN UNLIMITED POSSIBLE NUMBER OF PERSONAGES BASED UPON THE INTERPRETATIONS OF ABSTRACT DATA AND INFORMATION AS MAY BE ENTERED INTO BY ANY OF AN UNKNOWABLE NUMBER OF DATABASES BY ANY OF COUNTLESS POSSIBLE LIVING, SENTIENT BEINGS AT ANY PARTICULAR TIME FOR ANY OF AN INFINITE POSSIBLE NUMBER OF ALLEGED REASONS;

3. ENTER INTO AND FULLY EXECUTE ANY PRIVATE CONTRACT AND ESTABLISH AS FINALIZED IN UNLIMITED LIABILITY WITHOUT THIRD PARTY INTERVENTION OR CAPACITY TO ASSERT AUTHORITY ON THE BASIS OF ANY ALLEGED ROYALTY, FEE, IMPOST, PERMISSION, NOTICE, DUTY, TAX, INTEREST, PERMIT, LICENSE, FRANCHISE, AGENCY, TRANSFER, SPLITTING OF TITLE, ASSIGNMENT, SUBORDINATION OF ANY INTERESTS OR ACCOUNTING OR LAWFUL AUTHORITY TO ENGAGE IN ANY EXECUTORY DISCRETION, INTERFERENCE, INTRUSION INTO,

DIMINISHMENT, IMPAIRMENT, OR ABROGATION OF SAID FULLY EXECUTED CONTRACT TO/BY ANY THIRD PARTY WHATSOEVER;

TRUST EIN: 47-6310779 , FOREIGN GRANTOR TRUST EIN: 98-1208479
**NON-NEGOTIABLE NON-TRANSFERABLE PRIVATE**
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL—NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENTS

4. RECEIVE FULL DISCLOSURE OF ALL TERMS, CONDITIONS, EVIDENCE, AND FACTS OF ANY CONTRACT WHATSOEVER BY WHICH EXECUTOR'S RIGHTS, RIGHTS TO PROPERTY AND LIFE FORCE MAY BE DIRECTLY OR INDIRECTLY AFFECTED *AB INITIO, IN TOTO* AND IN PERPETUITY;

5. FULL, PERFECT, ABSOLUTE, AND PARAMOUNT RIGHT, TITLE, AND INTEREST IN, AND HOLDER IN DUE COURSE STANDING CONCERNING, EXECUTOR'S ORIGINAL CERTIFICATE OF LIVE BIRTH, ALL ALLEGED COPIES THEREOF, ALL DOCUMENTS DERIVED THEREFROM OR PERTAINING THERETO, AS WELL AS THE BIRTH NAME OF EXECUTOR AND ALL ORTHOGRAPHIC VARIATIONS IN THE SPELLING AND SYMBOLIC REPRESENTATION THEREOF, NOTWITHSTANDING THE CONTEXT USED OR ANY OF AN INFINITE POSSIBLE NUMBER OF REASONS AS MAY BE PROPOUNDED BY ANY LIVING, SENTIENT BEING WHATSOEVER;

6. PROCLAIM AND REQUIRE THE CONSTRUING BY ALL AND SUNDRY OF EXECUTOR'S CANCELLATION, INVALIDATION, DISAVOWAL, AND RENUNCIATION OF ANY AND ALL ALLEGED OATHS, PLEDGES, SIGNATURES, UTTERANCES, DECLARATIONS, TRANSFER, LICENSE, FRANCHISE, OR AGENCY AUTHORITY, WHETHER WRITTEN OR ORAL, EXPRESS, IMPLIED, PRESUMED, OR CONSTRUCTIVE AS MAY BE CLAIMED, ALLEGED, OR PRESUMED TO EXIST IN ANY DOCUMENTS, COMPUTERS, DATABASE, RECORD(S), OR SYSTEM(S) OF RECORDS, OR ALLEGED AS PERTAINING THERETO OR DERIVED THEREFROM, AND THEREBY AUTHORING ACTING IN ANY ALLEGED MANNER VIS-A-VIS EXECUTOR OR ANY AFFAIRS AND UNDERTAKINGS THEREOF IN ANY MANNER ADVERSE TO ANY PROVISIONS OF EXECUTOR'S COVENANT WITH THE CREATOR OR UNALIENABLE RIGHTS THEREOF;

7. SPIRITUALLY AUTONOMOUS SELF-DETERMINATION AND SOVEREIGN RIGHT OF SELFOWNERSHIP BASED ON EXECUTOR'S INHERENT FREE-WILL DUTY TO FASHION AND FULFILL THE UNIQUE LIFE, NATURE, AND DESTINY OF EXECUTOR IN ACCORDANCE WITH EXECUTOR'S SOLEMN ETERNAL COVENANT WITH THE CREATOR FOUNDED, *INTER ALIA*, ON THE SELF- EVIDENT TRUTH THAT NEITHER ANY OTHER LIVING, SENTIENT BEING, NOR ANY ASSEMBLAGES THEREOF, NOR ANY OF AN INFINITE POSSIBLE NUMBER OF ABSTRACTLY CONTRIVED COGNITIONS, RULES, PRINCIPLES, LAWS, REGULATIONS, ORGANIZATIONS, CORPORATIONS, CONCEPTUALIZATIONS, OR MIND/WORD GAMES OF ANYONE EITHER CREATED, OR OWNS, OR CAN FATHOM, OR CAN EVIDENCE ANY *A PRIOR* CLAIM ON EXECUTOR'S UNIQUE AND INEFFABLE LIVING EXISTENCE, INASMUCH AS NO FICTION, NOR ANY QUANTITY OR KIND OF FICTIONS, DOES OR EVER CAN POSSESS, OR EXISTENTIALLY ACT ON, ANY ALLEGED CLAIM, RIGHT, TITLE, OR INTEREST, NOR EXERCISE ANY SANE, REAL, ETHICAL, VALID, AND LAWFUL AUTHORITY OVER EXECUTOR'S LIVING EXISTENCE, WHICH CANNOT TO BE RENDERED SUBJECT TO ANY FICTIONS WHATSOEVER;

8. TRAVEL IN PEACE ON THE ROADS, HIGHWAYS, THOROUGHFARES, HIGH SEAS, AND OTHERWISE ON PLANET EARTH WITH RIGHT OF FREE PASSAGE WITHOUT LET OR HINDRANCE IN THE KINGDOM OF THE CREATOR IN ACCORDANCE WITH THE CREDO, "The earth is the Lord's and the fullness thereof," FREE FROM BEING ACTED AGAINST AS PROPERTY, SLAVE, PRISONER, FUGITIVE, COMBATANT, BELLIGERENT, OR ENEMY OF ANYONE, AND TO ACTIONABLE REGARD ANY AND ALL CLAIMS ASSERTED CONTRARY TO THIS CREATOR-GRANTED UNALIENABLE RIGHT AS THE SOLE AND EXCLUSIVE RESPONSIBILITY AND WORLD VIEW OF THE PARTICULAR ACTING PARTY, FOR WHICH EXECUTOR IS NOT RESPONSIBLE;

9. FREEDOM OF CONSCIENCE, THOUGHT, SPEECH, EXPRESSION, ASSEMBLY, PRESS, AND TO BE "SECURE IN THE PERSONS, HOUSES, PERSONS, AND EFFECTS [TRUTH]" OF EXECUTOR AND THOSE UNDER EXECUTOR'S CARE;

10. FREE EXERCISE OF THE CREATOR-GRANTED RIGHT TO MARRY, PROCREATE CHILDREN, AND TO ACT AS THE SOLE AND EXCLUSIVE CARETAKER, STEWARD, AND PROTECTIVE CUSTODIAN THEREOF, AND TO ACT UPON THAT SOLE AND EXCLUSIVE RIGHT WITH DISCRETION TO REAR, EDUCATE, TRAIN, GUIDE, NURTURE, AND SPIRITUALLY ENLIGHTEN ANY SUCH CHILDREN, WHETHER DELIVERED BY NATURAL BIRTH, ADOPTION, OR OTHERWISE, AND TO UTILIZE, ACQUIRE, HIRE, SEEK, ACCEPT, OR REJECT, ANY MEDICAL ATTENTION OF ANY NATURE OR CAUSE WHATSOEVER, WHETHER NATURAL, HOMEOPATHIC, TRADITIONAL, OR NON- TRADITIONAL, AND TO ACCEPT OR REJECT ANY PROCEDURES, INCLUDING BUT NOT LIMITED TO VACCINES, INJECTIONS, PRESCRIPTION OR NON-PRESCRIPTION DRUGS, OR THE USE OF ANY TECHNOLOGICAL DEVICES OR CHEMICAL SUBSTANCES, WITHOUT ANY REQUIREMENT TO APPLY FOR OR OBTAIN ANY APPROVAL, GOVERNMENT LICENSE, PERMIT, CERTIFICATE, OR PERMISSION OF ANY KIND WHATSOEVER;

11. BUY, SELL, TRADE, GATHER, GROW, HUNT, RAISE, NET, AND TRAP FOOD, FIBER, AND RAW MATERIALS FOR SHELTER, HEAT, CLOTHING, SURVIVAL AND CREATE, MANUFACTURE, BUILD, PLAN, OR CONSTRUCT—TAX-

NOTICE AND PROCLAMATION OF ABSOLUTE FORGIVENESS AND DISCHARGE FOREVER OF ALL KNOWN AND UNKNOWN ESTATE DEBTS, DUTIES, CLAIMS, AND LIABILITIES
ALL RIGHTS/DEFENSES RESERVED/ RIGHT TO REJECT ANY AND ALL BIDS OF PRIVATE SETTLEMENT RESERVED
FOREIGN TRUST 98-1208479] [TRUST47-6310779] Page 6 of 14 FORM: [RJE]-NPAFDEFEDDCL-[02/19/2015]

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL—NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENTS

EXCLUDED—ANY FORM OF PRODUCT OR SERVICE THEREOF FOR THE SOLE AND EXCLUSIVE DISCRETIONARY USE WITHOUT IMPAIRMENT BY ANY THIRD PARTY WHATSOEVER;

12. ALL CREATOR-GRANTED RIGHTS TO EXERCISE FREEDOM OF RELIGION, WORSHIP. PRIVACY, AND USE OF SACRAMENT(S), SPIRITUAL PRACTICE(S), AND EXPRESSION(S) WITHOUT ANY ABRIDGEMENT OF FREE SPEECH OR RIGHT TO WRITE, PUBLISH, AND PEACEABLY ASSEMBLE, OR THE RIGHT TO PETITION ALLEGED REPRESENTATIVES OF GOVERNMENT FOR REDRESS OF GRIEVANCES, OR PETITION ANY MILITARY FORCE OF THE UNITED STATES OR OTHERWISE FOR PHYSICAL PROTECTION FROM THREATS TO, INTRUSION INTO. OR TRESPASS AGAINST

EXECUTOR'S SAFETY AND UNALIENABLE RIGHTS FROM EITHER "PUBLIC" OR "PRIVATE" ENCROACHMENT;

13. KEEP AND BEAR ARMS FOR JUST AND HONORABLE SELF-DEFENSE IN STEWARDSHIP CAPACITY TO HELP ENSURE THE SAFETY, SURVIVAL, AND WELLBEING OF SELF, FAMILY, AND PARTIES ENTREATING PHYSICAL PROTECTION OF PERSON OR PROPERTY FOR JUST AND VALID CAUSE IN DEFENSE OF LIFE, FREEDOM, LIBERTY, AND SELF-PRESERVATION;

14. CREATE, PRESERVE, AND MAINTAIN INVIOLABLE, SPIRITUAL SANCTUARY AND RECEIVE INTO SAME ANY AND ALL PARTIES REQUESTING SAFETY, REFUGE, AND SHELTER BY SPIRITUAL RIGHT FOUNDED ON THE SELF-EVIDENT TRUTH THAT THE CREATOR AND THE UNALIENABLE RIGHTS THEREOF ARE *A PRIORI*, INTRINSIC, CONSUMMATELY SUPERSEDE, AND ARE INHERENTLY AND TRANSCENDENTLY SUPERIOR TO ALL ABSTRACT DERIVATIVE MENTAL CONCOCTIONS OF MEN:

15. CREATE DOCUMENTS OF TRAVEL OF EVERY KIND WHATSOEVER. INCLUDING ALL CARDS, BOOKS, AND PAPERS OF IDENTITY PROCLAIMING EXECUTOR'S STANDING AND IMMUNITY AS A FREE, SOVEREIGN FOREIGN STATE INDEPENDENT, AND SPIRITUALLY ESTABLISHED AS AN AUTONOMOUS CITIZEN IN THE ETERNAL KINGDOM OF THE CREATOR THAT IS BEYOND, OUTSIDE OF, OF A DIFFERENT AND SUPERIOR ORDER THAN, AND UNTOUCHABLE BY ANY AN INFINITE NUMBER OF POSSIBLE MACHINATIONS AND AGENDAS OF ANY OF COUNTLESS UNIQUE AND DIVERSE LIVING, SENTIENT BEINGS;

16. PRIVACY AND SECURITY IN PERSON, PROPERTY, AND RIGHTS TO PROPERTY, INCLUDING BUT NOT LIMITED TO ALL RIGHTS TO SAFETY AND SECURITY OF ALL HOUSEHOLD OR SANCTUARY DWELLERS OR GUESTS, ALL PAPERS AND EFFECTS OR ANY HOUSEHOLD OR SANCTUARY DWELLERS OR GUESTS, AGAINST GOVERNMENTAL, QUASI-GOVERNMENTAL, OR PRIVATE INTRUSION, AGGRESSION, IMPOUND, CAPTURE, ENTRY, SEIZURE, SEARCH, SURVEILLANCE, TRESPASS, ASSAULT, SUMMONS, OR WARRANT, WITHOUT ESTABLISHING ON THE RECORD PROOF OF CLAIM EXECUTED UNDER JURAT AFFIDAVIT SWORN TRUE, CORRECT, AND COMPLETE UNDER PENALTY OF PERJURY BASED ON FIRSTHAND, PERSONAL KNOWLEDGE CONCERNING ALL MATTERS STATED, CLAIMED, OR ALLEGED, ASSERTED WITH PLEDGE OF UNLIMITED PERSONAL, COMMERCIAL, AND LEGAL LIABILITY FOR THE VALIDITY, VERACITY, ACCURACY, RELEVANCE, AND VERIFIABILITY THEREOF, NOTWITHSTANDING WHATEVER ALLEGED THIRD-PARTY-GRANTED AUTHORITY. WARRANT, ORDER. LAW. DEVICE. OR MENTAL CONTRIVANCE MAY BE PROMULGATED AS THE AUTHORITY FOR ENGAGING IN ANY MATTERS UNDERTAKEN;

17. EXERCISE PARAMOUNT STEWARDSHIP RIGHTS CONCERNING ABSOLUTE AND PERFECT TITLE TO ALL CERTIFICATES OF TITLE AND TO THE CORPOREAL AND INCORPOREAL HEREDITAMENTS, HEREDITARY SUCCESSION. AND ALL INNATE ASPECTS OF BEING. I.E., MIND, BODY, SPIRIT SOUL, FREE WILL, FACULTIES AND SELF, OF SECURED PARTY AND THOSE OVER WHOM SECURED PARTY EXERCISES PROTECTIVE COVERTURE BY MUTUAL AGREEMENT;

18. SOLE AND EXCLUSIVE RIGHT, TITLE, AND INTEREST IN ALL NAMES USED WITH UNALIENABLE RIGHT TO USE ANY NAME INTENDED AS PERTAINING TO EXECUTOR IN CAPACITY AS A LIVING, SENTIENT BEING FOR REFERENCE, IDENTITY, AND COMMUNICATION PURPOSES ONLY WITHOUT ANY AUTHORITY GRANTED, INTENDED, OR PERMITTED FOR ANY PARTICULAR USE OF EXECUTOR'S NAME TO BE EXPLOITED FOR COMMERCIAL PURPOSES, DIMINUTION OR ABROGATION OF ANY RIGHTS, OR FOR PROVIDING UNJUST POWER OR ENRICHMENT TO THIRD PARTIES. KNOWN OR UNKNOWN;

19. BE SUED IN EXECUTOR'S SOVEREIGN COURT WITHOUT EXECUTOR'S CONSENT, AND, IN THE EVENT OF PARTICIPATION IN ANY HEARING, TRIBUNAL, COURT, ARBITRATION, OR DISPUTE- RESOLVING FORUM

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL—NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENTS WHATSOEVER INTERACTED WITH IN ALL CASES WHATSOEVER AS "INNOCENT UNTIL PROVEN GUILTY," IMMUNE FROM ALL REQUIREMENT TO TESTIFY AGAINST SELF OR BE BOUND BY THE ALLEGED TERMS AND CONDITIONS OF ANY UNREVEALED ALLEGED CONTRACT(S), AGREEMENT(S), ASSUMPTION(S), PRESUMPTION(S), SILENT JUDICIAL NOTICE, CONCOCTED CORPORATE (FICTITIOUS) IMMUNITY, OR RENDERED SUBJECT TO ANY LIMITED LIABILITY PROCEEDINGS OF ANY ALLEGED NATURE, CAUSE, OR REASON IN ANY TRIBUNAL, COURT, OR ARBITRATION FORUM WHATSOEVER. OR MADE SUBJECT TO ANY EXECUTORY DISCRETION BY THIRD PARTIES ON THE BASIS OF ANY ALLEGED TRANSFER. LICENSE(S), FRANCHISE(S), AGENCY AUTHORITY, OATHS. PLEDGES. BONDS, TRUSTS, OR OTHERWISE, OR BE HELD AS SURETY FOR ANY ALLEGED DEBT OF THE *CAPITALIS DEBITOR*, WHETHER DEEMED THE SO-CALLED "FEDERAL RESERVE" OR OTHERWISE. WITH RESPECT TO WHICH EXECUTOR IS EXONERATUR AND IS DULY ACKNOWLEDGED BY THE UNITED STATES DEPARTMENT OF STATE AS CONSTITUTING FULL FAITH AND CREDIT WITH FULL AUTHORITY TO ACTUALIZE THE USE THEREOF IN ALL CASES OF LAW, COMMERCE, DIPLOMACY, AND TREATY WHERE THE PRINCIPLE OF FULL FAITH AND CREDIT MAY BE DEEMED APPLICABLE AND ACTIONABLE;

20. BE CONSTRUED AS AND INTERACTED WITH BY ALL ASPECTS OF THE INTERNATIONAL PUBLIC ORDER AS A FREE, SOVEREIGN FOREIGN STATE WITHIN AND UNDER THE SOLE AND EXCLUSIVE DOMINION OF THE CREATOR WITH THE TOTALITY OF EXECUTOR'S EXISTENCE. LIFE, VENUE, JURISDICTION, AND APPLICABLE LAW INHERING IN AND OPERATING WITH RESPECT TO ALL MATTERS AS ASPECTS AND EXPRESSIONS OF THE KINGDOM OF THE CREATOR AND THE ESSENCE AND LAWS OF FUNCTIONING THEREOF. ESTABLISHED AS "UNALIENABLE RIGHTS" REFERENCED AND ALLEGEDLY SECURED IN THE *Declaration of Independence.* IN ACCORDANCE WITH THE PRINCIPLE, "No man can serve two masters," AND THE SELF-EVIDENT TRUTHS ARTICULATED IN AN EIGHTEENTH CENTURY COURT RULING:

> "The laws of nature are the laws of God. whose authority can be superseded by no power on earth. A legislature must not obstruct our obedience to him from whose punishments they cannot protect us. All human constitutions which contradict his [constitution of being[1]] cannot protect us. All human constitutions which contradict his [God's] laws, we are in conscience bound to disobey." 1772, Robin v. Hardaway, 1 Jefferson 109.

## V. IGNIFICANCE AND CONSEQUENCES

A. ANY AND ALL CLAIMS, CHARGES, STATEMENTS, OR ALLEGATIONS MADE, OR ACTIONS UNDERTAKEN OR PARTICIPATED IN, WHILE HIDING BEHIND A FICTITIOUS FRONT OF SO-CALLED "CORPORATE" OR "OFFICIAL" IMMUNITY ARE SELF-ESTABLISHED AS ACTING WITH KNOWING, DELIBERATE, AND WILLFUL INTENT, I.E., *SCIENTER*, IN VIOLATION. *INTER ALIA*, OF THE SPIRIT AND LETTER OF THE NUREMBERG WAR CRIMES TRIBUNAL FOLLOWING WORLD WAR II CONSISTING, *INTER ALIA*, OF: "The Charter recognizes that one who has committed criminal acts may not take refuge in superior orders nor in the doctrine that his crimes were acts of state..." AND Principle IV OF THE *Nuremberg Principles*, STATING: "The fact that a person acted pursuant to order of his Government or of a superior does not relieve him from responsibility under international law, provided a moral choice was in fact possible to him" AND ALL LIVING. SENTIENT BEINGS ARE HEREWITH NOTICED THAT ALL ACTIONS UNDERTAKEN AGAINST THE LIFE, RIGHTS, OR PROPERTY OF EXECUTOR WITHOUT UNCONDITIONAL ACCEPTANCE OF UNLIMITED COMMERCIAL, CONTRACTUAL, AND CRIMINAL ACCOUNTABILITY, RESPONSIBILITY, AND LIABILITY FOR ALL ACTIONS UNDERTAKEN AND EFFECTED ARE PERPETRATED ON A BASIS FOR WHICH A "moral choice is in fact possible" BASED ON THE OPEN ACTUAL AND CONSTRUCTIVE NOTICE HEREOF.

B. IT IS TO BE EXPRESSLY NOTICED TO, UNDERSTOOD BY, AND DEEMED NON-WAIVABLY BINDING IN FIDUCIARY CAPACITY ON ANY PARTY WHATSOEVER AS MIGHT AT ANY TIME, IN ANY CONTEXT, FOR ANY ALLEGED REASON(S) WHATSOEVER INTERACT WITH EXECUTOR OR

ANY AFFAIRS THEREOF THAT EXECUTOR IS TO BE INTERACTED WITH IN ALL MATTERS AS A FREE, SOVEREIGN, FOREIGN STATE FULLY ENTITLED TO ALL RIGHTS, PRIVILEGES, IMMUNITIES,

1 he "constitution of being may be defined as "the totality of the nature of timeless given existence and the eternal laws of functioning thereof."

TRUST EIN: 47-6310779, FOREIGN GRANTOR TRUST EIN: 98-1208479

**NON-NEGOTIABLE NON-TRANSFERABLE PRIVATE**

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL—NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENTS AND PROTOCOLS THEREOF, E.G., ALL PROVISIONS OF THE *Act for the Prevention and Punishment of Crimes Against Internationally Protected Persons*, 90 STAT. 1997-2001, Public Law 94-467, AND THE *Foreign Sovereign Immunities Act of 1976*, 90 STAT. 2891-2898, Public Law 94-583, REQUIRING COMMENCEMENT OF AN ACTION IN THE district court of the United States WHEREIN IT IS PROVED THAT EXECUTOR IS A CORPORATION OF A TYPE ABLE TO BE SUED BY A FOREIGN CORPORATION AND IS NETHER A LIVING, SENTIENT BEING NOR A CORPORATION CLASSIFIED AS POSSESSING ABSOLUTE IMMUNITY, WITH EXECUTOR THEREAFTER NOTICED OF THE SUIT BY THE SECRETARY OF STATE OF THE UNITED STATES DEPARTMENT OF STATE, AND PROVIDING PROOF OF JURISDICTION WHEN CHALLENGED BY EXECUTOR, AND ACT IN FULL COMPLIANCE WITH ALL APPLICABLE LAWS, TREATIES, AND PROTOCOLS, INCLUDING—BUT NOT LIMITED TO—ALL OF THE FOLLOWING STATUTES AT LARGE, TO WHICH ALL AND EVERY PARTY WHO IS DEEMED SUBJECT TO, BY OATH OR OFFICE OR OTHERWISE, IS DEEMED FULLY BOUND:

- 1 STAT. 23-24, *An Act to regulate the Time and Manner of administering certain Oaths;*
- 1 STAT. 73-93, *Judiciary Act of 1789',*
- 1 STAT. 70, 232-239, *An Act to establish the Post-office and Post Roads within the United States',*
- 1 STAT. 246-251, *An Act establishing a Mint, and regulating the Coins of the United States',*
- 12 STAT. 281-282, *An Act to Provide for the Suppression against Rebellion and Resistance to the Laws of the United States:*
- 12 STAT. 319, *An Act to confiscate Property used for Insurrection Purposes;*
- 12 STAT. 345-348, *An Act to Authorize the Issue of United States Notes, and for the Redemption and Funding thereof and Funding the Floating Debt of the United States;*
- 12 STAT. 665-682, *An Act to provide a national Currency, secured by a Pledge of United States Stocks, and to provide for the Circulation and Redemption thereof;*
- 13 STAT. 99-118, *An Act to provide a National Currency, secured by United States Bonds, and to provide for the Circulation and Redemption thereof;*
- 15 STAT. 223-224, *An Act concerning the Rights of American Citizens in foreign States',*
- 16 STAT. 419-429, *An Act to provide a government for the District of Columbia',*
- 31 STAT. 503-508, *of Conveyances of Real Property;*
- 47 STAT. 1003-1004, *Declaratory Relief,*
- 47 STAT. 1028-1076, *Executors Administrators, Estates',*
- 48 STAT. 1-7, *An Act To provide relief in the existing national emergency in banking, and for other purposes',*
- 48 STAT. 31-41, *Agricultural Adjustment—Declaration of Emergency,*
- 48 STAT. 112-113, *To assure uniform value to the coins and currencies of the United States',*
- 60 STAT. 237-244, *Administrative Procedures Act',*
- 62 STAT 947, Chapter 115 Sections 1738, 1739, *Full Faith and Credit',*
- 65 STAT. 91-95, *"An Act relating to the treatment of Powers of Appointment for Estate and Gift Tax purposes'*
- 77 STAT. 630-775, *To enact the Uniform Commercial Code for the District of Columbia, and for other purposes;*
- 77 STAT. 775, *To provide for participation by the Government of the United States in the Hague [H.J. Res. 778] Conference on Private International Law and the International (Rome) Institute for the Unification of Private Law, and authorizing appropriations therefor;*
- 86 STAT. 116-117, *to provide for the modification of the dollar, and for other purposes;*
- 87 STAT. 352-353, *To amend the Par Value Modification Act, and for other purposes;*
- 90 STAT. 19972001, *Act for the Prevention and Punishment of Crimes Against Internationally Protected Persons',*
- 90 STAT. 2891-2898, *Foreign Sovereign Immunities Act of 1976,*
- 91 STAT. 1494-1500, *Foreign Corrupt Practices Act;*
- 94 STAT 2025-2031, *Classified Information Procedures Act*

C. IN THE ABSENCE OF FULL COMPLIANCE WITH FOREGOING, ANY AND ALL ACTIONS AGAINST EXECUTOR ARE SELF-ESTABLISHED AND SELF-STIPULATED AS UNDERTAKEN IN BAD FAITH,

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL—NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENTS WITH UNCLEAN HANDS. IN VIOLATION OF FUNDAMENTAL PRINCIPLES OF LAW, EQUITY, COMMERCE, AND CONTRACT, COMMISSION OF RACKETEERING, CONSPIRACY, SCHEMES AND ARTIFICES TO DEFRAUD, ONSHORE PIRACY, SELF-CONFESSED AS DEVOID OF ANY VIABLE AND LAWFUL FORCE AND EFFECT WHATSOEVER. AND AUTHORIZING EXECUTOR TO RECORD AND ENFORCE FULLY CHOATE, FINALIZED, RATIFIED, ENFORCEABLE, AND COLLECTABLE LIENS AGAINST EACH INVOLVED PARTY IN PERSONAL CAPACITY IN THE MINIMUM SUM-CERTAIN AMOUNT. AT EXECUTOR'S SOLE AND EXCLUSIVE DISCRETION, OF ONE THOUSAND (1,000) TROY OUNCES OF GOLD, .9995 FINE OR BETTER, OR IN OTHER CURRENCY OF EQUIVALENT EXCHANGE VALUE AT TIME OF SETTLEMENT, PER INVOLVED PARTY PER INCIDENT, AND LIENS OF LIKE KIND IN THE SUM-CERTAIN MINIMUM AMOUNT OF TEN THOUSAND (10,000) TROY OUNCES OF GOLD, .9995 FINE OR BETTER. AGAINST WHATEVER PARTICULAR ORGANIZATION EACH INVOLVED PARTY ALLEGES AUTHORITY TO BIND, REPRESENT, OR VALIDLY ACT ON BEHALF OF, WHICH LIENS ARE TACITLY STIPULATED BY ALL INVOLVED PARTIES AS DUE AND PAYABLE IMMEDIATELY UPON DEMAND WITHOUT RESERVATION, PROTEST, CLAIM, DELAY, LIEN, ENCUMBRANCE, DEFENSE, DEDUCTION, IMPOST, OR DUTY..

## VI. SUMMARY

A. BASED ON THE FOREGOING AND THE SELF-EVIDENT TRUTH THAT ALL FICTIONS ARE PRODUCTS OF THE IMAGINATIONS AND ABSTRACT WORKINGS OF THE MIND AND THEREBY INNATELY DEVOID OF LIFE, CONSCIOUSNESS, SUBSTANTIVE EXISTENCE, OR CAPACITY TO ACT IN REALITY, IT IS SELF-EVIDENT THAT THE FOLLOWING MATTERS MUST BE HELD AS INVIOLABLE, UNASSAILABLE, ABSOLUTE, UNIVERSAL, AND INCONTESTABLY ACTIONABLE:

1. ONLY GIVEN EXISTENCE IS REAL AND CAN THEREBY VALIDLY BE DEEMED SOVEREIGN;
2. NO FICTION—OR ANY ORGANIZATION DERIVED FROM FICTIONS—IS OR CAN BE SOVEREIGN OVER ANYTHING OR ANYONE IN THE REALM OF EXISTENTIAL REALITY;
3. AS THE INDISSOLUBLE UNIT OF AWARENESS, EXPERIENCE, AND FREE WILL. INNATELY ENDOWED WITH CAPACITY FOR EXERCISING FREE CHOICE, MAKING CONSCIOUS DECISIONS, AND HELD ACCOUNTABLE, RESPONSIBLE, AND LIABLE FOR ACTIONS UNDERTAKEN THEREON, EACH PARTICULAR, UNIQUE LIVING, SENTIENT BEING CONSTITUTES THE SELF- EVIDENT IRREDUCIBLE UNIT OF SOVEREIGNTY;
4. ALL ABSTRACTLY FORMULATED ORGANIZATIONS, WHETHER CALLED "GOVERNMENTS" OR OTHERWISE, BEING INHERENTLY FICTITIOUS IN ORIGIN. NATURE AND CAUSE. ARE THEREBY INNATELY INCAPABLE OF EXISTENTIALLY, SPIRITUALLY. SANELY, LAWFULLY, OR ETHICALLY CLAIMED AS POSSESSING ACTUAL SOVEREIGNTY, AND ALL PROCLAMATIONS TO THE CONTRARY CONSTITUTE SELF-INVALIDATING FICTITIOUS COGNITIONS OF WHATEVER UNIQUE LIVING, SENTIENT BEINGS ARE UTILIZING THE FREE WILL AND ABSTRACT WORKINGS OF THE DIVERSE MINDS THEREOF TO IMPLEMENT WHATEVER AGENDAS MIGHT BE HELD AS MEANINGFUL, VALID, PROFITABLE, OR LEGITIMATELY ACTIONABLE BY SAID PARTIES;
5. NOT HAVING CREATED THE EXISTENCE, LIFE, CONSCIOUSNESS, FACULTIES, OR SINGULAR NATURE OF ANY PARTICULAR LIVING, SENTIENT BEING, NOR POSSESSING EXISTENTIAL CAPACITY TO LIVE THE LIFE THEREOF, NOR POSSESSING THE EXISTENTIAL ABILITY TO EXERCISE THE FREE WILL OR FATHOM THE LIMITLESS UNIQUENESS OF ANOTHER, NOR SANELY AND ETHICALLY CLAIM AUTHORITY TO SPEAK FOR THE SPIRITUAL AUTONOMY OF ANYONE OTHER THAN THE PARTICULAR FREE-WILL BEING PER SE, NO LIVING, SENTIENT BEING IN EXISTENCE DOES OR CAN POSSESS ANY EXISTENTIAL, SPIRITUAL, LAWFUL, SANE, OR ETHICAL, AUTHORITY TO INVALIDATE EXECUTOR'S SELF-AWARE, SPIRITUALLY AUTONOMOUS PROCLAMATION OF UNALLOYED RIGHT, STANDING, AND CAPACITY AS A FREE, SOVEREIGN. INDEPENDENT STATE;
6. BASED ON THE IRREFUTABLY SELF-EVIDENT NATURE OF THE FOREGOING, THIS DECLARATION IS DEEMED INVIOLATE WITH NO FURTHER DEFENSE NECESSARY, WITH ANY AND ALL ALLEGED INVALIDATIONS HEREOF DEEMED SELF-ESTABLISHED ON THE RECORD AS INHERENTLY NULL AND VOID *AB INITIO*, AND ANY ACTIONS UNDERTAKEN ON SUCH BASIS PERPETRATED WITH KNOWING, DELIBERATE, AND WILLFUL INTENT TO INTERVENE IN THE AFFAIRS OF A SOVEREIGN FOREIGN STATE IN VIOLATION OF INTERNATIONAL LAW AND DULY ACTIONABLE ACCORDINGLY.

## VIII. SPECIAL NOTICE

**NON-NEGOTIABLE NON-TRANSFERABLE PRIVATE**

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL—NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENTS

IT IS TO BE SPECIALLY AND EXPRESSLY NOTICED TO EACH AND EVERY LIVING. SENTIENT BEINGWHO AT ANY TIME, UNDER ANY CIRCUMSTANCES. OR FOR ANY ALLEGED REASON(S) WHATSOEVE INTERACTS, OR MIGHT INTEND TO INTERACT—DIRECTLY, OR INDIRECTLY—WITH EXECUTOR OR ANY UNALIENABLE RIGHTS, STEWARDSHIP DUTIES, PROPERTY, AFFAIRS, OR FREEDOM THEREOF—THAT IT IS DEEMED ESTABLISHED AS SELF-EVIDENT TRUTH THAT:

1. ANYONE CAN INTERPRET OR ATTRIBUTE ANY MEANING OR ACTIONABLE SIGNIFICANCE WHATSOEVER TO ANY WORDS THAT MAY BE THOUGHT, WRITTEN, SPOKEN, OR OTHERWISE EXPRESSED IN ANY LANGUAGE BY ANY LIVING SENTIENT BEING OR ANY ASSEMBLAGE(S) THEREOF, ALL OF WHICH WORDS ARE ABSTRACT, ARTIFICIAL, AND ARBITRARY IN NATURE AND CAUSE AND MUST NECESSARILY BE COGNIZED, PERCEIVED, AND UNDERSTOOD UNIQUELY BY EACH SINGULAR BEING IN ACCORDANCE WITH THE PARTICULAR NATURE. AGENDA, BELIEF SYSTEM. AND WORLD VIEW OF EACH; AND,
2. NO TWO (2) LIVING, SENTIENT BEINGS—EACH BEING OF UNFATHOMABLE NON-REPEATING UNIQUENESS—CAN COGNIZE ANYTHING IN EXISTENCE, INCLUDING BUT NOT LIMITED TO WORDS AND THE PARTICULAR ATTRIBUTED/INTERPRETED MEANINGS THEREOF. IN EXACTLY THE SAME MANNER AS ANYONE ELSE; AND,
3. THE NATURE, BELIEF SYSTEM, WORLD VIEW, LIFE EXPERIENCES, AND THE LIKE OF EACH PARTICULAR LIVING, SENTIENT BEING IS NOT ONLY UNIQUE BUT THE SOLE AND EXCLUSIVE PROVINCE AND PROPERTY OF EACH PARTICULAR BEING, AND IS NEITHER THE DOING, NOR WITHIN THE EXISTENTIAL CAPACITY OF, ANYONE ELSE TO KNOW OR EXPERIENCE, NOR THE ETHICAL RIGHT OF ANYONE ELSE TO SPEAK; AND,
4. ALL LIVING, SENTIENT BEINGS ARE "CREATED EQUAL" INSOFAR AS POSSESSING THE "UNALIENABLE RIGHT" TO BE THE ONE-OF-A-KIND EXPRESSION OF THE LIVING EXISTENCE OF WHICH EACH IS A UNIQUE MANIFESTATION; AND,
5. AN UNLIMITED NUMBER OF UNIQUELY INTERPRETED WORDS CAN BE ASSEMBLED IN ANY ORDER AND IN AN INFINITE POSSIBLE NUMBER OF WAYS BY COUNTLESS PARTICULAR LIVING, SENTIENT BEINGS TO SAY AND MEAN ANYTHING WHATSOEVER, IN ACCORDANCE WITH THE UNIQUE NATURE AND MENTAL WORKINGS OF EACH UNIQUE BEING; AND,
6. ALL WORDS ARE SYMBOLIC/ABSTRACT REPRESENTATIONS OF WHATEVER ASPECT OF EXISTENTIAL REALITY, I.E., "TERRITORY," ANY PARTICULAR WORD/MAP MIGHT BE DEEMED TO PERTAIN, AND ARE NEVER THE ACTUAL SUBSTANTIVE, REAL TERRITORY TO WHICH ANY PARTICULAR ASPECT OF GIVEN EXISTENCE ANY WORD(S) MIGHT BE INTENDED AS REFERENCING, IDENTIFYING, OR PERTAINING; AND,
7. THE PREMISE THAT EVERY LIVING, SENTIENT BEING WITH FREE WILL IS DEEMED ACCOUNTABLE, RESPONSIBLE, AND LIABLE FOR THE CONSCIOUS CHOICES, DECISIONS, AND ACTIONS OF EACH IS THE CENTRAL PREMISE UPON WHICH ALL LAW IS FOUNDED INASMUCH AS IN THE ABSENCE THEREOF NO BASIS WOULD EXIST TO HOLD ANYONE ACCOUNTABLE OR RESPONSIBLE FOR ANYTHING; AND,
8. IN ACCORDANCE WITH THE PRINCIPLES OF "EQUALITY UNDER THE LAW" AND "ALL MEN ARE CREATED EQUAL" IT IS DEEMED THAT THE AXIOM, "IGNORANCE OF THE LAW IS NO EXCUSE," IS AS VALID (IF NOT MORE SO) FOR SO-CALLED LEGAL PROFESSIONALS PAID TO ADMINISTER SAID LAW AS FOR WHATEVER LAYMEN AGAINST WHOM SAID LEGAL PROFESSIONALS ENFORCE SAID AXIOM; AND,
9. THE ABOVE-STATED PREMISE, "IGNORANCE OF THE LAW IS NO EXCUSE," MAY SANELY AND LAWFULLY BE DEEMED APPLICABLE TO FUNDAMENTAL LAWS OF EXISTENCE AND ESSENTIAL. SEMINAL FUNCTIONINGS THEREOF, INCLUDING—BUT NOT LIMITED TO—THE SELF-EVIDENT TRUTH THAT NO WORDS OR CONCEPTS—AS IMAGINARY AND FICTITIOUS IN NATURE AND CAUSE AND DEVOID OF LIFE, SUBSTANCE, EXISTENTIAL REALITY, CONSCIOUSNESS. AND THE LIKE—CAN EITHER DO, OR AUTHORIZE ANY LIVING, SENTIENT BEING TO DO. ANYTHING WHATSOEVER, AND NO INVOKING THEREOF CAN EXONERATE ANY LIVING, SENTIENT BEING FROM RESPONSIBILITY FOR ALL CHOICES AND ACTIONS UNDERTAKEN ON THE BASIS OF FICTITIOUS CONTRIVANCES, NOR MAY THE RELIANCE ON ANY CONCOCTED AND CONTRIVED ARTIFICIAL "OFFICIAL" OR "JUDICIAL" IMMUNITY JUSTLY, SANELY, ETHICALLY, AND LAWFULLY SHIELD ANYONE FROM PERSONAL RESPONSIBILITY FOR ANY HARMFUL ACTIONS THAT BRING LOSS. DAMAGE, OR DESTRUCTION TO OTHER LIVING BEINGS OR THE LIVES,

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL—NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENTS RIGHTS, PROPERTY, OR RIGHTS TO PROPERTY THEREOF; AND,

10. BASED ON THE SELF-EVIDENT TRUTH THAT ALL MAN-MADE "LAW" CONSISTS OF ABSTRACT RULES AND COGNITIONS REVOLVING AROUND USES OF DESTRUCTIVE FORCE AND DEADLY VIOLENCE. AND IN ACCORDANCE WITH THE MAXIMS OF LAW, "It *is better to recede than to proceed wrongly.*" AND *"To lie is to go against the mind,"* THE SO-CALLED *"ARGUMENTUM AD HOMINEM,"* I.E., "IT MUST BE SO BECAUSE WE ALL SAY SO." IS MERE ARTIFICIALLY CONTRIVED "CONVENTION REALITY," A "LET'S PRETEND GAME," *THAT* IS SELF-EVIDENTLY FICTITIOUS IN NATURE AND CAUSE AND IS USED AS PRETEXT FOR IMPLEMENTING IMAGINARY MENTAL CONCEPTS THAT HAVE NO MORE VALIDITY AND TRUTH THAN THE ONCE-MASS BELIEF THAT THE WORLD IS FLAT AND THE SUN REVOLVES AROUND *THE* EARTH, AND ALL THOSE WHO DEPLETE, DAMAGE, OR DESTROY THE LIVES OF OTHERS ON THE BASIS OF COUNTLESS MILLIONS OF. CONTRIVANCES CONCOCTED ENDLESSLY *AD INFINITUM* BY COUNTLESS DIVERSE AND UNIQUE MINDS ARE DEEMED CONSUMMATELY DEVOID OF *THE* COMPREHENSION AND INTEGRITY REQUIRED TO EXERCISE JUST AND VALID AUTHORITY OVER LIFE IN ACCORDANCE. *INTER ALIA*, WITH THE PRINCIPLE IV OF THE NUREMBERG WAR TRIALS, *"The fact that a person acted pursuant to order of his* Government or of a superior does not relieve him from responsibility under international law, provided a moral choice was in fact possible to him," AND THE FOUNDATIONAL COMMERCIAL MAXIM, "Sacrifice is the measure of credibility," WHEREBY IT IS PROCLAIMED BY EXECUTOR THAT NO LIVING, SENTIENT BEING WHATSOEVER ACTING IN ANY MANNER TO DAMAGE, TAKE FROM, EXPLOIT, SUBJUGATE, ENSLAVE, DIMINISH, OR DESTROY EXECUTOR OR ANY UNALIENABLE RIGHTS THEREOF IN THE ABSENCE OF EXECUTOR'S EXPRESS, WRITTEN CONSENT—PER THE MAXIMS OF LAW: "He who stands on his own rights injures no one," "No one is bound to arm his adversary against himself," "No man is bound to produce writings against himself," "No one is bound to accuse himself," AND THE FOUNDATIONAL AND ESSENTIAL ELEMENTS OF CONTRACT LAW SUCH AS FREE CONSENT, OFFER AND ACCEPTANCE, MUTUAL EXCHANGE OF DEFINED VALUABLE CONSIDERATION, LAWFUL OBJECT, AND ABSENCE OF FRAUD, DURESS, MALICE, UNDUE INFLUENCE, OR MISTAKE, CONCERNING WHICH EXECUTOR HEREWITH PROVIDES OPEN NOTICE TO ALL AND SUNDRY THAT EXECUTOR'S FREE CONSENT AND ALL PRESUMPTIONS THEREOF ARE ABSOLUTELY, CATEGORICALLY, AND EXPRESSLY DENIED,

B, IN ACCORDANCE WITH THE FOREGOING, IT IS TO BE EXPRESSLY NOTICED AND PROCLAIMED TO, AND UNDERSTOOD, CONSTRUED, AND ACTED UPON BY EACH AND EVERY LIVING, SENTIENT BEING WHATSOEVER—NOTWITHSTANDING WHATEVER ALLEGED AUTHORITY, POSITION, OFFICE, ORDER, OR HIERARCHY IN THE ENTIRETY OF THE ARTIFICIALLY STRUCTURED, FICTITIOUS INTERNATIONAL PUBLIC ORDER ANY PARTICULAR ACTING PARTY MAY CLAIM, INVOKE, OR CITE AS GROUNDS TO ACT VIS-A-VIS EXECUTOR—MUST INTERACT WITH EXECUTOR OR ANY UNALIENABLE RIGHTS OR AFFAIRS THEREOF ON THE BASIS OF PROVIDING DOCUMENTARY MATERIAL EVIDENCE ESTABLISHING ON THE RECORD UNIMPEACHABLE, GOOD-FAITH PROOF OF CLAIM OF EVERYTHING ANY ACTING PARTY STATES, CLAIMS, ALLEGES, OR UNDERTAKES IN REALITY VIS-A-VIS EXECUTOR, TOGETHER WITH SWORN DECLARATION UNDER PENALTY OF PERJURY OF ACTING SOLELY AND EXCLUSIVELY ON THE BASIS OF FIRSTHAND. PERSONAL KNOWLEDGE UNDER IRREVOCABLE, FULLY EXECUTED PLEDGE OF UNLIMITED PERSONAL, COMMERCIAL, LEGAL, CIVIL, CONTRACTUAL. AND CRIMINAL LIABILITY FOR THE VALIDITY, VERACITY, ACCURACY, RELEVANCE, AND VERIFIABILITY OF EVERYTHING STATED. CLAIMED, ALLEGED. OR ACTED UPON, IN THE ABSENCE OF WHICH EACH AND EVERY PARTY INTERACTING WITH EXECUTOR IN ANY MANNER SELF-STIPULATES AND SELF-ESTABLISHES ON THE RECORD CONFESSION AND CONSENT OF JUDGMENT TO BE ACTING UNDER FORFEITURE OF INTEGRITY, HONOR, DIGNITY, CREDIBILITY, AND TRUST BASED EITHER ON MENTAL INCOMPETENCE BY FAILING TO DISCERN THAT FICTIONS HAVE NO REALITY AND CANNOT AUTHORIZE ANYONE TO DO ANYTHING, OR *MALE IN SE* CRIMINAL ACTION BY INFLICTING DAMAGE, LOSS. OR DESTRUCTION TO THE LIVES OF LIVING PEOPLE WITH KNOWING, DELIBERATE, AND

WILLFUL INTENT UNDER COLOR OF LAW, AUTHORITY, AND OFFICE TO GAIN UNJUST STATUS, POWER, OR ENRICHMENT AND THEREBY SELF-STIPULATE TO BE ACTING IN SCIENTER WITHOUT INTEGRITY, HONOR, CREDIBILITY, AND IN BREACH OF FIDUCIARY DUTY

TRUST EIN: 47-6310779 , FOREIGN GRANTOR TRUST EIN: 98-1208479

NON-NEGOTIABLE NON-TRANSFERABLE PRIVATE

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL--NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENTS

BY HARMING OTHERS ON THE BASIS OF SPECIOUS AND FICTITIOUS EXCUSES SUCH AS "DOING MY JOB" OR "FOLLOWING ORDERS," WHICH DEFENSES ARE WHOLLY DISCREDITED BY THE NUREMBERG WAR TRIALS AND OTHERWISE, AND THE USES THEREOF REVEAL AND ESTABLISH ON THE RECORD THAT ALL SAID ACTING PARTIES ARE ACTING AS JOINT AND SEVERAL CO-CONSPIRATORS PERPETRATING SCHEME OR ARTIFICE TO DEFRAUD, AND TO COMMIT PIRACY, PLUNDER, PEONAGE, PERJURY, AND TYRANNY BY DATABASES, HEARSAY, AND SELF-SERVING FICTITIOUS COGNITIONS THAT VOID AND ANNUL ALL LAWFUL BASIS TO ASSERT VALID AUTHORITY BY SYSTEMATICALLY ABROGATING:

1. REQUISITE ESSENTIAL ELEMENTS OF UNIVERSAL CONTRACT LAW;
2. ALL MAXIMS AND PRINCIPLES OF EQUITY;
3. THE MORAL AND FIDUCIARY DUTIES OF OFFICE AS VOLUNTARY TRUSTEES OF THE PEOPLE AND THE POLITICAL BODY THEREOF FROM WHICH ALL CORPORATE AND GOVERNMENTAL POWERS ARE DERIVED, AND WHICH ALL PUBLIC SERVANTS ARE DULY SWORN AND OBLIGATED TO UPHOLD TO FULFILL THE FIDUCIARY DUTIES OF OFFICE THEREOF, WHETHER SAID FIDUCIARY TRUSTEES ARE ELECTED, APPOINTED, EMPLOYED, OR OTHERWISE, AND BY THE ACCEPTANCE OF OFFICE ARE BOUND BY THE OATHS AND BONDS THEREOF AND ARE REQUIRED TO FULFILL THE OBLIGATIONS OF MANDATORY PROTECTION AS CONTRACTED PUBLIC SERVANTS TO ALL WHOM SAID "PUBLIC SERVANTS" ALLEGEDLY SERVE, INCLUDING—BUT NOT LIMITED TO—PROTECTING EXECUTOR'S LIFE, UNALIENABLE RIGHTS, RIGHTS TO PROPERTY, LAWFUL INTERESTS, LABOR, AND THE UNALLOYED, UNDIMINISHED, CREATOR-GRANTED FREEDOM IN PERPETUITY AS EXECUTOR SOLELY AND EXCLUSIVELY CHOOSES PER EXECUTOR'S INNATE AND UNALIENABLE SPIRITUAL AUTONOMY.
4. ALL CONSTITUTIONS, TREATIES, CONVENTIONS, AND OTHERWISE FORBIDDING SLAVERY, PEONAGE, AND INDENTURED SERVITUDE IN ALL FORMS THEREOF;
5. FUNDAMENTALS OF LAW; AND,
6. ALL NINE (9) PRINCIPLES UNDERLYING COMMERCE, I.E., 1) GOOD FAITH ACTION; 2) CLEAN HANDS DOCTRINE; 3) FAIR BUSINESS PRACTICE; 4) FULL DISCLOSURE; 5) DUTY OF CARE; 6) JUST COMPENSATION; 7) EQUAL PROTECTION OF THE LAW; 8) MERCY; AND 9) GRACE.

## III. CERIFICATION AND ACKNOWLEDGMENT UNDER SEAL

**Royall Jenkins:El**, "EXECUTOR," DOES HEREWITH SOLEMNLY PROCLAIM AFFIRM, ASSEVERATE, AND COVENANT THAT EXECUTOR EXECUTES AND ACKNOWLEDGES THIS DECLARATION OF EXECUTORSHIP UNDER SEAL AS FREE-WILL ACT AND DEED AND DECLARES, UPON EXECUTOR'S UNLIMITED COMMERCIAL LIABILITY, THAT THE CONTENTS HEREIN ARE INTENDED AS BEING TRUTHFUL, ACCURATE, NOT MISLEADING, AND ADMISSIBLE AS EVIDENCE IN ACCORDANCE WITH EXECUTOR'S BEST KNOWLEDGE AND UNDERSTANDING.

VERIFIED, EXECUTED, ACKNOWLEDGED, AUTHENTICATED, ABD ANNEXED BY EXECUTOR UNDER SEAL THIS EIGHTEEN DAY OF JULY TWO THOUSAND TWELVE AS FREE-WILL ACT AND DEED OF [ROYALL JENKINS, NOW KNOWN AS **ROYALL JENKINS EL**], ALL UNALIENABLE RIGHTS IN LAW, CONTRACT, COMMERCE, EQUITY, ADMIRALTY, AND MARITIME, AND IN TIME, TIMELESSNESS, AND TRANSCENDENCE RESERVED:

Govern yourself accordingly,
By: general executor: [signature]
**Royall Jenkins:El, Executor**

I, [signature: Dana M Leach] jurat witness], hereinafter "declarant," A LIVING, FLESH-AND-BLOOD BEING, HEREWITH DECLARE, AFFIRM, ASSEVERATE, AND COVENANT UNDER

NOTICE AND PROCLAMATION OF ABSOLUTE FORGIVENESS AND DISCHARGE FOREVER OF ALL KNOWN AND UNKNOWN ESTATE DEBTS, DUTIES, CLAIMS, AND LIABILITIES
ALL RIGHTS/DEFENSES RESERVED RIGHT TO REJECT ANY AND ALL BIDS OF PRIVATE SETTLEMENT RESERVED
FOREIGN TRUST 98-1208479] [TRUST47-6310779] Page 13 of 14 FORM: [RJE]-NPAFDEFEDDCL-[02/19/2015]

TRUST EIN: 47-6310779 , FOREIGN GRANTOR TRUST EIN: 98-1208479

## NON-NEGOTIABLE NON-TRANSFERABLE PRIVATE
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL---NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENTS

I, *Dana M. Peach* jurat witness], hereinafter "declarant," A LIVING, FLESH-AND-BLOOD BEING, HEREWITH DECLARE, AFFIRM, ASSEVERATE, AND COVENANT UNDER UNLIMITED LIABILITY THAT:

1. DECLARANT IS COMPETENT TO STATE THE MATTERS SET FORTH HEREWITH.
2. DECLARANT HAS PERSONAL KNOWLEDGE OF THE FACTS STATED HEREIN.
3. ALL THE FACTS STATED HEREIN ARE INTENDED BY DECLARANT AS BEING TRUTHFUL, ACCURATE, AND NOT MISLEADING IN ACCORDANCE WITH DECLARANT'S BEST KNOWLEDGE AND UNDERSTANDING.

### PLAIN STATEMENT OF FACTS

ON OR ABOUT [02/27/2015], AT APPROXIMATELY [ PM], DECLARANT WITNESSED A LIVING MAN SIGN, DATE, AND AFFIX SAID MAN'S RIGHT INDEX FINGERPRINT TO THE WITHIN INSTRUMENT, AND FURTHER STATES THAT DECLARANT IS A FIRSTHAND, PERSONAL WITNESS TO THE ABOVE-STATED EVENTS; IS NOT A PARTY TO THE WITHIN INSTRUMENT NOR TO ANY STATEMENTS, CLAIMS, INTERESTS, OR MATTERS SET FORTH THEREIN, PERTAINING THERETO, OR DERIVED THEREFROM; AND MAKES NO ATTESTATIONS OTHER THAN AS WITNESS TO THE EVENTS HEREINABOVE SET FORTH

### VERIFICATION

I, *Dana M. Peach* JURAT WITNESS[, I.E., "DECLARANT," DOES HEREWITH DECLARE, AFFIRM, ASSEVERATE, AND COVENANT BY JURAT AFFIDAVIT THAT DECLARANT EXECUTES THIS AFFIDAVIT OF WITNESS WITH SINCERE INTENT, POSSESSES COMPETENCE FOR STATING THE MATTERS SET FORTH HEREIN, AND DECLARES, UPON DECLARANT'S UNLIMITED LIABILITY, THAT THE CONTENTS ARE INTENDED BY DECLARANT AS TRUTHFUL, ACCURATE, AND NOT MISLEADING IN ACCORDANCE WITH DECLARANT'S BEST KNOWLEDGE AND UNDERSTANDING.

SO EXECUTED, AFFIRMED, AND ATTESTED TO THIS [02/24/2015], ALL RIGHTS RESERVED:

Govern yourself accordingly
By general executor *Royal Jenkins* :El, Executor

---

**WITNESS JURAT**

State Maryland  } ss
County of Calvert }

ON 02/27/2015, BEFORE ME, *Dana M. Peach* PERSONALLY APPEARED, JURAT WITNESS[, WHO PROVED TO ME BASIS OF SATISFATORY EVIDENCE TO BE THE LIVING BEING WHO WITNESS THE WITHIN INSTRUMENT AND STATES AND CLAIMS FOR AND ON THE RECORED THAT JURAT WITNESS], TESTIFIED AND ACKNOWLEDGES AS FREE-WILL ACT AND DEED TO THE ACCURACY AND TRUTHFULNESS OF THE MATTERS HEREWITH PROCLAIMED AND THAT BY SIGNING THE INSTRUMENT

*Dana M. Peach*
[JURAT WITNESS] THEREBY EXECUTES THE INSTRUMENT AS A SOLEMNJURAT AFFIDAVIT IN UNLIMITED LIABILTY (SIGNATURE)

I CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF MARYLAND THAT THE FOREGOING PARAGRAPH IS TRUE AND CORRECT.

NOTARY PUBLIC SEAL        WITNESS MY HAND AND OFFICIAL SEAL.

NOTARY PUBLIC SIGNATURE
MY COMMISSION EXPIRES 02-12-2018

JOSEPH P. COLE
NOTARY PUBLIC
PRINCE GEORGE'S COUNTY
MARYLAND

---

KNOWN AND UNKNOWN ESTATE DEBTS, DUTIES, CLAIMS AND LIABILITIES
ALL RIGHTS, DEFENSES RESERVED; RIGHT TO REJECT ANY AND ALL BIDS OF PRIVATE SETTLEMENT RESERVED
FOREIGN TRUST 98-1208479] [TRUST47-6310779] Page 14 of 14 FORM: [RJE]-NPAFDEFEDDCL-[02/19/2015]