EXHIBIT - D

# UCC APPROVAL SHEET
## ** KEEP WITH DOCUMENT **

| TRANSACTION TYPE | | FEES REMITTED |
|---|---|---|
| ___ | UO – Original Financing Statement | $25.00 |
| ___ | UOA – Original Financing Statement with assignment | $25.00 |
| ✓ | UOTU – Original Financing Statement Transmitting Utility | $25.00 |
| ___ | UMA – Amendment | $25.00 |
| ___ | UMDA – Amendment – Debtor Added | $25.00 |
| ___ | UMDC – Amendment – Debtor Name Change | $25.00 |
| ___ | UMDD – Amendment – Debtor Deleted | $25.00 |
| ___ | UMSA – Amendment – Secured Party Added | $25.00 |
| ___ | UMSC – Amendment – Secured Party Name Change | $25.00 |
| ___ | UMSD – Amendment – Secured Party Deleted | $25.00 |
| ___ | UMC – Amendment – Continuation | $25.00 |
| ___ | UMT – Amendment – Termination | $25.00 |
| ___ | UMZ – Amendment – Assignment | $25.00 |
| ___ | UMZP – Amendment – Partial Assignment | $25.00 |
| ___ | UMIS – Amendment – Information Statement | $25.00 |
| ___ | UOMH – Manufactured Home – Original Financing Statement | $25.00 |
| ___ | UOPF – Public Finance – Original Financing Statement | $25.00 |
| ___ | Documents Nine (9) Pages or More | $75.00 |
| ___ | Certified Copies | |
| ___ | Plain Copies | |

**TOTAL FEES: $25.00**

Barcode: 1000362007747845

RECORDED ON 03/27/2015 AT 09:39 AM
IN THE FINANCING RECORDS OF THE MD. ST.
DEPARTMENT OF ASSESSMENTS AND TAXATION.
WO # 0004437420   ACK # 1000362007747845
ORIGINAL FILE NUMBER:   0000000181524591
PAGES: 0003

☐ OTHER CHANGES:
_____
_____
_____

Code _____

Attention: _____

Mail to Address:

ROYALL JENKINS:EL
GENERAL-POST OFFICE. 10816 TOWN
CENTER BLVD #212
DUNKIRK MD 20754-9998

## NO FEE TRANSACTION TYPES

- URC – Copies
- UNCP – Void – Non-Payment
- UCC – Cancellation
- UCR – Reinstatement
- UCO – Departmental Action
- UCREF – Refund Recordation Tax
- UCIS – Incorrect ID Number
- XOVRU – UCC Overrides
- UMFC – Filing Office Correction Statement

**Method of Payment:**

Cash ☐   Check ☑   Credit Card ☐

Number of Checks [1]

Comments(s):

CUST ID: 0003220840
WORK ORDER: 0004437420
DATE: 03-31-2015 10:51 AM
AMT. PAID: $75.00

```
CUST ID:0003220840
WORK ORDER:0004437420
DATE:03-31-2015 10:51 AM
AMT. PAID:$75.00
```

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Roayll Jenkins El, Property Manager (913) 339-8059

**B. E-MAIL CONTACT AT FILER (optional)**
Dr.dmpeach@gmail.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)
OFFICE OF THE PROPERTY MANAGER
Attn: Royall Jenkins:El
Nation "Maryland".
General-Post Office.
Town Center Blvd-10816 Suite 212.
United States Minor, Outlying Islands Near [20754-9998]

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| ROYALL JENKINS EL, SOLE PRORIETORSHIP, PARTNERSHIP, LIMITED PARTNERSHIP | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 10186 TOWN CENTER BLVD. SUITE. 212 | DUNKIRK | MD | 20754 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in Item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| ROYALL JENKINS EL, NON-ADVERSE, NON-BELLIGERENT, NON- COMBATANT BAILEE | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 10816 TOWN CENTER BLVD. SUITE. 212 | DUNKIRK | MD | 20754 | USA |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| El | Royall | Jenkins | | El |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| General-Post Office.10816 Town Center Blvd #212. | Dunkirk | Natio MD | Near [20754 | United States Minor. Outlying Islands |

**4. COLLATERAL:** This financing statement covers the following collateral:

[A SECURITY (15 USC)— COMMERCIAL AFFIDAVIT—NOT A POINT OF LAW]
The "Collateral" shall consist of all of the personal property of Debtor, as so enumerated in SC: 03551993 Authentication: 14031376-1, & 15020326-1 & 15020326-2 SECURITY AGREEMENT No. RJE-01261942-SA between the ROYALL JENKINS EL, (DEBTOR) and Noble: Royall Jenkins :El, c/o Office of general property manager, executor/bailor, US Treasury by attachment Usufruct Bond Number ████████, via, foreign grantor trust EIN #████████; Trust #████████ Pursuant to (1.) 1325 Boniface Unum Satum, (2.) 1455 Romanns Pontifex, (3.) 1481 Aeterni Regie, (4.) 1537 Convocation, pursuant to above listed and listed on attach UCCAP line 25. The "Collateral" shall consist of all collateral, proceeds and products derived therefrom listed therein wherever located, and now owned or hereafter acquired including:

(1) Accounts [including health-care-insurance receivables];
(2) Chattle Paper [see Addendum];
(3) Inventory;
(4) Equipment;
(5) Instruments, including Promissory Notes [see Addendum];
(6) Investment Property [see Addendum]
(7) Documents [see Addendum];
(8) Deposit Accounting [see Addendum];
(9) Letter-of-Credit rights [see Addendum];
(10) General Intangibles [including payment intangibles];
(11) Supporting obligations [see Addendum];
(12) To the extent not listed above as original collateral, proceeds and products of the foregoing.

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☑ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☑ A Debtor is a Transmitting Utility
**6b.** Check only if applicable and check only one box: ☑ Agricultural Lien ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION** (if applicable): ☑ Lessee/Lessor ☑ Consignee/Consignor ☑ Seller/Buyer ☑ Bailee/Bailor ☑ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
By: /s/ Rayell Jenken El                                    Authorized Representative

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)                International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

**9a. ORGANIZATION'S NAME**
ROYALL JENKINS EL, SOLE PRORIETORSHIP, PARTNERSHIP, LIMITED PARTNERSHIP

OR

**9b. INDIVIDUAL'S SURNAME**

**FIRST PERSONAL NAME**

**ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**10. DEBTOR'S NAME:** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

**10a. ORGANIZATION'S NAME**

OR

**10b. INDIVIDUAL'S SURNAME**
EL

**INDIVIDUAL'S FIRST PERSONAL NAME**
ROYALL

**INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)**
JENKINS
| **SUFFIX**

**10c. MAILING ADDRESS:** 10816 TOWN CENTER BLVD STE 212 | **CITY:** DUNKIRK | **STATE:** MD | **POSTAL CODE:** 20754 | **COUNTRY:** USA

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

**11a. ORGANIZATION'S NAME**

OR

**11b. INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX**

**11c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY**

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):** [With] THIS NOTE IS LEGAL TENDER FOR ALL DEBTS, PUBLIC AND PRIVATE 10,000,000,000.00.- [10,000,000,000.00.-]10,000,000,000.00.-The Secured Party a living soul hereby secures the rights interest and title and contract certificate of Assumed name, d/b/a N.C.G.S. Chapter 66 Article 14 §66-68, §66-69, §66-69.1, §66-70, §66-71 "Nunc Pro Tunc" SC: 03551993 Security Ageement RJE01261942: Authentication 14031376-1 &15202326-1 &15020326-2 vessel Number ■■■■■■■■■*** as received by the State of South Carolina department of health services and the pledge represented by the same but not limited to the Pignus, Hypotheca, Hereditaments, RES, the energy and all products derived there from but not limited to the all capitalized names [ROYALL JENKINS EL, ESTATE, ENS LEGIS & CESTUI QUE TRUST "et al"] and or any derivative thereof and all contracts and signatures predicated on the straw man described as the debtor. Any and every attempt to stultify the Secured Party creditor in order to commit an act of barratry is done so at a cost of $10,000,000,000.00 -

**13.** ☑ This FINANCING STATEMENT is to be filed [for record] (or recorded) In the REAL ESTATE RECORDS (if applicable)

**14.** This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☑ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):
OFFICE OF THE PROPERTY MANAGER
Attn: Royall Jenkins:El
Nation "Maryland".
General-Post Office.
Town Center Blvd-10816 Suite 212.
Maryland.
United States Minor. Outlying Islands.
Near. [20754]

**16.** Description of real estate:
a.) Income from every source.
b.) Proceeds from secured party's labour from every source.
c.) All Biological Material and Information: all fingerprints, Footprints, palm prints, thumb prints, rna materials, dna materials, blood and blood fractions, biopsies, surgically removed tissue, body parts, organs, hair, teeth, nails, (toe nails, finger nails,) semen, urine, saliva, and all other bodily fluids and matter. Voice prints, retina image and the descriptions thereof and all other corporal identification factors and similar factors and/or physical counterparts, in any form as well all records, record numbers and information to debtor.
(1) Answer and Counterclaim (2) Verified Statement of Interest
(3) Security on Counterclaim (4) Security for Res
(5) Letter of Rogatory (6) Motion and Proposed Order for Release of Vessel
(7) Any and all proceeds and products derive therefrom

**17. MISCELLANEOUS:**

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

# UCC APPROVAL SHEET
## ** EXPEDITED SERVICE **    ** KEEP WITH DOCUMENT **

| TRANSACTION TYPE | FEES REMITTED |
|---|---|
| ✓ Expedited Fee | $50.00 |
| ___ UO - Original Financing Statement | $25.00 |
| ___ UOA - Original Financing Statement With Assignment | $25.00 |
| ___ UOTU - Original Financing Statement Transmitting Utility | $25.00 |
| ✓ UMA - Amendment | $25.00 |
| ___ UMDA - Amendment - Debtor Added | $25.00 |
| ___ UMDC - Amendment - Debtor Name Change | $25.00 |
| ___ UMDD - Amendment - Debtor Deleted | $25.00 |
| ___ UMSA - Amendment - Secured Party Added | $25.00 |
| ___ UMSC - Amendment - Secured Party Name Change | $25.00 |
| ___ UMSD - Amendment - Secured Party Deleted | $25.00 |
| ___ UMC - Amendment - Continuation | $25.00 |
| ___ UMT - Amendment - Termination | $25.00 |
| ___ UMZ - Amendment - Assignment | $25.00 |
| ___ UMZP - Amendment - Partial Assignment | $25.00 |
| ___ UMCS - Amendment - Correction Statement | $25.00 |
| ___ UOMH - Manufactured Home - Original Financing Statement | $25.00 |
| ___ UOPF - Public Finance - Original Financing Statement | $25.00 |
| ___ Documents Nine (9) Pages or More | $75.00 |
| ___ Certified Copies | |
| ___ Plain Copies | |
| **TOTAL FEES:** | **75** |

1000362008554323

```
RECORDED ON 10/06/2015  AT 12:00 PM
IN THE FINANCING RECORDS OF THE MD. ST.
DEPARTMENT OF ASSESSMENTS AND TAXATION.
WO # 0004534770   ACK # 1000362008554323
ORIGINAL FILE NUMBER:   0000000181524591
PAGES: 0005
```

_____ Other Change(s)

Code _____

Attention:
UNITED STATES ATTORNEY GENERAL
OFFICE OF THE ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA, AVENUE, NW
WASHINGTON DC 20530-0001

## NO FEE TRANSACTION TYPES

___ URC - Copies
___ UNCP - Void - Non-Payment
___ UCC - Cancellation
___ UCR - Reinstatement
___ UCO Departmental Action
___ UCREF - Refund Recordation Tax
___ UCIS - Incorrect ID Number
___ XOVRU - UCC Overrides
___ UMFC - Filing Office Correction Statement

METHOD OF PAYMENT

Cash _____   Check ✓   Credit Card _____

Number of Checks ___1___

COMMENT(S):

```
CUST ID: 0003318190
WORK ORDER: 0004534770
DATE: 10-06-2015  12:04 PM
AMT. PAID: $75.00
```

Stamp Work Order and Customer Number HERE

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Royall Jenkins El  (913) 905-9721

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

United States Attorney General
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania, Avenue, NW
Washington, D.C. 20530-0001

CUST ID: 0003318190
WORK ORDER: 0004534770
DATE: 10-06-2015 12:04 PM
AMT. PAID: $75.00

**1a. INITIAL FINANCING STATEMENT FILE #**
181524591

☐ **REAL ESTATE RECORDS.**

**2.** ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☑ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

**6a. ORGANIZATION'S NAME**
ROYALL JENKINS- EL . NON-ADVERSE, NON-BELLIGERENT, NON- COMBATANT BAILEE

OR **6b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX**

**7. CHANGED (NEW) OR ADDED INFORMATION:**

**7a. ORGANIZATION'S NAME**

OR **7b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX**

**7c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** USA

**7d. TAX ID #: SSN OR EIN** | **ADD'L INFO RE ORGANIZATION DEBTOR** | **7e. TYPE OF ORGANIZATION** | **7f. JURISDICTION OF ORGANIZATION** | **7g. ORGANIZATIONAL ID #, if any** ☐ NONE

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☑ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.
Know all men by these Notice of Transfer Instruments: FOR OFFER OF SAFE HARBOR PER 12 U.S. Code §95 a (2) and 12 U.S. Code § 95 b., THIS UCC-3 FINANCING STATEMENT FOR VIN: 1FTFW1ET6EFA13681 2014 FORD F150 TITLE No. AA4705824, TITLE: X0332573 SHALL BE GOVERNED BY THE UNIDROIT PRINCIPLES OF PRIVATE LAW, UNICRITICAL, MARITIME LAW, INTERNATIONAL LAW. THIS UCC FINANCING STATEMENT IS DEPOSITED INTO THE UNITED STATE POST OFFICE AND REGISTERED RR597083755US ALL OF DEBTOR ASSETS SHALL BE TRANSFERRED, CONVEYED TO THE ROYALL JENKINS-ESTATE. ALL OF DEBTORS CHATTEL PROPERTY SHALL BE CONVEYED TO THE ROYALL JENKINS PRIVATE TRUST. ALL PAPER, NOTES, DEEDS, INSTRUMENTS, MOVEABLE AMD IM-MOVEABLE SHALL BE CONVEYED TO ROYALL JENKINS PRIVATE TRUST. THE SECURED PARTY CREDITOR AND HOLDS ALL OF DEBTOR'S ASSETS AS COLLATERAL. THIS LIEN IS SET AT 10,000,000,000.00 USD CREDITS AND SHALL NOT BE REMOVED BUT BY THE WET INK SIGNATURE OF THE SECURED PARTY CREDITOR, ANY VIOLATION TO THE TRUST AND DEBTORS SHALL BE FINE OF NO LESS THAN $150,000.00 AND NO MORE THAN $1TRILLION USD DEPARTMENT OF THE TREASURY PURE SILVER PER HJ2 192 AND PUBLIC LAW 72-10. THIS

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

**9a. ORGANIZATION'S NAME**

OR **9b. INDIVIDUAL'S LAST NAME** EL | **FIRST NAME** Royall | **MIDDLE NAME** Jenkins | **SUFFIX** El

**10. OPTIONAL FILER REFERENCE DATA**
By: Royall Jenkin El                                                    Authorized Representative

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)



## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)**
181524591

**12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)**

12a. ORGANIZATION'S NAME
ROYALL JENKINS-..., NON-ADVERSE, NON-BELLIGERENT, NON- COMBATANT BAILEE

OR  12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX

**13. Use this space for additional information**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

[A SECURITY (15 USC)— COMMERCIAL AFFIDAVIT—NOT A POINT OF LAW]
— Continued from UCC 3 page 1

VESSEL /PROPERTY SHALL BE HELD UNDER PRIVATE LAW. PRIVATE PROPERTY, PRIVATE TRUST AND SHALL BE APART OF THE UNITED STATES MINOR AND OUTLYING LSLANDS [20754]. DEBTORS ARE DEFINE AS (TITLE 18 USC PART 1 CHAPTER 1 SUBSECTION 9). THIS SHALL INCLUDE THE INSTRUMENT USUFRUCT #139-42-001633 OF KANSAS, ALL BONDS SURETIES RELATED OR IN CONJUNCTION IS HEREBY LIENED. SECURITY AGREEMENT: RJE01261942
10,000,000,000.00.-
[10,000,000,000.00.-]

reversionary interest assigned to and for the account of United States upon condition property so received be sold and the proceeds used to reduce the public debt as gift of gratitude for extension of hospitality for offer of safe harbor per 12 U.S. Code §95 a (2) and 12 U.S. Code § 95 b.

Fiduciary(s):

cc: EQUIFAX
INFORMATION SERVICES
P.O. BOX 740256
ATLANTA, GEORGIA 30374
EIN: 58-0209400
TEL: 800-685-1111

cc: TRANSUNION, LLC
2 BALDWIN PLACE
P.O. BOX 1000
CHESTER, PENNSYLVANIA 19022
TEL: 800-888-4213

cc: EXPERIAN
P.O. BOX 2002
ALLEN, TEXAS 75013
EIN: 31-1343192
TEL: 888-397-3742

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)