**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| KENDRA ROSS, )<br>)<br>Plaintiff-Judgment Creditor, )<br>)<br>v. )<br>)<br>ROYALL JENKINS, et al., )<br>)<br>Defendants-Judgment Debtors. ) | Case No. 2:17-cv-02547-DDC-TJJ |

**CITATION FOR FAILING TO APPEAR FOR JUDGMENT DEBTOR EXAMINATION
AND ORDER TO SHOW CAUSE**

TO:   Royall Jenkins
      2111 N. 10th Street
      Kansas City, KS 66104

      The Value Creators, Inc., f/k/a The United Nation of Islam, Inc.

      The Value Creators LLC

      The Value Creators Inc.

It has been made to appear to the court that you were lawfully served with an Order for Judgment Debtors Examination (ECF No. 60) which ordered you to appear before this court.[1] You failed to appear at the time and place specified in the Order.

In addition, you were ordered to fully and completely answer Judgment Creditor's First Set of Post-Judgment Interrogatories, and to produce all non-privileged documents responsive to Judgment Creditor's First Set of Post-Judgment Document Requests no later than September 10, 2018 (ECF No. 78). You have not complied with that Order, and Judgment Creditor has filed a

---

[1] *See* ECF Nos. 66-69 (returns of service).

Motion for Order to Show Cause.  The Court has reviewed the Motion and the Memorandum in Support and hereby grants the motion.

THEREFORE, you are hereby commanded to personally appear before this Court at **4:00 p.m. on Thursday, October 18, 2018** at the following location:

> **United States District Court for the District of Kansas**
> **500 State Avenue, Courtroom 476**
> **Kansas City, Kansas 66101**

TO SHOW CAUSE WHY YOU SHOULD NOT BE PUNISHED FOR CONTEMPT OF COURT for failure to appear as set forth above and for failure to comply with the Order directing you to respond to Judgment Creditor's First Set of Post-Judgment Interrogatories and Document Requests.

Failure to appear as ordered may result in punishment as directed by the court and possibly a bench warrant being issued for your arrest.  Furthermore, if found in contempt, the court may assess reasonable attorneys' fees against you which resulted from your failure to appear.

This Citation and Order to Show Cause shall be served on Judgment Creditors Royall Jenkins; The Value Creators, Inc., f/k/a The United Nation of Islam, Inc.; The Value Creators LLC; and The Value Creators Inc. by the United States Marshal Service.

IT IS SO ORDERED.

Dated this 21st day of September, 2018, at Kansas City, Kansas.

*Teresa J. James*
Teresa J. James
U. S. Magistrate Judge