# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KENDRA ROSS, | ) |
| | ) |
| *Plaintiff/Judgment Creditor*, | ) |
| | ) |
| v. | ) Case No. 2:17-cv-02547-DDC-TJJ |
| | ) |
| ROYALL JENKINS, et al., | ) |
| | ) |
| *Defendants/Judgment Debtors*. | ) |

## JUDGMENT CREDITOR'S NOTICE OF INTENT TO SERVE SUBPOENA

Pursuant to Federal Rule of Civil Procedure 45(a)(4), Plaintiff/Judgment Creditor Kendra Ross hereby gives notice that she intends to serve a Subpoena to Produce Documents, Information or Objects or to Permit Inspection of Premises in a Civil Action upon the following in the form attached hereto as Exhibit A:

1. Wells Fargo Bank, N.A.

2. Square, Inc.

3. MoneyGram Payment Systems, Inc.

4. The Western Union Company

Dated: October 31, 2018              Respectfully submitted,

By: */s/ Gillian Chadwick*
    Gillian Chadwick, KS Bar No. 27361
    Supervising Attorney
    Washburn Law Clinic
    Washburn University School of Law
    Topeka, Kansas  66621
    785-670-1191
    gillian.chadwick@washburn.edu

    Elizabeth A. Hutson (D.C. Bar No. 1024845)
    MCGUIREWOODS LLP

2

        2001 K Street, NW  
        Suite 400  
        Washington, DC 20006  
        Tel: (202) 857-1700  
        Fax: (202) 828-2973  
        E-mail: ehutson@mcguirewoods.com  

        ***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I certify that on this 31th day of October, 2018, I sent a true copy of this filing to the defendants at the addresses listed below via first class mail, postage pre-paid:

Royall Jenkins
2111 North 10th Street
Kansas City, Kansas 66104-9998

The Value Creators Inc.
Attn: Griegory Moten, Registered Agent
1121 Quindaro
Kansas City, Kansas 66104

The Value Creators, LLC
Attn: Griegory Moten, Registered Agent
1121 Quindaro
Kansas City, Kansas 66104

The Value Creators, Inc. f/k/a The United Nation of Islam, Inc.
Attn: Griegory Moten, Registered Agent
1121 Quindaro
Kansas City, Kansas 66104

The Value Creators Inc.
120 SW 10th  Ave.
Kansas Secretary of State
Topeka, KS 66612

The Value Creators, LLC
120 SW 10th  Ave.
Kansas Secretary of State
Topeka, KS 66612

The Value Creators, Inc. f/k/a The United Nation of Islam, Inc.
120 SW 10th  Ave.
Kansas Secretary of State
Topeka, KS 66612

| | |
|---|---|
| Dated: October 31, 2018 | */s/ Gillian Chadwick*<br>Gillian Chadwick, Bar No. 27361<br>Supervising Attorney<br>Washburn Law Clinic<br>Washburn University School of Law<br>Topeka, Kansas  66621<br>785-670-1191<br>gillian.chadwick@washburn.edu<br><br>Elizabeth A. Hutson (D.C. Bar No. 1024845)<br>MCGUIREWOODS LLP<br>2001 K Street, NW<br>Suite 400<br>Washington, DC 20006<br>Tel: (202) 857-1700<br>Fax: (202) 828-2973<br>E-mail: ehutson@mcguirewoods.com<br><br>***Attorneys for Plaintiff*** |

2