### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **KENDRA ROSS,**<br><br>　　　　**Plaintiff,**<br><br>v.<br><br>**ROYALL JENKINS, et al.,**<br><br>　　　　**Defendants.** | **Case No. 17-2547-DDC-TJJ** |

### BENCH WARRANT

TO:　ANY UNITED STATES MARSHAL, HIS DEPUTIES, AND ALL OTHER LAW ENFORCEMENT OFFICERS.

WHEREAS, it is shown to the court that defendant Royall Jenkins herein was ordered to appear on October 18, 2018, at 4:00 p.m., in Kansas City, Kansas, before United States District Judge Daniel D. Crabtree of the United States District Court for the District of Kansas to show cause why he should not be punished for contempt of court for failing to appear for the Judgment Debtor Examination on September 13, 2018, and for failing to comply with the court's Order directing him to respond to Judgment Creditor's First Set of Post-Judgment Interrogatories and Document Requests; and

WHEREAS, defendant Royall Jenkins, having been electronically served with a copy of the Citation for Failing to Appear for Judgment Debtor Examination and Order to Show Cause, and having failed to appear before the United States District Judge, at the hearing, as ordered; and

WHEREAS, the above-named court has ordered a Bench Warrant to be issued for defendant Royall Jenkins's apprehension and delivery to the custody of the United States Marshal for the District of Kansas for further proceedings in this case.

NOW, THEREFORE, you are commanded to apprehend defendant Royall Jenkins and deliver him to the custody of the United States Marshal for the District of Kansas to abide by the further order of this court.

Dated this 2nd day of November, 2018.

s/ Daniel D. Crabtree  
Daniel D. Crabtree  
United States District Judge