district court United States
For The
District Of Kansas

KENDRA ROSS
Ward of the Court

CASE 17-2547-DDC-TJJ

Attorney Elizabeth A. Hutson
wards Guardian
plaintiff

vs

Royall, jenkins et,al
defendant

Griegory-L,moten
Petitioner/ party of interest et,al,

FILED
NOV 2 9 2018
TIMOTHY M. O'BRIEN CLERK
By _____ Deputy

NOTICE AND DEMAND
COUNTERCLAIM
Fed. R. Civ. P Rule 4 violation improper service
Fed. R. Civ. P. Rule 11 improper name and address
Fed. R. Civ. P Rule 17 Real Party of Interests
And Notice Under Fed. R. Civ. P. Rule 7 Counterclaim

I, Griegory-L,moten Petitioner, Come with this Notice of Demand now being made a party of interest to case Number 17-2547-DDC-TJJ by via email and not by proper service as per FRCP Rule 4 of the Rules of this Court,

This will serve also Notice of my Enter/of Appearance as a real party of interest as per FRCP Rule 17 as a natural living being and not a Corporation.

Whereas the Attorney Elizabeth A. Hutson who holds position of Guardian over KENDRA ROSS has failed to comply with proper service under Rule 4 of the rules of this district court any such response is due to threat by a email send by electronic in violation of wire fraud statutes 18 USC 1343 and USAM 941

(the four essential elements of the crime of wire fraud are:

(1)     that the defendant voluntarily and intentionally devised or participated in a scheme to defraud another out of money;

(2)     that the defendant did so with the intent to defraud;

(3)     that it was reasonably foreseeable that interstate wire communications would be used; and

(4)     that interstate wire communications were in fact used) (*citing* Manual of Model Criminal Jury Instructions for the District Courts of the Eighth Circuit 6.18.1341 (West 1994)),

2. Whereas 'Wire Fraud' Wire fraud is a crime in which a person concocts a scheme to defraud or obtain money based on false representation or promises. This criminal act is done using electronic communications or an interstate communications facility.

3. Whereas, Attorney Elizabeth A. Hutson is a Federal Bar Attorney and is required to comply with Bar rules of ethic as pre 8.4 of the ABA and Federal Bar Association guidelines and the admission guidelines of this district court and has failed to do so.

4. Whereas, under FRCP Rule 11 requires a real name and address to be service upon and not via email as I do not live in a computer or fictitious email location within a computer I object to such violation.

5. I, Griegory-L,moten NOW bring a counterclaim in my own defense to address this email notice.

6. Whereas, Attorney Elizabeth A. Hutson has a duty to comply with Rule 12 (b) (6) she has failed to state a claim to which relief can be granted,

a) Show where I have a duty to perform.

b) Show in my duties to perform I am negligent.

c) As Guardian for KENDRA ROSS how I Griegory-L,moten has caused harm by my negligence.

d) Was such harm in monetary damages, physical damages, property damages.

7. Whereas, I can show harm from KENDRA ROSS as she received free housing, free food, free education, free medical, etc. everything that would be paid for out here in your American Nation.

8. In addition, the "personal" service owed to Griegory-L,moten was in fact, personally served on a building.  The building is permanently attached to the ground on a solid foundation and therefore, is

unable to appear for a deposition, unless Plaintiffs would like to come get the building they served but that would mean this deposition may need to be relocated.

*[signature]*

Griegory-L,moten
8609 Georgia Ave.
Kansas City, KS near [66109]

PROOF OF SERVICE

I, Griegory-L,moten come before the district court with NOTICE AND DEMAND in the year of 2018

in this month of November on this day 29th____ to file this before the clerk of court.

*Griegory Moten* (signature)

Griegory-L,moten
8609 Georgia Ave.
Kansas City, KS near [66109]

CC

I hereby certify that I have mailed a copy of this NOTICE AND DEMAND to:

MCGUIREWOODS LLP
Elizabeth A. Hutson (D.C. Bar No. 27361)
2001 K Street NW, Suite 400
Washington, DC 20006
ehutson@mcguirewoods.com
(202) 828-2973
on the 29th day of November, 2018."