district court United States
For The
District Of Kansas

**FILED**

DEC 14 2018

TIMOTHY M. O'BRIEN CLERK
By____CH____ Deputy

KENDRA ROSS
Ward of the Court

Attorney's Elizabeth A. Hutson
and Gillian Chadwick
wards Guardian
plaintiff

CASE 17-2547-DDC-TJJ

vs

Related Case in the district court of
the United States for the western
district of Missouri Western Division
Case No. 4:18-mc-9025-HFS

Royall, jenkins et, al

Ephraim, woods, Jr., et, al
Griegory-L, moten,
Marvin L, mcintosh,
and Dana-M, peach
John and Jane doe's
As Real Party of interest
We The People

REQUEST FOR IN CAMERA HEARING
SHOW CAUSE TO DISMISS ALL ACTION
FED. R. CIV. P. RULE 60 FRAUD UPON THE COURT

We The People, Ephraim, woods, Jr., Griegory-L, moten, Marvin-L, mcintosh, and Dana-M, peach (HEREAFTER We The People), from Royall, jenkins case and being a real party of interest as; We are being targeted and damaged by Attorney's Elizabeth A. Hutson, Gillian Chadwick and their ward/client Kendra Ross SHOW CAUSE TO DISMISS ALL ACTION FED. R. CIV. P. RULE 60 FRAUD UPON THE COURT to this filing on the grounds of fraud upon the Court by Misuse of federal statues in order to gain unjust enrichment by fraud and deception practices and misuse of undue influence.

This case is base on misrepresentation of fact, definition of codes, willful breach of ethic in order to harm and damage other parties liberty and right to religious beliefs and to harm the economics

of others and to deprived the right to work laws. **(1947 federal Taft–Hartley Act. )**

## KANSAS

### CHAPTER 44. — LABOR AND INDUSTRIES
### ARTICLE 8. — EMPLOYEE AND EMPLOYER RELATIONS
### RIGHT TO WORK AMENDMENT

**Kan. Const. art. 15, § 12**

**§ 12. Membership or non-membership in labor organizations.** No person shall be denied the opportunity to obtain or retain employment because of membership or non-membership in any labor organization, nor shall the state or any subdivision thereof, or any individual, corporation, or any kind of association enter into any agreement, written or oral, which excludes any person from employment or continuation of employment because of membership or non-membership in any labor organization. (Adopted November 4, 1958.)

### Kan. Stat. Ann. § 44-831

### RIGHT TO WORK AMENDMENT

**§ 44-831. Violations of right to work amendment; civil action for damages; attorneys' fees as costs, exception; limitation of actions.** Any person who is aggrieved by any violation of the provisions of section 12 of article 15 of the constitution of the state of Kansas shall have a cause of action against the person committing such violation for the actual damages sustained by the aggrieved person. In any such action, if the prevailing party recovers damages, the court shall award reasonable attorneys' fees to the prevailing party, to be taxed as part of the costs of such action, except that when a tender has been made by the adverse party prior to the trial of such action on its merits, and the amount recovered is not in excess of such tender, no such costs shall be allowed.

Any action authorized by this section shall be commenced within one year after the cause of action shall have accrued. (Enacted 1975.)

Whereas it's the intent of We The People to show this Court and your Honor that no such violation has occurred and grounds for dismissal is just and right and requires Remedy on behalf of Royall, jenkins and all others.

*[signature]* 12/14/2018
Ephraim, woods, Jr., et, al
2111 N. 10th Street
Kansas City, KS [66104]

Griegory-L, moten
8609 Georgia Ave.
Kansas City, KS near [66109]

Marvin-L, mcintosh
8620 Swartz Road
Kansas City, KS near [66111]

Dana-M, peach
625 McCollough Circle
Baltimore, MD near [21201]

CERTIFICATE OF SERVICE

We The People from the Royall, jenkins case file this SHOW CAUSE TO DISMISS ALL ACTION FED. R. CIV. P. RULE 60 FRAUD UPON THE COURT in the year of 2018 in this month of December on this 14th day into the district court clerk of court officer to be filed.

cc

We hereby certify that we have mailed a copy of this SHOW CAUSE TO DISMISS ALL ACTION FED. R. CIV. P. RULE 60 FRAUD UPON THE COURT to:

**MCGUIREWOODS LLP**
**Elizabeth A. Hutson (D.C. Bar No. 27361)**
**2001 K Street NW, Suite 400**
**Washington, DC 20006**

**Gillian Chadwick**
**Washburn Law Clinic**
**Washburn University School of Law**
**1700 SW College Ave**
**Topeka, Kansas 66621**

*[signature]*

Ephraim, woods, Jr., et, al
2111 N. 10th Street
Kansas City, KS [66104]

Griegory-L, moten
8609 Georgia Ave.
Kansas City, KS near [66109]

Marvin-L, mcintosh
8620 Swartz Road
Kansas City, KS near [66111]

Dana-M, peach
625 McCollough Circle
Baltimore, MD near [21201]