district court of the United States
For The District of Kansas

KENDRA ROSS
ward of

Attorney's Elizabeth A. Hutson
Chadwick, Gillian Wards, Guardian

vs

Royall, jenkins et, al

Ephraim Woods, Jr., et, al
Griegory L. Moten,
Dana M. Peach and
John and Jane, does
As Real Parties of Interest
We The People

FILED
FEB 14 2019
TIMOTHY M. O'BRIEN CLERK
By_____Deputy

Case No. 2:17-cv-02547-DDC[TJJ]

**RESPONSE TO DEPOSITION
JUDICIAL DEMAND AND NOTICE
DEMAND FOR PROTECTION ORDER
DEMAND TO STOP WITCH HUNT
DEMAND FOR INJUNCTION
DEMAND FOR SANCTION
Affidavit Attached**

We The People, Ephraim Woods, Jr., Griegory L. Moten, Dana M. Peach and on behalf of a Class of People of similar circumstances, who the Attorneys for KENDRA ROSS, Attorney's Elizabeth A. Hutson and Gillian Chadwick, et, al (HEREAFTER We The People) that are being targeted and harassed under the name of The United Nation of Islam, file this **JUDICIAL DEMAND AND NOTICE, DEMAND FOR PROTECTION ORDER, DEMAND TO STOP WITCH HUNT, DEMAND FOR INJUNCTION and DEMAND FOR SANCTION.**

1. We The People now Demand for Sanctions Protection to abate this nuisance, as we have cooperated and acted in good faith with the Depositions and explained that the United Nation of Islam from 2002 up to 2010 was under the control of Royall Jenkins.

2. On September 27, 2010 Henry Munoz, Wayman W. Favors and Akiba Majeed took administrative control over the United Nation of Islam and systematically removed Royall Jenkins from office as President of The United Nation of Islam, Inc. and subsequently all United Nation of Islam bank accounts. See **EXHIBIT 1.**

3. In late 2010, it was rumored that UNOI officials: Henry Munoz, Wayman W. Favors and Akiba Majeed and others took total control of United Nation of Islam and started the process of selling off property and holdings of value. The above listed officials and others had publicly documented governing control of the UNOI from 2010-2014 with the Kansas Secretary of State.

4. Properties included homes that were donated, equipment and real property; all of which they sold or left as trash or undesirable. Henry Munoz, Wayman W. Favors, Yunus Rassoull, Kaaba Majeed and Akiba Majeed took the sales proceeds of this and left the United Nation of Islam destitute. The debt being at least in the amount of $215,000 that We The People *discovered* and have 1st hand knowledge of and dealt with. All operations started over *from less than zero* which included over $70,000 in property taxes due on 1608 N. 13th Street KCK 66102, 1310 Freeman Ave KCK 66102 and a $145,000 foreclosure claim on 1923 Nebraska Ave KCK 66104 - See **EXHIBIT 2**

    - 1608 N. 13th Street KCK 66102 and 1310 Freeman Ave KCK 66102 were both sold AFTER the property taxes were cleared (a 13 month process). Which KENDRA ROSS, ward of Attorneys Elizabeth A. Hutson and Gillian Chadwick et, al did NOTHING to assist with HOWEVER, seek to benefit from. The proceeds from the sale were already spent before we received the funds AND were received well before this "VERIFIED COMPLAINT" was ever filed.

5. As of December 31, 2012, The United Nation of Islam ceased operations based on a "National Announcement" was issued through email by former UNOI Temple #30b Secretary Erica Bennerman.  See **EXHIBIT 3.**
   - This correspondence was issued AFTER a 6 month hiatus of all communication coming from the National UNOI structure which included Henry Munoz, Wayman W. Favors, Yunus Rassoull, Kaaba Majeed and Akiba Majeed.
   - In March of 2012 Ephraim Woods and family were ordered out of 810 Troup Ave. KCK 66102 (a UNOI home) by Kaaba Majeed so it could be sold after Mr. Woods refused to purchase it.
   - In April of 2012 while at truck driver training for employment in Gary, IN; Mr. Woods received a phone call from Kaleb Glass (Akiba Majeed' husband) and Kaaba Majeed (Akiba Majeed' brother and UNOI Supreme Captain) removing him from the UNOI "Dedicated List" and was subsequently removed from the UNOI.
6. In the aftermath of August, 2015 the Value Creators, Inc. and the Value Creators, LLC were created and had to start over from nothing. We started over with a NEW name, new donations (monetary and equipment), new property leases and renewed individuals to reopen as all material assets from United Nation of Islam was sold by Kaaba and Akiba Majeed, Henry Munoz, and/or Wayman W. Favors who received the funds and walked off with it all and proceeded to close down the United Nation of Islam in December 2012. See **EXHIBIT 4.**
7. KENDRA ROSS, ward of Attorney's Elizabeth A. Hutson and Gillian Chadwick et, al claim is from 2002 to 2012 under the heading of United Nation of Islam.
8. The Value Creators did not come into existence until 4 years after 2011 in which the predatory officials: Akiba Majeed, Henry Munoz, Wayman Favors and others began governing and fire selling The United Nation of Islam assets. This is approximately 3 years after 2012 when the United Nation of Islam actually went out of existence. Refer to **EXHIBIT 3**

9. KENDRA ROSS, ward of Attorney's Elizabeth A. Hutson and Gillian Chadwick et, al was not part of The Value Creators which started in 2015.

10. KENDRA ROSS, ward of Attorneys Elizabeth A. Hutson and Gillian Chadwick et, al was not and is not associated with any part of The Value Creators or our current community identified by whatever name We the People may choose to utilize.

11. This has turned into a **Witch Hunt** by KENDRA ROSS, ward of Attorney's Elizabeth A. Hutson and Gillian Chadwick et, al and has now become harassment and a hate crime to profile a Class of People by "White Lawyers" who has abused the legal system to gain unjust enrichment. Enrichment that does NOT nor has ever existed within The United Nation of Islam structure.

   - The United Nation of Islam was NEVER about riches, fame or accumulating debt instruments (money). As Bill Dunn Jr. (JE Dunn Construction and KCK Chamber of Commerce Chair) stated to FOX 4 News" **You should believe in what this group is DOING, they're not into converting PEOPLE they're into converting people's HEARTS**". See YOUTUBE Video link "**The United Nation Of Islam - In The News Part 1**" https://video.search.yahoo.com/search/video?fr=yfp-t-s&p=the+united+nation+of+islam+in+the+news#id=1&vid=65e3552c40464de716c09014fc43489f&action=click

   - The United Nation of Islam produced OPPORTUNITIES for 'at risk' youth in a learning environment being taught by The UNOI Elders and other Community Members (both Black and White). See YOUTUBE Video link "**The United Nation Of Islam - In The News Part 2**" https://video.search.yahoo.com/search/video?fr=yfp-t-s&p=the+united+nation+of+islam+in+the+news#id=2&vid=70b571b713c5db6db058bb6517d7bf3c&action=view

12. This district court and KENDRA ROSS, ward of Attorney's Elizabeth A. Hutson and Gillian Chadwick et al know that We The People, Ephraim Woods, Jr., Griegory L. Moten and Dana M. Peach have been blackballed from any form of legal assistance by all Law firms unless we can come up with over $100,000.00, and as we were a 501(c)3 non-profit organization who relied on donations to grow unlike the Bar Association who claims and hides under a 501(c)3 which actually charges set fees and not by donation.

13. The Value Creators, LLC was dissolved 08/15/2016. See **EXHIBIT 5.**

14. The Value Creators, Inc. was forced out of business in 2018 due to slander, defamation of character, hate slander, loss of customers in the Eateries and because of misleading news reports because of KENDRA ROSS, ward of Attorney's Elizabeth A. Hutson and Gillian Chadwick et, al.

15. The Value Creators was shut down due to hate slander by KENDRA ROSS ward of Attorney's Elizabeth A. Hutson and Gillian Chadwick et, al and as a result, has ceased any and all business operations in 2018.

16. Griegory L. Moten no longer served as the Registered Agent for The United Nation of Islam and The Value Creators, Inc as of August, 2018 when business operations ceased.

17. All Value Creators buildings and properties were leased and all equipment was taken by building owners for contract violation for non-payment on the Leases that We The People are still liable for paying. Thanks to KENDRA ROSS, ward of Attorney's Elizabeth A. Hutson and Gillian Chadwick et al for hate slander and false and misleading statements on human trafficking (by appearing on national television with now terminated NBC News employee Megyn Kelly) when KENDRA ROSS up until 2012 received a **roof over her head, food in her stomach, medical care, schooling and transportation**; everything YOU in your Society pay for; KENDRA ROSS received for FREE.

18. We The People now **DEMAND FOR PROTECTION ORDER, DEMAND TO STOP THE WITCH HUNT, DEMAND FOR INJUNCTION and DEMAND FOR SANCTION** on

KENDRA ROSS, ward of Attorney's Elizabeth A. Hutson and Gillian Chadwick et al.

19. We The People complied with the Subpoena for testimony, answered all questions, told all we know and have nothing more to offer.

20. We The People DO NOT have ANY documents as it pertains to The United Nation of Islam, Inc. Further requests for documents related to The United Nation of Islam should be sought from the last known Corporate Officers of public record; to our knowledge is Henry Munoz, Wayman W. Favors, Yunus Rassoull, Kaaba Majeed and Akiba Majeed.

21. Based on KENDRA ROSS' timeline in her initial "VERIFIED COMPLAINT" dated 9/15/17; ROSS claims on lines numbered **72** and **117** that her duty time in The United Nation of Islam was from 2002-2012 in which Henry Munoz, Wayman W. Favors, Yunus Rassoull, Kaaba Majeed and Akiba Majeed were the corporate officers in 2010-2013 and in charge of ALL UNOI assets.

    - The above statement verifies that ROSS was and is not a Member of The Value Creators and has NO CLAIM to any asset in any form of The Value Creators because she has never been a part of the organization and We the People reorganized and started The Value Creators from less than ZERO.

    - The Value Creator name has been slandered and accused unjustly based the fraudulent "VERIFIED COMPLAINT" filed by KENDRA ROSS, ward of Attorney's Elizabeth A. Hutson and Gillian Chadwick et al.

22. In the same "VERIFIED COMPLAINT" on line **35** ROSS stated "in **April 2015** (after Ms. Ross was able to remove herself from the cult), Jenkins and other key leaders of UNOI **organized The Value Creators** and, upon *information and belief*, transferred substantially all of the assets relevant to this lawsuit to The Value Creators." Where's the PROOF based on ROSS's "*information and belief*" that ANY substantial assets were transferred to The Value Creators in any shape, form or fashion? What Facts they Shown and Proved?

    - Only Henry Munoz, Wayman W. Favors, Yunus Rassoull, Kaaba Majeed and Akiba

> Majeed can possibly answer the question of WHERE any substantial assets went during the time frame that ROSS has alleged.
>
> - For The Record; assets did NOT transfer to us; these UNOI officials left We The People with debt, work and a few serious people willing to reorganize and rebuild what We The People had initially established under a new name The Value Creators.
> - Only Henry Munoz, Wayman W. Favors, Yunus Rassoull, Kaaba Majeed and Akiba Majeed would have any United Nation of Islam business documents, bank records or the like.
> - For The Record; We The People DO Not have any United Nation of Islam business documents, bank records or the like.

23. Royall Jenkins, The United Nation of Islam, The Value Creators was NOT and Is NOT similar to Minister Louis Farrakhan, TD Jakes, Joel Olsteen, Creflo Dollar or any money accumulating "religious organization" that takes from its members and gives NOTHING *meaningful* back to them or their community at large. The aforementioned individuals TAKE the fish, give a smaller fish in return however, never TEACH the parishioner HOW to fish. As Shown and Proved when you refer to the YOUTUBE Video link "The United Nation Of Islam - In The News Part 2" - *unless* **FOX 4 News, KMBC News 9, NBC News 41** and others were ALL *repeatedly* inaccurate in their news reporting…?

24. IF KENDRA ROSS, ward of Attorney's Elizabeth A. Hutson and Gillian Chadwick et al had done the proper research and investigation before filing the initial fraudulent "VERIFIED COMPLAINT" they would have not made the presentment in the first place. We The People are The Poor Righteous Teachers and there has NEVER been any pot of gold, monies, mansions, fleet of expensive cars, yachts, thousands of acres of land or ANY "substantially transferred" assets in our portfolio EVER in our history of being incorporated.

25. If We The People et, al win the state lottery, receive a sizable donation, take out a loan, receive a family inheritance, (heck) decide to work a good paying job in your society; that is our option to do so as long as it is deemed Righteous and lawful. This DOES NOT and should not give KENDRA ROSS, ward of Attorney's Elizabeth A. Hutson and Gillian Chadwick et, al rights to our wherewithal in any shape, form or fashion whether its through inquires or attempting to receive part any of it - - especially since We The People et al have been deemed "NON PARTIES" to this case by the court.

- IF We The People had these "substantially transferred assets" WHY would we be still living in the Quindaro corridor? As FOX 4 News called it "a blighted area".
- IF We The People had these "substantially transferred assets" WHY are some of us still employed and paying taxes and surviving on social security checks?
- IF We The People had these "substantially transferred assets" WHY do We continuously (for decades) VOLUNTEER our blood, backs, bones and brains for NO financial compensation?
- ANSWER: Because we're Family, We LOVE what We Do and Our Work in this area of Kansas IS NOT completed *yet* however, it Will Be Completed with or without KENDRA ROSS or the like...

## Conclusion

The United Nation of Islam and The Value Creators were two separate entities with two to four years difference in time. KENDRA ROSS was only a party to The United Nation of Islam under her parents' consent up until to 2012. That seems to be a missing factor here that KENDRA ROSS voluntarily participated as a minor under the responsibility of her Mother Cheryl Ross' control, not The United Nation of Islam.

Cheryl Ross gave full consent, had full knowledge, had full understanding and received full benefits

of a home, water, electricity, food, medical, and usage of all benefits and etc., not only for herself but for her daughter Kendra Ross.

This has become a Witch Hunt and harassment to find something that was sold by Henry Munoz, Wayman W. Favors and/or Kaaba Majeed and/or Akiba Majeed back in 2010-2014. We The People have been slandered with hate profiling the community of The Value Creators that Kendra Ross was not an active party to.

We The People demand Court Ordered Protection from the **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION** from KENDRA ROSS, ward of Attorney's Elizabeth A. Hutson and Gillian Chadwick et, al. See EXHIBIT 6.

1. We The People DO Not have any United Nation of Islam business documents, bank records or the like.
2. ROSS was and is not a Member of The Value Creators and has NO CLAIM to any asset in any form of The Value Creators because she has never been a part of the organization and We the People reorganized and started The Value Creators from less than ZERO.
3. We The People are of low income and meager means; our personal tax records and bank account information are of no consequence to this case and is a violation of our privacy and demand equal protection from the court. Especially since we've been deemed "NON PARTIES" to this case by the court (Yet We The People are continuously referred to in numerous court filings as being "Defendants" by KENDRA ROSS, ward of Attorney's Elizabeth A. Hutson and Gillian Chadwick et, al. - which to date has not been explained properly as to how that is so by the "rule of law".)
4. We The People had and NO CONTACT with said officials of the UNOI once the entity was dissolved. Therefore the alleged transfer of the *so called* substantial assets is inaccurate and false. There was never any transfer of anything between the UNOI and The Value Creators.
5. KENDRA ROSS, ward of Attorney's Elizabeth A. Hutson and Gillian Chadwick et, al have wasted

a tremendous amount of time, energy and paper pursuing something that does not exist based on a fraudulent complaint and are now **DEBT COLLECTORS** attempting to collect a debt that We The People have been deemed "NON PARTIES" to this case and debt. This is in direct violation to the **Fair Debt Collection Practices Act 15 U.S.C. §§ 1692-1692p:**

- 15 USC 1692e § 807. False or misleading representations: A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt: (2)(B), (4), (6)(A), (7), (10), (12), (13) and (14).
- 15 USC 1692f § 808. Unfair practices: A debt collector may not use unfair or unconscionable means to collect or attempt to collect any debt.
- 15 USC 1692g § 809. Validation of debts: (b) and (c)

6. Royall [Jenkins], The New Allah taught thoroughly the Formula of How to Think Mathematically; which requires one to 'consider what exists and in your consideration you consider the Priority. You then gather the Facts to come up with an Absolute Answer WITHOUT placing a Person to it.' The End result to this Absolute Answer should always bring about Peace. KENDRA ROSS, ward of Attorney's Elizabeth A. Hutson and Gillian Chadwick et al IS BREAKING the Peace by harassing Us with Subpoenas, Phone calls, mailings and emails. See **EXHIBIT 6.**

7. We The People humbly ask the court to order KENDRA ROSS, ward of Attorney's Elizabeth A. Hutson and Gillian Chadwick et, al TO **CEASE AND DESIST** all contact with us in All Forms and fashion with a **Permanent Injunction** from subpoenaing and seeking testimony, records or anything pertaining to this case from ANY people other than the proper officials that were in charge of The United Nation of Islam which was: **Henry Munoz, Wayman W. Favors, Yunus Rassoull, Kaaba Majeed and Akiba Majeed**.

8. We The People humbly ask the court to dismiss the WARRANT on Royall Jenkins for ALL the Mathematical Facts and TRUTH written in this document.

9. We The People humbly ask the court to Do what is Right and Truthful in this case rather than what is "legal" and unjust and genuinely DISMISS and closeout this case permanently.

Righteously. Submitted by We The People,

_[signature]_ 02/14/19
Ephraim woods Jr., et, al
2111 North 10th Street, Kansas City, KS 66104

_[signature]_ 02/14/19
Griegory-L, moten,
8609 Georgia Avenue, Kansas City, KS 66109

_[signature]_ 02/14/19
Dana-M, peach
625 McCullough Circle, Baltimore, MD 21201

## CERTIFICATE OF SERVICE

We The People file this **RESPONSE TO DEPOSITION JUDICIAL DEMAND AND NOTICE DEMAND FOR PROTECTION ORDER DEMAND TO STOP WITCH HUNT DEMAND FOR INJUNCTION DEMAND FOR SANCTIONS** of this year of 2019, in this month of February on this 14th day with the court clerk of U.S. district court for the District of Kansas

cc

We hereby certify that we have mailed a copy of this **RESPONSE TO DEPOSITION JUDICIAL DEMAND AND NOTICE DEMAND FOR PROTECTION ORDER DEMAND TO STOP WITCH HUNT DEMAND FOR INJUNCTION DEMAND FOR SANCTIONS** to:

**MCGUIREWOODS LLP**
Elizabeth A. Hutson (D.C. Bar No. 27361)
2001 K Street NW, Suite 400
Washington, DC 20006

**Gillian Chadwick**
Washburn Law Clinic
Washburn University School of Law
1700 SW College Ave
Topeka, Kansas 66621

_____ 02/14/2019
Ephraim, woods, Jr., et, al
2111 N. 10th Street
Kansas City, KS [66104]

_____ 02/14/2019
Gregory L, moten
8609 Georgia Ave.
Kansas City, KS near [66109]

_____ 02/14/2019
Dana-M. peach
625 McCollough Circle
Baltimore, MD near [21201]