**District Court of the United States**
**for the District of Kansas**
**Kansas City Division**



F I L E D

APR 2 9 2019

TIMOTHY M. O'BRIEN CLERK
By_____CA_____Deputy

KENDRA ROSS, WARD of
Attorney Gillian Chadwick, Ward' Guardian
vs                                              Case No. 2:17-cv-02547-DDC [TJJ]
Royall Jenkins
Defendants/Judgment

---

KENDRA ROSS, WARD of
Attorney Gillian Chadwick, Wards Guardian
vs                                              Case No. 19-CV-02091-DDC-TJJ
The Promise Keepers, Inc.
Ephraim, last name woods

## MOTION FOR OBJECTION TO DEFAULT MOTION UNDER RULE 55

I, Ephraim, "last name of woods" object for Default Motion placed before this District Court as The Promise Keepers and The Value Creators have responded to all filings by KENDRA ROSS, WARD of Attorney Gillian Chadwick, filed before this District Court.

**1.)** I, Ephraim "last name of woods", point out the following to this District Court:

**a.)** We have complied with this Court's Subpoena to give testimony of our finances.

**b.)** We have given all known information to show where both The Value Creators and The Promise Keepers have no property or equipment that belonged to The United Nation of Islam.

**c.)** All records that have been turned over to KENDRA ROSS, WARD of Attorney Gillian Chadwick, show this and yet this is not enough.

**2.)** Both The Promise Keepers and The Value Creators have been attacked and slandered by KENDRA ROSS, WARD of Attorney Gillian Chadwick. And now a new Case #19-CV-02091-DDC-TJJ laying claim of damages of human trafficking and sexual assault against parties who KENDRA ROSS had no emolument with.

**3.)** Members of The Promise Keepers and The Value Creators who have knowledge of The United Nation of Islam are first-hand witnesses and know for a fact that KENDRA ROSS was fed, clothed, educated, given shelter, given medical care, given job training in exchange for her service to the

group. Services that were set in motion by consent of KENDRA ROSS' biological mother CHERYL ROSS and freely continued by KENDRA ROSS after reaching the age of majority.

**4.)** The Promise Keepers and The Value Creators was created years after the UNOI was shut down and was liquidated by Henry Munoz, Wayman W. Favors, Yunus Rassoull, Kaaba Majeed and Akiba Majeed.

**5.)** This information was given under a sworn oath, yet KENDRA ROSS, WARD of Attorney Gillian Chadwick has rejected it as fact and truth.

**6.)** Both The Promise Keepers and The Value Creators now challenge the claim of Attorney Gillian Chadwick and her occult partners under Rules of Evidence 602 and 603 as Attorneys are not under oath to testify.

    **a.)** All testimony by an Attorney is not under an oath, as required by the Rules of Evidence as per the 28 USC 2072 Enabling Rule Act.

**7.)** Whereas, KENDRA ROSS, WARD of Attorney Gillian Chadwick has failed to rebut or dispute the 14th Amendment standing that I am a person, and a person has right to make their own defense that the Default Motion is without merit and a moot point.

**8.)** I, Ephraim, "last name woods", have filed into Case # 19-CV-02091-DDC-TJJ and have rebutted her claim.

    **a.)** When KENDRA ROSS, WARD of Attorney Gillian Chadwick filed a claim of action under Federal Rules of Civil Procedure, Rule 7, we answered;

    **b.)** Under FRCP Rule 8, we responded;

    **c.)** Under FRCP Rule 9, we addressed.

**9.)** AS per **FRCP Rule 17** (Plaintiff and Defendant; Capacity; Public Officers), I Ephraim, "last name woods", qualifies as and is: "(F) a party with whom or in whose name a contract has been made for another's benefit;"

**10.)** I, Ephraim "last name woods" object to this Motion to default as we have rebutted and filed all that was required and under a subpoena for deposition we have told all we can.

**11.)** We object to this religious persecution by KENDRA ROSS, WARD of Attorney Gillian Chadwick on the grounds and fact of knowing Royall, jenkins and the fact that we may share the same beliefs or concepts in the way we live.

**12.)** This has become a full attack on a religious way of life.

**13.)** KENDRA ROSS benefited from this way of life from the time she arrived until she left:

    **a.)** The roof over her head was free.

    **b.)** Her food was free.

    **c.)** Her education was free.

    **d.)** Her clothes were free.

    **e.)** All her medical care was free.

    **f.)** Her job training was free.

    **g.)** All of her needs were provided at no cost.

**14.)** Our belief system and way of life has been encroached and violated by KENDRA ROSS, WARD of Attorney Gillian Chadwick. This agenda, with intention of discriminating, defaming, and inciting an action of a hate crime against members of this community, was conjured up to cause possible physical harm to the members.

## Conclusion

Whereas all claims are based on Attorney Gillian Chadwick's false and misleading allegation on human trafficking in order to get unjust enrichment and to defame a religious way of life and in violation of her Professional Rules of Ethics under Code 8.4. Attorney Gillian Chadwick has already caused harm and loss of employment, loss of religious freedom and means of being able to support our community. A prayer for Relief and a Motion to Default to deny this Default on the grounds it has already been proved that there is no funds left as Henry Munoz, Wayman W. Favors, Yunus Rassoull, Kaaba Majeed and Akiba Majeed have liquidated the UNOI back in 2010.

_____ Date 4/27/19
Ephraim, last name woods
2111 N. 10th Street
Kansas City, KS 66104

## CERTIFICATE OF SERVICE

I, Ephraim "last name woods", come before this District Court in the year of 2019, during the Month of April on this day 29th_ to file before the Clerk of the Court this MOTION FOR OBJECTION TO DEFAULT MOTION UNDER RULE 55.

_____ Date 4/27/19

Ephraim, last name woods
2111 N. 10th Street
Kansas City, KS 66104

cc

Gillian Chadwick
Washburn University School of Law
1700 SW College Avenue
Topeka, KS 66621

MCGUIREWOODS LLP
Elizabeth A. Hutson
2001 K Street NW, Suite 400
Washington, DC 20006