# EXHIBIT 1

district court of the United States
Esse Quam videri *Ad Astra per Aspera*
UNITED STATES DISTRICT COURT
For the District of Kansas
Kansas City Division

KENDRA ROSS WARD of
Attorney Chadwick, Gillian
Wards Guardian

VS                                                                                    CASE # 17-CV02547-DDS-TJJ

ROYALL JENKINS
Defendants/ Judgment

---

KENDRA ROSS WARD of
Attorney Chadwick, Gillian
Wards Guardian

Vs                                                                                    CASE # 19-CV-02091-DDC-TJJ

[PROMISE KEEPERS, INC ]
[EPHRAIM WOODS         ]
[Defendant                        ]

# NOTICE OF NEW INFORMATION TO BE PLACED BEFORE THIS DISTRICT COURT AND RULE 67 Deposit into Court

## DEMAND FOR IN CAMERA HEARING

On behalf of Mr. Royall Jenkins we come before this district court of the United States in Kansas State in Kansas City and KENDRA ROSS as Ward of ATTORNEY CHADWICK, GILLIAN has come before the UNITED STATES DISTRICT COURT in the STATE OF KANSAS.

28 U.S.C. 610 Defines the courts, **district court of the United States** and the **United States District Court** for a Territory. On behalf of Mr. Royall Jenkins we come before this district court of the United States in Kansas State as one of the 48 States federal constitutional Courts.

1

AS, a party of interest on behalf of Mr. Royall Jenkins we have new information that KENDRA ROSS WARD of Attorney Chadwick, Gillian may not be aware of as KENDRA ROSS was no longer in Kansas at that the time this all came about.

1. Attorney Wayman W. Favors had Royall Jenkins sign over the UNOI to Henry Munoz, Yunus Rassoull, Kaaba Majeed and a fourth party known as Akiba Majeed who was given control of all bank accounts.

2. Bank of America has the power of attorney from either Attorney Wayman W. Favors or Akiba Majeed as Mr. Royall Jenkins was no longer on this Bank account.

3. On behalf of Mr. Royall Jenkins he requests that this district court file an order to have this new information placed into evidence and have Bank of America bank records submitted into this case of who was in control in 2009-2010.

4. This new information came to my attention Dwight Johnson as Power of Attorney as others and myself have been going over what happened in 2009-2010 when the UNOI was taken over and how it was taken over without our knowledge and the issue of Attorney Wayman W. Favors having Royall Jenkins sign documents and shortly after that time period is when all this change over came about.

5. As Power of Attorney for Royall Jenkins I move this court to do this investigation in order to settle this matter and to dismiss all claims against Mr. Royall Jenkins and we request to remove all warrants upon receiving the attached medical records, OR

6. We, will also remind this court of 18 USC 8 and the 1935 Social Security Act where 1 million dollars is collected by the State for each live birth under the birth certificate Rule 67 applies here as a means of payment.

7. The fact that 31 CFR 353.20-24 and 363.27 allows the court to enter the Treasury Direct account on behalf of Mr. Royall Jenkins we place into the court Royall Jenkins' Birth Certificate and social security number, this will be placed at the courts disposal to deposit into the Department of Treasury to settle this claim. Rule 67 applies here also as a means of payment.

8. This district court is fully aware that the Federal Reserve Act removed all real money from the people and the United States Congress pledged the people as sureties and collateral to back the Federal reserve Note as it is not money but a mere promise to pay.

9.      Medical records are being filed to show that Royall Jenkins has had a medical stroke and has not been competent for some time which leads us to believe that this is how and why Attorney Wayman W. Favors and those who took over the UNOI knew Royall Jenkins was unfit to run the UNOI back in 2009 -2010.

10.     This district court is the administrator and Attorney Chadwick, Gillian being Trustee has full access to this treasury direct account under 31 CFR 353.20-25 and 363.27 to settle.

## CONCLUSION

This form of payment is lawful and in private. Rule 67 applies. Refusal is a dismissal as payment turned down.

On Behalf of Royall Jenkins

_____   Date 7/4/19
By Dwight Johnson, Power of Attorney

_____   Date 7/4/19
Irma, "last name dorsey" - Receiver
3428 Ravenwood Avenue
Baltimore, MD [21213]

3