# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
### Kansas City Division

| | |
|---|---|
| KENDRA ROSS, ) | |
| ) | |
|     *Plaintiff/Judgment Creditor,* ) | |
| ) | |
| v. ) | Case No. 17-cv-02547-DDC-TJJ |
| ) | |
| ROYALL JENKINS, et al., ) | |
| ) | |
|     *Defendants/Judgment Debtors*. ) | |
| ) | |
| _____) | |
| ) | |
| KENDRA ROSS, ) | |
| ) | |
|     *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 19-cv-02091-DDC-TJJ |
| ) | |
| ) | |
| THE PROMISE KEEPERS, INC., *et. al.*, ) | |
| ) | |
|     *Defendants*. ) | |

### MOTION TO AMEND JUDGMENT UNDER FED. R. CIV. P. 59(e)

Plaintiff Kendra Ross ("**Plaintiff**" or "**Ms. Ross**"), by counsel and pursuant to Rule 59(e) of the Federal Rules of Civil Procedure and D. Kan. Rules 7.1 through 7.6 and 15.1, respectfully moves this Court to amend its judgment on her Motion for Partial Default Judgment (ECF 85) for the reasons more fully set forth in her memorandum in support.

Dated: August 11, 2020                            Respectfully submitted,

                                    By:      */s/Gillian Chadwick*
                                                  Gillian Chadwick, Bar No. 27361
                                                  Supervising Attorney
                                                  Washburn Law Clinic
                                                  Washburn University School of Law
                                                  Topeka, Kansas 66621

785-670-1191
gillian.chadwick@washburn.edu

Jonathan T. Blank (admitted *Pro Hac Vice*)
Benjamin P. Abel (admitted *Pro Hac Vice*)
MCGUIREWOODS LLP
652 Peter Jefferson Parkway, Suite 350
Charlottesville, VA 22911
Tel: (434) 977-2500
Fax: (434) 980-2222
jblank@mcguirewoods.com
babel@mcguirewoods.com

*Attorneys for Plaintiff/Judgment Creditor*

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2020, I electronically filed the foregoing instrument with the Clerk of Court using the CM/ECF System, which will send a notification of such filing to all CM/ECF participants.[1]

Dated: August 11, 2020

*/s/Gillian Chadwick*
Gillian Chadwick, Bar No. 27361
Supervising Attorney
Washburn Law Clinic
Washburn University School of Law
Topeka, Kansas 66621
785-670-1191
gillian.chadwick@washburn.edu

***Attorneys for Plaintiff/Judgment Creditor***

---

[1] Pursuant to Federal Rule of Civil Procedure 5(a)(2), Judgment Debtors and The Promise Keepers are not entitled to additional service of the foregoing.